James E. Fitzgerald (5-1469)
Michael J. Fitzgerald (7-5351)
The Fitzgerald Law Firm
2108 Warren Avenue
Cheyenne, WY 82001
307-634-4000 (Telephone)
307-635-2391 (Facsimile)
jim@fitzgeraldlaw.com
michael@fitzgeraldlaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| Bret McCoy, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-CV-74-J |
| | ) | |
| Wilson Manufacturing & Design, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S EXPERT WITNESS DESIGNATIONS

Pursuant to Rule 26(a)(2), Federal Rules of Civil Procedure, Plaintiff respectfully submit his expert witness designation.

### Retained Expert Witnesses

1. Mark R. Webster, PE, MSME, DFE, MBA
   1356 E. Friess Lake Dr.
   Hubertus, WI 53033
   262-707-2159

Mr. Webster is an expert in conveyers and materials handling.  Mr. Webster is a Registered Professional Engineer and is a Board Certified Diplomate Forensic Engineer.  Mr. Webster is the Chair of the ASME B20.1 "Safety Standards for Conveyors and Related Equipment" committee.

His report and exhibits are attached hereto along with his qualifications, fee schedule and testimony history as Attachment 1.

Mr. Webster was retained to evaluate the incident in which Mr. McCoy was injured. Based on his examination of the subject conveyor, review of photographs, documents, electronic documents, evidence produced in this case, depositions, materials and resources, his education, training, and experience, Mr. Webster will testify to and offer the opinions as set forth in his report. Mr. Webster will express opinions to a reasonable degree of probability in his field.

Mr. Webster may use the diagrams/illustrations/drawings in his report, models, and photographs as necessary to explain his findings and conclusions.

Mr. Webster reserves the right to use any and all exhibits listed by any of Plaintiff's other expert witnesses or any of Defendant's expert witnesses.

2.      William M. Hartwick
        William M. Hartwick & Associates
        P.O. Box 1537
        Parker, CO 80134
        303-921-0322

Mr. Hartwick is an expert in the field of life care planning and vocational rehabilitation. Mr. Hartwick has a Master of Science in Rehabilitation Counseling and more than thirty years of experience in all phases of private sector rehabilitation service provision and life care planning assessment. His report and exhibits are attached hereto along with his qualifications, fee schedule and testimony history as Attachment 2.

Mr. Hartwick was retained to review Mr. McCoy's medical care and treatment as a result of the incident, and to evaluate future medical care, treatment, and equipment plaintiff Bret McCoy will need due to the injuries he suffered. Based upon Mr. Hartwick's conversations with Bret McCoy and Dr. Reinhard; his review of Dr. Reinhard's report; review of documents produced in

this case as described in his report; his education, experience, research and training; Mr. Hartwick will testify to the medical history and offer the opinions as set forth in his report. Mr. Hartwick will testify to the reasonableness of the medical bills incurred by Bret McCoy. Mr. Hartwick will express opinions to a reasonable degree of probability in his field.

Mr. Hartwick reserves the right to utilize diagrams, charts, tables, illustrations, drawings, figures, graphs, and exhibits as necessary to show his opinions. Portions of his reports and the attachments thereto may be listed as trial exhibits.

Mr. Hartwick reserves the right to use any and all exhibits listed by any of Plaintiff's other expert witnesses or any of Defendant's expert witnesses.

3. David L. Reinhard, M.D.
   Colorado Rehabilitation & Occupational Medicine
   7951 E. Maplewood, Suite 225
   Greenwood Village, CO 80111
   303-341-0722

David L. Reinhard is physician, certified by the American Board of Physical Medicine and Rehabilitation. His report and exhibits are attached hereto along with his qualifications, fee schedule and testimony history as Attachment 3. Dr. Reinhard was retained to evaluate Bret McCoy and serve as a medical expert to explain the nature and scope of the injuries Bret sustained and the subsequent treatment, testing, therapies and procedures that he received from each provider. Dr. Reinhard was also retained to evaluate future medical care, treatment, and equipment Bret McCoy will need due to the injuries he suffered.

Based upon Dr. Reinhard's education, experience, research, and training, and his review of Mr. McCoy's medical records (produced in discovery), Dr. Reinhard will testify to the medical history, including the necessity of the medical care, and offer the opinions as set forth in his report. Dr. Reinhard will express opinions to a reasonable degree of probability in his field.

Dr. Reinhard will utilize anatomical models, medical diagrams/illustrations, animations and illustrations of medical procedures, radiology films, photographs, and exhibits as necessary to show his opinions.

Dr. Reinhard reserves the right to use any and all exhibits listed by any of Plaintiff's other expert witnesses or any of Defendant's expert witnesses.

4. Patricia L. Pacey, Ph.D.
Pacey Nehls Economic Consulting
3005 Center Green Dr., Suite 200
Boulder, CO 80301
303-530-5333

Dr. Pacey is an expert in the field of economics. Dr. Pacey has a Ph.D in Economics and has experience providing economic loss evaluations. Her report and exhibits are attached hereto along with her qualifications, fee schedule and testimony history as Attachment 4.

Dr. Pacey was retained to evaluate economic loss due to Bret McCoy's injuries. Based upon Dr. Pacey's review of documents produced in this case as described in her report, her review of Mr. Hartwick's report, her education, experience, research and training, Dr. Pacey will testify to and offer the opinions as set forth in her report. Dr. Pacey will express opinions to a reasonable degree of probability in her field.

Dr. Pacey reserves the right to utilize diagrams, charts, tables, illustrations, drawings, figures, graphs, and exhibits as necessary to show her opinions.

Dr. Pacey reserves the right to use any and all exhibits listed by any of Plaintiff's other expert witnesses or any of Defendant's expert witnesses.

**Additional Matters**

Plaintiff reserves the right to call as an expert witness anyone the Defendant designates as an expert witness.

Any expert witness may use any chart, diagram, photograph, animation, model, videotape or other matter set forth in the attachments or mentioned above as exhibits, demonstrable and/or substantive, all available for inspection at the Fitzgerald Law Firm.

Plaintiff reserves the right to introduce enlargements or excerpts of any exhibit.

Dated this 29th day of May, 2024.

*_/s/ James E. Fitzgerald_____*
James E. Fitzgerald (5-1469)
Michael J. Fitzgerald (7-5351)
The Fitzgerald Law Firm
2108 Warren Avenue
Cheyenne, WY 82001
307-634-4000 (Telephone)
307-635-2391 (Facsimile)
jim@fitzgeraldlaw.com
michael@fitzgeraldlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served via CM/ECF on May 29, 2024, to the following attorneys of record:

Monty L. Barnett (6-2694)
Rachel E. Ryckman, (7-4656)
White and Steele, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO 80202-5406

*_/s/ James E. Fitzgerald_____*
James E. Fitzgerald