# ATTACHEMENT #1

## FILED AS NON-PUBLIC PURSUANT TO DOCUMENT #31