# ATTACHMENT #2

# William M. Hartwick & Associates

P.O. Box 1537
Parker, Colorado  80134
(303) 921-0322

May 6, 2024

The Fitzgerald Law Offices
2108 Warren Ave.
Cheyenne, WY 82001
Attention: Michael Fitzgerald, attorney

RE:  Evaluee:    Brett McCoy
Employer:  Granite Peak
DOI:        12/18/2022
DOB:        ███████
WMH#:      2689

## Vocational Evaluation/Life Care Plan

### Introduction

Mr. Brett McCoy's case was referred to my attention for completion of a vocational evaluation and the life care planning based upon an injury sustained in a work-related accident that occurred on December 18, 2022. Medical records were received from  the following agencies or professionals: Cheyenne Regional Medical Center and the Medical Center of the Rockies, Orthopedic & Spine Center of the Rockies; University of Wyoming Family Medicine Residency Program. Billing records were received from Cheyenne Regional Medical Center, 12/18/22-12/19/22 and 1/4/2023-1/10/2023; Emergency Medical Services, Reach AMS 12/19/2022; Medical Center of the Rockies, 12/19/2022- 1/4/2023; Northern Colorado Anesthesia Group; University of Wyoming Family Medicine. Mr. McCoy completed independent medical examination with Dr. David Reinhard on November 9, 2023. Deposition, Brett McCoy 4/9/2024. Wage and earning computations compiled by Mr. McCoy.

 A telephone conversation took place with Dr. Reinhard on January 22, 2024 to discuss his medical and therapeutic recommendations as contained in his report.

1

An initial interview took place with Mr. McCoy on July 31, 2023. I explained my role, my background and the purpose of this evaluation. Mr. McCoy understood this information and agreed to participate in the evaluation process. I have also requested that he review and sign a release of information form. An in person meeting took place with Mr. McCoy on November 9, 2023.

**Medical Summary**

Mr. McCoy was injured on December 18, 2022 while performing his duties as a laborer with Granite Peak Transloading. Medical records indicate that on this date he sustained injuries while caught in a piece of machinery which required a long extraction process. He was then taken via ambulance to Cheyenne Regional Medical Center for initial medical consultation and treatment.

Medical records from Cheyenne Regional Medical Center indicate injuries sustained included "C7 articular pillar fracture, C7 acute wedge compression fracture, C6-7, ligamentum discontinuity with intraspinous ligament injury, complex facial lacerations, left superior and inferior pubic rami fractures, open comminuted right proximal femur fracture, right ankle lateral malleolus fracture and dislocation, left open distal comminuted tibial shaft fracture and comminuted fibular shaft fracture, right cervical carotid BCVI, TBI, left hemopneumothorax, left 1-6 rib fractures, sternal fracture, retroperitoneal hemorrhage and ruptured tympanic membrane".

Mr. McCoy was treated at Cheyenne Regional Medical Center from the date of his injury through approximately January 4, 2023 at which time his care was then transferred to the Medical Center of the Rockies/UC Health for evaluation and treatment of multiple orthopedic injuries. While at the Medical Center of the Rockies he underwent an anterior discectomy and fusion procedure at C6-7 level. Mr. McCoy's thoracic lumbar and sacral vertebral fractures were managed non-operatively with placement in a CTLSO brace. He was also evaluated by plastic surgery who performed repair of facial injuries with debridement and complex closure of injuries to the nose, eyelid an eyebrow. Mr. McCoy also was evaluated by physical therapy and occupational therapy who recommended further treatment once medically stabilized, Mr. McCoy was transferred to the Cheyenne Regional Medical Center Rehabilitation unit for completion of physical therapy, occupational therapy and speech language treatment.

Specific surgical procedures completed while hospitalized included the following;

C6-7 anterior discectomy and fusion (Blatt 12/30/22)
Washout, complex repair of facial laceration, (Petrun 12/20/22)
Debridement, complex closure of nose and eyelid/brow, FTSG to forehead (Block 12/27/22)
I&D open right segmental femur fracture and antegrade IM nail stabilization (Rusnak 12/19/2022)
I&D and Ex-Fix stabilization open right ankle lateral malleolus Weber C fracture/dislocation, open reduction fixation of the right ankle syndesmotic injury (Rusnak 12/19/22)
I&D and Ex-Fix open left distal tib-fib fracture (Rusnak 12/19/22)
ORIF anterior pelvic fracture and right SI screw (Rusnak 12/22/22)
Repeat I&D open right tibia fracture, removal of external fixator, and IM nail stabilization (Rusnak 12/22/22)
I&D left leg wound with split thickness skin grafting (Rusnak-12/26/22)

2

Upon discharge from the Medical Center of the Rockies, Mr. McCoy was provided with a discharge plan of care and follow-up instructions. He was provided with a complete list of medications including; acetaminophen, baclofen, Gabapentin, hydrogen peroxide, hydromorphone, Naloxone, ondansetron, polyethylene glycol packet (MiraLAX), Senna, and trazodone. Mr. McCoy was instructed to pick these medications up at his local Walgreens pharmacy in Cheyenne, Wyoming.
Mr. McCoy was instructed to follow up with his primary care physicians. Specific instructions were provided to schedule a postsurgical visit with Kai F. Stobbe PAC at the UC Health Brain and Spine Clinic. Additional consultations were also recommended with Dr. Lisa Marie Block, plastic surgeon for postsurgical evaluation of surgical lacerations of the facial area

Mr. McCoy was also requested to schedule an appointment with Dr. Michael Rusnak, orthopedic surgeon for an evaluation of orthopedic surgical procedures of the lower extremities

It was further recommended that Mr. McCoy schedule an appointment with the UC Health Ear Nose and Throat clinic for further evaluation of auditory injuries. Follow-up contact was also recommended with Christopher Thomas Amaral, PAC.

Mr. McCoy was referred for physical therapy treatment by his orthopedic specialist, Dr. Rusnak and had been participating three times per week at North Platte Physical Therapy for strengthening and conditioning of the lower extremities.

Mr. McCoy indicated that he had completed a follow-up evaluation with Kai Stobbe PAC, including x-rays of the cervical spine, which indicated that the fusion procedure was healing satisfactorily. He had been provided a back brace postsurgically. In-home independent physical therapy was recommended by his physician. Mr. McCoy indicated that he has not completed a follow-up consultation with a plastic surgeon Dr. Block. Audiology evaluations completed indicated no hearing loss and hearing aids or amplification was not required.

Medical records indicate that Mr. McCoy sustained a concussion as a result of the injuries of December 2022. He has not been referred to or completed a neuropsychological or cognitive evaluation at this time. Mr. McCoy did report episodes of flashbacks and disrupted sleep following this incident. A psychological evaluation has not been completed at this time.

Reports from Dr. Rusnak's office dated July 17, 2023 contain Mr. McCoy's consultation regarding continuing difficulties with his right lower extremity status, "He underwent an ORIF of the right ankle fracture with Dr. Rusnak last fall with subsequent hardware removal. He has been struggling with persistent pain on the right, difficulty with weight-bearing. Pain is worse with walking and rotation. The pain is dull constant. It does not wake him up, but will occasionally keep him from sleeping. He has no numbness or tingling. He does have chronic swelling." Treatment plan at this time included conservative recommendations including bracing, intermittent steroid injections, oral non-steroid anti-inflammatory medications. "From a surgical intervention standpoint, he would require a right ankle arthrodesis." Mr. McCoy received a steroid injection of the right ankle at that time. Continued follow-up was recommended.

Updated records will be requested from Dr. Rusnak as well as Mr. McCoy's treating specialists to obtain their recommendations for additional medical or therapeutic care.

3

Mr. McCoy completed an independent medical examination with David Reinhard MD on November 9, 2023. This report contained Dr. Reinhard's review of medical treatment records, his physical examination of Mr. McCoy, his clinical impressions and an assessment and discussion of future medical, surgical care and therapeutic treatment. A telephonic interview was completed with Dr. Reinhard on January 22, 2024 to discuss his report and obtain specific recommendations for future care and treatment. These recommendations have been taken into account in the future medical care and treatment recommendations contained in this report.

Specifically, Dr. Reinhard has recommended continued orthopedic follow up with Dr. Rusnak for monitoring of injuries and surgeries of the lower extremities. Dr. Rusnak has recommended additional surgical intervention of the right lower extremity including an arthrodesis procedure of the right ankle. Additional diagnostic testing will be completed including MRIs and x-rays of the lower extremities and cervical spine to monitor status and need for additional surgical intervention. Dr. Reinhard also recommended continued therapeutic intervention including physical therapy treatment for an additional 4 to 6 months and then annually 12 times per year for approximately three years. Additional therapeutic intervention will be required if surgery is complete of the right lower extremity to assist in strengthening and gait assessment.

Additional consultations will be completed with neurosurgeon, Dr. Blatt for evaluation of C6-C7 discectomy and fusion procedure. Additional surgical intervention may be required at adjacent surgical levels in the future as Mr. McCoy ages.

Additional plastic surgery consultations are recommended to monitor skin grafting procedures completed by Dr. Rusnak. Additional surgeries and wound care services may be required due to skin breakdown. This condition will also be monitored by Dr. Rusnak.

A psychological evaluation has been recommended to assess Mr. McCoy's need for psychological treatment related to PTSD symptoms. A onetime evaluation has been suggested with recommendations for counseling based upon this evaluation.

Purchase of durable medical equipment such as a collapsible wheelchair and crutches will be required postsurgically. Additional services such as home healthcare assistance may be required in order to provide essential services for 4 to 6 weeks postsurgically. Modifications to bathroom shower area should also be considered for safety reasons.

Occupationally, Dr. Reinhard has recommended sedentary physical limitations due to the injuries of the lower extremities. These recommendations will be taken into account in the future vocational planning options discussed with Mr. McCoy.

**Personal Interview**

A vocational interview took place with Mr. McCoy on July 31, 2023. I reviewed with Mr. McCoy his injuries and medical treatment to date in summary fashion.

4

Mr. McCoy indicated that he remains under the care of Dr. Rusnak for follow-up consultations regarding his orthopedic injuries and surgical treatment. He has been referred to and was participating in physical therapy treatment three times per week at North Platte Physical therapy. He had completed a consultation with Dr. Rusnak on August 23, 2023 regarding his lower extremity injuries. According to Mr. McCoy, continued physical therapy was recommended. Additional surgical intervention will also be required of the lower extremities by Dr. Rusnak.
Mr. McCoy indicated that he had completed a consultation with Kai Stobbe, PAC regarding the status of his cervical fusion. X-rays of the cervical spine were completed on December 23, 2023 indicating his fusion was healing satisfactorily. Mr. McCoy indicated that he is no longer utilizing a back brace prescribed by Dr. Blatt postsurgically. He did complete a recommended in-home independent physical therapy program.

As stated in the medical records, Mr. McCoy had sustained injuries to his face eyebrow and fore head which was treated surgically by Dr. Block, plastic surgeon. No additional follow-up has been completed at the time of our conversation. Mr. McCoy reported no visual difficulties as a result of this injury.

Mr. McCoy indicated he has completed an audiology examination which demonstrated no hearing loss. No additional treatment or augmentation was recommended.

Mr. McCoy indicated that he has experienced "flashbacks" and sleep disturbance related to the injuries of December 18, 2022. He has not completed a psychological evaluation or participated in counseling services. Medical records indicate he had sustained a TBI during this incident. He did not report cognitive difficulties and a cognitive evaluation has not been completed at this time.

Mr. McCoy has remained under the care of Dr. Rusnak for orthopedic follow-up care. His last evaluation was August 23, 2023. He currently participates in physical therapy three times per week for bilateral injuries of the lower extremities. He indicated that his worst symptoms are in his right lower extremity and additional future surgical intervention has been recommended by Dr. Rusnak. .

Mr. McCoy stated that he experiences pain in his lower extremities while ambulating. He does utilize a cane with ambulation due to these symptoms and a walker as needed. He does utilize an orthotic of the right lower extremity due to a shortening of his right femur.

Mr. McCoy further stated that he does experience pain in the lower back and pelvic region due to the pelvic fracture and subsequent surgical treatment. He also does experience occasional pain in his left side ribs due to fracture sustained in the work accident.

Mr. McCoy stated that he primarily relies on over-the-counter medications for pain management. He has been provided hydromorphone for pain as needed. He also has been provided a prescription of baclofen (muscle relaxant) for use as needed.

Ms. McCoy indicated that he is able to stand and walk for a maximum of approximately one hour. He further explained that he will experience increased pain after about approximately 20 feet of walking. Mr. McCoy stated that he is able to sit comfortably for several hours and has no

5

restrictions in this regard. He has not yet been provided permanent restrictions by his physician, Dr. Rusnak. He has been instructed to perform activities "as tolerated".

During our most recent conversation of August 24, 2023, Mr. McCoy indicated that he had completed an evaluation with Dr. Rusnak on August 23, 2023. Dr. Rusnak completed additional diagnostic testing which indicated that that the fracture of the femur was healing satisfactorily. He indicated that the ankle injury may require additional surgical intervention including a fusion procedure. Mr. McCoy was to continue with physical therapy three times per week. He also recommended completion of a functional capacities evaluation to provide permanent functional restrictions and an impairment rating. Dr. Rusnak recommended no extensive standing and walking and no heavy lifting.

Mr. McCoy completed an independent medical examination with Dr David Reinhard which includes specific recommendations for future medical and therapeutic care..

**Personal Background**

Mr. McCoy was born on ▮▮▮▮▮▮▮▮ in Cheyenne Wyoming and is currently 23 years of age. He resides in Cheyenne, Wyoming. He is single and has no dependents. He is unemployed as a result of his injuries and is receiving no wages from employment. He was receiving temporary disability benefits through the state of Wyoming.

**Educational Background**

Mr. McCoy attended an online high school program, Wyoming Virtual Academy, obtaining his diploma in 2017. He indicated that he has completed online classes since the fifth grade for personal and family reasons. He stated that he did well in school with a 4.0 grade point average. He has no other formal training or education.

During our most recent conversation, Mr. McCoy indicated that he has spoken with a case manager, Ms. Mindy Marus, to discuss future vocational retraining options. Mr. McCoy expressed interest in completing training as a heavy equipment operator. We briefly discussed the physical demands of this occupation and are awaiting results of recommended functional capacities evaluation report.

**Employment Background**

At the time of this accident, Mr. McCoy was employed for approximately one month with Granite Peak Transloading as a laborer. He indicated he was paid $18 per hour. He has not worked in any capacity since the date of this injury.

Prior to his employment with Granite Peak, Mr. McCoy was a self-employed lawn and tree service owner/operator. He further explained that he worked for his parents lawn and tree service during high school and continued this occupation independently in May 2019. He estimated that he earned approximately $95,000 per year while operating Premier Lawn and Tree Services. He reported no other significant employment.

6

**Skills Analysis/Labor Market Information**

At the time of this accident, Mr. McCoy was employed as a laborer in the oil and gas industry (DOT 869.689-026). This is a semiskilled occupation within the construction trades, working under the supervision of skilled craftsmen/supervisor in a variety of capacities. Physical demands of this occupation are typically classified in the very heavy range of exertional abilities (lifting in excess of 100 pounds on an occasional basis with frequent lifting and carrying of objects weighing up to 50 pounds). Extended periods of standing and walking with frequent use of the arms and upper extremities to lift carry and move objects during the course of employment is also required in these occupations. Repetitive bending, stooping and lifting are also required. Working around moving equipment and at heights is also required.

Mr. McCoy was a self employed landscape worker, (DOT 408.684-010) providing lawn care and tree service to customers in his local area. This occupation is classified in the heavy range (lifting 100 pounds maximum on an occasional basis with frequent lifting and carrying of objects weighing up to 50 pounds). This occupation requires extended periods of standing and walking with use of the arms and upper extremities to operate lawn mowing and trimming equipment with walking on uneven surfaces. This occupation requires working at heights and utilizing tree trimming equipment as required by customers. Frequent to occasional bending, stooping and lifting and overhead activities are also required in this occupation.

Mr. McCoy's employment background within the oil and gas, and landscape service industries places his abilities in the heavy to very heavy range of exertional activities and would not be appropriate for his current physical limitations as outlined by his physicians and therapists in the medical records. He is restricted in his duration of standing and walking due to continued pain and difficulties with ambulation. He has been provided restrictions in lifting in the sedentary range according to medical reports. Subsequently, he will be unable to return to or perform any of the occupations that he has performed in the past including his occupation as a self-employed landscape worker. He has no educational background or transferable skills that he can utilize to perform occupations of a sedentary nature. He has expressed an interest in vocational retraining and has made contact with a caseworker to discuss his occupational interests. Based upon the available medical records and the limitations Mr. McCoy's his experienced as a result of his work injuries, he would be best suited for training in occupations of a sedentary nature.

**Summary and Recommendations**

Mr. Brett McCoy is a 23-year-old male who sustained multiple injuries in a work-related accident that occurred December 18, 2022 while working as a laborer for Granite Peak. Mr. McCoy was taken to Cheyenne Regional Medical Center for initial medical and surgical treatment. Postsurgically he was referred to the Medical Center of the Rockies for continued medical and therapeutic treatment as detailed above. This has included multiple orthopedic surgeries completed by Dr. Rusnak, including fractures of the right femur, right ankle and left tibia-fibular fracture, anterior pelvic fracture. He also underwent surgery of the cervical spine requiring discectomy and fusion. Injuries to the face including lacerations of the nose and eyelid and forehead were treated by a plastic surgeon. Discharge instructions recommended that he follow-up with his physicians for continued care and evaluations. He has remained under the care of Dr. Rusnak for treatment of

7

Mr. McCoy has not been released to return to work in any capacity and his been restricted in his physical/exertional activities by his physician, Dr. Rusnak. He will remain under the care of Dr. Rusnak who has provided recommendations for physical therapy. Surgical intervention has not been scheduled at this time, and will extend the need for additional physical rehabilitation services. It has been recommended that Mr. McCoy complete follow-up consultations with his treating physicians including Dr. Blatt, neurosurgeon and Dr. Block, plastic surgeon.

Mr. McCoy will require consultations with his physicians in order to provide the updates regarding his current medical and therapeutic status and provide recommendations for future care. Additional physical therapy treatment will also be required to assist him postsurgically and to provide recommendations for any assistive devices or equipment that he may require including crutches, canes or braces. The services of a case manager would also be of benefit in order to coordinate various medical in therapeutic services that will need to be scheduled based upon the recommendations of his treating physicians and Dr. Reinhard. Additional services and assistance will be required as he ages. Vocational Rehabilitation options have been discussed with Mr. McCoy, who is interested in pursuing additional training. Sedentary physical restrictions have been recommended by Dr. Reinhard due to injuries to the lower extremities. These recommendations should be considered in the development of a vocational rehabilitation plan consistent with Mr. McCoy's permanent physical capacities.

Please provide any additional medical or therapeutic information that may become available. Mr. McCoy has completed a consultation with David Reinhard, physiatrist who has provided specific recommendations for long-term medical and therapeutic services. This information and recommendations has been summarized and included in the LCP report with estimated costs. .

Sincerely,

William M. Hartwick, MS, CDMS, CLCP, ABVE-AE
Rehabilitation Consultant/Certified Life Care Planner

Attachments;
Report, David Reinhard, MD
Life care plan cost projections

8

**Resources/ References**:

**Dictionary of Occupational Titles, Fourth Edition**, United States Department of employment and training, 1991

United States Department of Labor, Bureau of Labor Statistics, 2023

United States Department of Labor website, careeronestop.com

"Life Care planning and Case Management Handbook", Roger O.  Weed, editor

Medical fees 2024 75% adjusted to Loveland, Colorado

Context4 Healthcare 20 2475% adjusted to Loveland Colorado

North Platte Physical Therapy Services

VA Reasonable Charges 2024 adjusted to Loveland Colorado

Orthopedics and Spine Center of the Rockies

www.1800wheelchair.com
www.life.com
www.abilitymasters.com

www.Walgreens.com
www.walmart.com
www.target.com

www.Lowes.com

Cheyenne Family YMCA

Pointe Frontier Retirement, Cheyenne Wyoming
Primrose Retirement, Cheyenne Wyoming

Synergy Home Care
Home Instead, home care
Cornerstone Caregiving
www.promatcher.com
www.homeyou.com

**Life Care Plan Cost Projections**

**1) Future Evaluations**
 a) Orthopedic Consultation-Michael Rusnak, MD
- quarterly consultations-$310.38 **-** (3 years duration) $1241.52 year          $3724.56/3 years
**-** annual consultations **(**postsurgical)  PRN                                              $310.38

-Skin graft/graft site breakdown consultation-wound care consult/PRN          $310.38/year
                                              $

b) Neurosurgical Consultation-David Blatt, MD
 -initial consultation-  $465.58
 -follow-up consultations- PRN                                              $310.38/year

c) Plastic Surgery Consultation-Lisa Block  ( facial injuries)
 - follow-up consultation ((1x)                                              $310.38

d) Psychological Evaluation-PTSD-
  -Psychological evaluation (4-6 hours) *                    $1124.64-$1669.14/1x

- *additional counseling services required determined by evaluator @$219.78/session

e) EMG nerve conduction studies, right lower extremity                    $1531.16 /1x


**2) Therapeutic Intervention-North Platte Physical therapy (**Dr. Reinhard)
  a) Physical therapy treatment-2-3 times per week, (4-6 months duration) ($208.20/session)
   -2x per week, 4 months  duration =                                        $6556.40
   -3x per week, 6 months =                                                  $14,990.40

 - 12x per year , 3year duration = $2498.40, **x3 yrs.**                     $7, 495.20

b) Steroid Injections-lower extremity $367.26 (Dr. Reinhard)
       3 times annually, maximum 6  recommended -                    $1101.78-$2203.56

 c) Cervical/Thoracic Epidural Injections (Dr. Reinhard)

3 times annual, six maximum-$5686.61/procedure (professional, facility fees)
                                              Total-  $17,059.83-$34,119.66

10

**3) Surgical Intervention**

a) Arthrodesis Right Ankle-Michael Rusnak MD
   -Surgeons fees-$4425.48
   -Surgical assistant-$1106.37
   -Anesthesia fees-$3107.07
   - Facility fee-$24,713.05

Total - $33,351.97

b) Spinal Surgery-cervical-Dr. Blatt
   -adjacent segment anterior cervical discectomy and fusion
   -surgeons fees-$17,235.38
   -assistant surgeon -$4308.85
   -anesthesia fee $4905.90
   - facility fee-$61,545.02

Total-$87,995.15

c) Hardware Removal-lower extremity-Michael Rusnak MD
   -surgeons fee-$2275.99
   -assistant surgeon-$569
   -anesthesia fee-$1798.83
   -facility fee $13,556.93

Total-$18,200.75

d) Diagnostic Testing (lower extremities, cervical/thoracic spine

| | |
|---|---|
| -x-rays lower extremity, ankle - | $380.50 |
| -x-rays lower extremity, tibia-fibula - | $311.70 |
| -MRI lower extremities, ankle- | $2447.07 |
| -x-rays of the cervical spine- | $182.16 |
| x-rays thoracic spine | $182.16 |
| -MRI cervical spine | $2469.28 |
| -x-rays-pelvic spine | $251.99 |

**4) Durable Medical Equipment/Home Accessibility***

| | |
|---|---|
| -Collapsible Wheelchair- | $649.00 |
| -crutches | $39.99 |
| -shower chair | $40.49 |
| -handheld shower head | $39.99 |
| -safety grab bars, 36 inches | $30.48 |
| - orthotics/ braces | TBD |

*3-5 year replacement schedule.

11

**5) Medical Care Routine**
- **P**rimary care physician medical coordination, medication refills
   -initial visit-  1x                                                                                    $451.44
   -follow-up care 2x/year                                                                        $601.92

**6) Health and Strength Maintenance**
   **-**Health Club Membership- independent exercise program
   -Cheyenne Family YMCA-$53/month-                                            $636/year

**7) Medications**
   -NSAID, OTC (Ibuprofen 200mg, 100ct)   $7.87x4                        $31.48/year
   -Pain medications, (Hydromorphone 4mg, 60ct) 46.28 (x2)         $92.56/year
  -  HHA, ADL activities, (postsurgical),  4 -6 weeks, post surgery $34/hr.
        $34/hr x 2hrs./day = $476/week .                            Total $1904 - $2856 x2*

**8) Home Healthcare**
-HHA, ADL activities (postsurgical) 4-6 weeks, $34/hour
 -$34/hour times x2hours day = $476/week                      Total   $1904-$2856  x2*

   Housecleaning service- (postsurgical), 4-6 weeks, $107/visit
        $107/visit, 2x week,   $214/week                              Total-  $856-$1884 x2*

*It is projected that Mr. McCoy will require the services on at least two occasions during his lifetime for surgical intervention of the lower extremity and cervical spine.

**8) Vocational Rehabilitation**
   - Vocational evaluation/testing                                                    $2500
   -Vocational counseling/Plan development-10-15 hours@$250/hour        $2500-$3750

The above medical cost estimates are based upon review of current medical and therapeutic information and recommendations of treating and consulting experts. They do not take into account any unforeseen future medical complications, additional diagnoses or increased costs due to inflation.

12

*William M. Hartwick & Associates, LLC*
*P .O . Box  1537,  Parker, CO  80134*
*Phone:  (303) 921-0322*
*billhartwick@comcast.net*

| William M. Hartwick,  MS, CLCP, CDMS, ABVE-AE | *Curriculum Vitae* |
|---|---|

## SUMMARY  OF  QUALIFICATIONS

**Thirty plus years of successful experience in all phases of private sector rehabilitation service provision and life care planning assessment. Ten years as the owner/manager of Vocational Information Services, Inc. (VIS).  Co-owner of Health & Occupational Consultants. Evaluations and expert testimony on cases referred by insurance carriers, self-insured organizations, and attorneys. Frequent referrals for second opinions on workers' compensation, personal injury, and Life Care Planning matters.  Served as Regional Representative of the National Association of Rehabilitation Professionals in the Private Sector (NARPPS).  Extensive knowledge  and testimony in case management, life care planning, vocational assessment, counseling, and wage analysis and labor market assessments.**

## PROFESSIONAL  EXPERIENCE

**Expert Testimony**

- **Research, assess, and effectively present expert opinion on workers' compensation and personal injury cases in State and Federal courts regarding employability, occupational disability, loss of earning capacity and  life care planning projections.**

- **Qualified as a Vocational Expert and Life Care Planner in more than 150 cases in Colorado, Wyoming, Montana, Texas, New Mexico, and Nebraska.**

**Case Management / Life Care Planning**

- **Effectively coordinate the numerous rehabilitation issues of individual cases by initially assessing appropriate medical, vocational, and therapeutic needs, and developing appropriate recommendations and life care plans.**

- **Consultation with all pertinent professionals to assure smooth flow of case direction and accuracy of life care cost projections.**

- **Utilize computerized wage and labor market assessments to coordinate and plan individualized training programs, placements, and successful closures.**

- **Strong knowledge of vocational tests and their interpretation, reference materials, counseling theories and techniques, local and statewide labor market trends.**

*William Hartwick  Curriculum Vita,  Page 2*

## MANAGEMENT  AND  SUPERVISION

- **Established  successful private sector vocational rehabilitation and case management consulting companies in the Denver, Colorado area.**

- **Coordinated all aspects of human resources within the business.  Supervised eight to ten professional and support staff.  Marketing and promotion of professional services.**

- **Director of the Colorado offices of a national vocational rehabilitation company, providing case management, life care planning, and rehabilitation services.   Supervised a staff of ten professionals.**

## EMPLOYMENT  HISTORY

**William Hartwick & Associates, LLC; Colorado, January 2006 – Present**
**Manager / Owner - private vocational and life care planning consulting firm.**

**Health & Occupational Consultants, LLC; Colorado, February, 1995 to December,2005.  Director / Owner - private vocational and medical rehabilitation consulting firm.**

**Vocational Information Services, Inc.;  Colorado,  1984 to February, 1995.**
**Director / Owner - private sector rehabilitation firm.**

**Crawford Rehabilitation Services, Inc.;  Colorado,  1979 to 1983.**
**Manager of Colorado Operations.**

**Crawford Rehabilitation Services, Inc.;  Buffalo, NY,  1978 to 1979.**
**Vocational Rehabilitation Counselor.**

## EDUCATION

**Master of Science, Rehabilitation Counseling;  State University of New York at Buffalo (SUNY),  1976.**

**Bachelor of Arts, Psychology;  State University of New York at Buffalo (SUNY), 1972.**

*William Hartwick  Curriculum Vitae,  Page 3*

# PROFESSIONAL AFFILIATIONS

- **Region VIII Representative - National Association of Rehabilitation Professionals in the Private Sector (NARPPS), 1989 - 1990**

- **Active Emeritus(2022) -  American Board of Vocational Experts, 1983 to Present**

- **Certified Rehabilitation Counselor(1980 -2022)  -  CRC #10721, Commission for Rehabilitation Counselor Certification;  Chicago, Illinois (1978- 2023)**

- **Certified Disability Management Specialist - CDMS #02452, Commission for Rehabilitation Certification;  Chicago, Illinois**

- **President, Colorado Chapter - National Association of Rehabilitation Professionals in The Private Sector, 1985**

- **Board Member  -  American Board of Vocational Experts, 1990 - 1993**

- **Qualified Rehabilitation Counselor / Vendor - #610, Consultant #1134;  State of Colorado Division of Labor & Employment**

- **Co-Presenter  -  "What Every Employer Needs to Know About the Americans With Disabilities Act (ADA)";  Cambridge Institute,  Denver, Colorado, January 25, 1991**

- **Graduate  -  "Life Care Planning";  University of Florida Regional Training Institute / Intelicus,   August, 1998**

- **Certified Life Care Planner (CLCP), International Commission on Health Care Certification;  Midlothian, Virginia**

**William M. Hartwick, MS, CRC, CDMS, CLCP, D-ABVE**
**Testimony / Deposition History  ~   1999  to Present**

| Date | Case  Name | Firm  /  Attorney  /  Case No.  /  Jurisdiction | Activity |
|---|---|---|---|
| 10/31/23 | Hiser v. Jones DC | D. Sullivan, Cv 35620 , Albany Cty., WY. | Depodition |
| 10/18/22 | D. Snell v BNSF Railway | A. Petru, Calif. Dist. Ct., CIVDS1828151 | Testimony |
| 5/17/21 | Brian Broeker v BNSF Railway | F. Bremaeth, WY Diat. CT, , 19-CV- 79-J | Deposition |
| 10/15/20 | Joshua Johnson v. Jason Naquin DC | M. Mathews, El Paso Dist. CT.2019CV31582 | Deposition |
| 8/4/20 | Tina Mason v Aamerican Family Ins. Co | D. D'Angelo Attorney, DOI: 10/10/2014 | Deposition |
| 1/23/20 | David Snell v BNSF Railway | A. Petru, Calif. Dist. Ct., CIVDS1828151 | Deposition |
| 1/8/20 | Kimberly Rideaux v Campus crest | Troy Ukasick, Weld county Didt. CT | Deposition |
| 12/12/19 | Jack Fisher v DCP Midstream, LP | R. Ryckman, Weld CTY. Dist. Ct.;17CV30393 | Testimony |
| 12/10/19 | Elizabeth. Macklin v Evan. Price/Safeco Ins | S. Wahlberg, Judical Arbitration Group, Denver, CO | Testimony |
| 11/19/19 | M. Storey v UPRR | J. Vucinovich, US Dist CT., 18cv02675 MSK-MEH | Deposition |
| 9/9/19 | B.Mortenson v.UPRR | C. CoHen, Us Dist. Ct,, WYO CV 190-R | Deposition |
| 8/27/19 | Kim Immel v UPRR | J. Vucinovich, US DistCT., 02631-WYD-KMT | Deposition |
| 5/1/19 | Donald Ross v. UPRR | J. Vucinovich, US District CT. 18cv01187WYDKLM | Deposition |
| 10/24/18 | Jack Fisher v. DCP Midstream, LP | R. Rickman, Weld Cty, 17CV30393 | Deposition |
| 9/19/18 | Arthur Wales v UPRR | B. Alberty, Dist. CT Nebraska, CI 17-10866 | Deposition |
| 8/29/18 | A. Beuchler v. BNSF Railway | R. LaNeave, US Dist. CT. Wyo., 17CV131S | Testimony |
| 8/8/18 | William  Crumb v. Kohl's | S. Luther, Gold Law | Deposition |
| 7/16/18 | Dominic Pasquale v. BNSF Railway | F. Bremseth;2017cv034590 Denver District CT | Deposition |
| 6/6/18 | Tamara Bryant v. Colo. DOT, et al | C. Crosse, 1:16cv01638-NYW, Mesa Cty. Dist CT. | Testimony |
| May-18 | A. Buechler v. BNSF Railway, PTI | R. LeNeave, Wyoming Dist, CT, Casper | Deposition |
| 1/16/18 | Brent Wetsch v. BNSF Railway | F. Bremseth, DV-16-1146,Montana 4th Dist | Deposition |
| 11/28/17 | Terry Davis v.  BNSF Railway | J. Vucinovich, 2017CV30455, Denver Dist. Ct. | Deposition |
| 10/13/17 | Adam. Partida V. UPRR | J. Vucinovich, 2015CV033813,Denver Dist. CT | Deposition |
| 9/19/17 | Kristi Dean v. BNSF,Savage Industries | J. Chod, 17-CV-0030-NDF,Dist. CT. Wyoming | Deposition |
| 8/2/17 | Warren Blasich  v Cigarette Stoes | B. Irwin CV Boulder Dist. CT | Testimony |
| 3/17/17 | William Paul  v UPRR et al | J.Vucinovich, 2015548PI, Idaho dist. Ct. | Deposition |
| 9/29/16 | Lynn Stuart v. Shen  WU | Patric Lehoullier,  2015CV31422, El Paso Cty. | Testimony |
| 7/12/16 | William Paul  v UPRR et al | J. Vucinovich, 2015548PI, Idaho Dist., CT | Deposition |
| 7/13/16 | Richard Browning v Brymar Essential Grouo | C. Crichton, 2015CV30993, Denver Dist. Court | Deposition |
| 5/13/16 | A. Villegas v. Denver Water, Ttravelers | D. Kotarek, Hall & Evans, WC:4-889-298, Denver | Testimony |
| 5/17/16 | Roland Jaramillo v. State farm Mutual | E. Vecchio,FDA, 2014CV034554, El Paso Cty. | Testimony |
| 3/4/16 | James Pedersen v. UPRR | J. Vucinovich, 2015CV031779, Denver Dist., CT | Deposition |
| 2/24/16 | Scott Widhalm v. BNSF Railway | R. Holtzclaw,15CV031083 Denver Dist. CT | Testimony |
| 1/13/16 | Scott Widhalm v. BNSF Railway | R. Holtzclaw,15CV031083, Denver Dist. CT | Deposition |
| 12/22/15 | Joanne Storm v. Welk Hotel & Resorts | C. Faenza, Yoka  & Smith, San Diego, Calif. court | Deposition |

## William M. Hartwick, MS, CRC, CDMS, CLCP, D-ABVE
## Testimony / Deposition History  ~  1999 to Present

| Date | Case Name | Firm / Attorney / Case No. / Jurisdiction | Activity |
|---|---|---|---|
| 10/2/15 | K. Withers v. Richard Saiz, MD et al | P. Clor, Atty, Arapahoe Cty, CO, 14CV30171 | Testimony |
| 4/23/15 | J. Evans v. Union Pacific Railway Co. | F. Bremseth, 13cv01732WJMBNMB, Colo. Dist. Ct. | Deposition |
| 4/21/15 | Bandon Payne v. Allied Waste Transportation | J. Eisenstein, 2013,CV033761, Denver Dist. CT> | Deposition |
| 4/15/15 | B. Meyerhoff v. Front Range Services | D. Dagner,14CV18, Arapahoe County | Deposition |
| 2/10/15 | Cody Whitehead v. Wyoming Casing Service | R. Tiedeken, 14-CV-148S, Wyoming District CT. | Deposition |
| 1/27/15 | Karen Kemper v. UPRR | Fred Bremseth,Wyoming Dist CT. | Testimony |
| 12/11/14 | Terry McClinans v.  Kaiser Permanente | P. Clor, Atty, 2013CV30090, Douglas Cty, CO | Deposition |
| 11/18/14 | L. Chase v. Colorado Cab/Yellow Cab | Michael Born,,2013cv033074, Denver Dist. | Testimony |
| 11/5/14 | Casey Means v. Eilen Reardon, MD | Penelope Clor, Atty, 2013CV30401, Boulder Dist | Testimony |
| 8/20/14 | Lucy Quinones v. Alla Ali | Brad Levine,Atty. , #286904CRN, Boulder Dist. CT. | Testimony |
| 6/24/14 | Kelly Parsons v. Marriott Hotels | D. Dagner,  13CV 01492 REB -CBS,Denver, CO | Deposition |
| 5/15/14 | David LeMaster v. LoBall Const. | Hathaway & Kuhns, CV 180-620, Laramie ,WY | Testimony |
| 3/10/14 | Fonda Berndt v. Pinnacle Banks | G. Plank, Atty,Travelers,WC 4-896-434, Colo. DOL | Testimony |
| 1/22/14 | Incencio Rodriquez v. Insituform | M.Harrington,Atty.WC 4-775-934, Colo. DOL | Deposition |
| 1/10/14 | Incencio Rodriquez v. Insituform | M. Harrington, Atty; WC 4-775--934, Colo DOL | Testimony |
| 11/15/13 | Dean Hansen v.Janssen Pharmaceutical | M. Premo-Hopkins, Reilly Pozner,LLP | Deposition |
| 7/18/13 | Incencio Rodriquez v. Insituform | M. Harrington, Atty; WC 4-775--934, Colo DOL | Testimony |
| 6/12/13 | Falko v. Falko | Marc Kaplan,Atty;Case 2012dr846, Douglas Cty | Testimony |
| 5/6/13 | Tamara Wardlow v. Monte Uyemura,MD | Thomas Helms, Atty; CV 2012-CV-6, Yuma | Deposition |
| 4/23/13 | Raymond Minck v. BNSF Railway | Fred Bremseth, Atty, 1:12-CV-0178-RBI, Dist CT. | Deposition |
| 3/15/13 | Kevin Cales v. Halliburton Energy | James Worthen, Atty, Wyoming. Dist. CT, 12-CV-J | Deposition |
| 1/28/13 | Sahaid Allarakhia v. Kaiser Permanente | WC # 4-805-955, William Sterck, Attorney | Testimony |
| 1/25/13 | Teresa Lucero v. Enterprise Leasing | WC# 3-828-674, William Sterck, Attorney | Testimony |
| 11/14/12 | Dana Steely v.Jason Federico | 11-CV-1373, Adams Cty, Daniel Sloane Atty | Deposition |
| 11/7/12 | Jason Hilverding v. Patricia Yanchunas | Larry Mertes, Atty, Boulder Cty Case 11CV184 | Testimony |
| 10/3/12 | Stella Lucero v. Enterprise Rent a Car | Katherine Holom,  Colorado DOL: WC 4-828-674, | Testimony |
| 7/25/12 | Dale Coleman v. BNSF Railway | Thomas Geng, Atty, Denver Dist Ct., 11-cv-5694 | Deposition |
| 4/28/12 | Jason Hilverding v. Patricia Yanchunas | Larry Mertes, Atty, Boulder Cty Case 11CV184 | Testimony |
| 4/3/12 | Diana Kelly v. Linda Horan | Bret Beattie, Atty, Jefferson Cty Case 2011CV1657 | Testimony |
| 2/27/12 | Cindy McPherson v. Stephen Morrison,DO | Bret Beattie,Atty, Douglas Cty Case 2011CV811 | Deposition |
| 2/14/12 | Joseph Ormsby V. BNSF Railway | Greg Yaeger, Atty, CV# ADV-10-0176, Montana | Testimony |
| 12/2/11 | Dorothy Bellefontaine V. Northglenn Ambulance | Chris Ingold, Attorney, WC 4-740-240, DOL | Testimony |
| 11/7/11 | Randy v. Subway/Farmers Insurance | Joseph Espinosa, Attorney: WC # 4-724-361: DOL | Testimony |
| 10/7/11 | Lori Cairns v. Summit Consulting/Pinnacol | Brad Irwin, Attorney, WC 4-760-088, DOL | Testimony |
| 912/11 | Hummer Marchand v. Routt County | Robert Brovege, Attorney, WC # 4-612-449: | Testimony |

**William M. Hartwick, MS, CRC, CDMS, CLCP, D-ABVE**
**Testimony / Deposition History  ~   1999  to Present**

| Date | Case  Name | Firm  /  Attorney  /  Case No.  /  Jurisdiction | Activity |
|---|---|---|---|
| 7/25/11 | T. Lawton Roberts v.  L & H, LLC,  et al | Damian Stone, Thomas Metier, Attorneys | Testimony |
| 7/1/11 | Hummer Marchand v. Routt County | Robert Brovege, Attorney; WC # 4-612-449; Colorado Department of Labor | Testimony |
| 9/7/11 | Don Haynes v. BNSF Railway | T. Geng, Attorney/ Wyoming  Dist. CT 10-CV-268D | Deposition |
| 6/9/11 | T. Lawton Roberts v. L&H LLC. et al | Damian Stone/Thomas Metier, Attorneys; Denver District Ct. Case # 09-CV-4962 | Deposition |
| 04/28/11 | Randy Sigon v. North Peak Subway LLC. | Joseph Espinoza, Attorney / WC 4-724-361 / Colorado Department of Labor, Adm. Hearing | Testimony |
| 04/28/11 | Thomas  Graffis v. Union Pacific  Railroad | Fredrick Bremseth, Attorney/ CV 0258-LTB-KLM / Colorado US District  Court | Testimony |
| 03/17/11 | Earlean Andracki v. Crossmark/Legacy | David Kroll, Attorney / WC 4-803-392 / Colorado Dept. Labor | Testimony |
| 03/09/11 | Richard Queen v. TA Operating, LLC | Stephenson Emery, Attorney / CV 10-CV-170F/ WY US District CT | Deposition |
| 02/22/11 | Federico Salinas v. Lampson International et al | James Fitzgerald, Attorney / CV 10-CV-134 / WY US District CT | Deposition |
| 10/26/10 | Thomas Graffis v. UPRR | Keith Ekstrom, Attorney / CV 0258-LTB-KLM / US District Court | Deposition |
| 10/21/10 | Carlos Ordonez v. JEB Electric Co. | Joseph Espinoza, Attorney / WC 4-683-537 / Colorado Department of Labor, Adm. Hearing | Testimony |
| 10/01/10 | Gary Funston v. Montana Rail Link | Gregory Yaeger, Attorney / CV DV-09-1319 / Montana 13th Judicial District | Deposition |
| 09/09/10 | Robert Southwell v. BNSF Railway | Fredric Bremseth, Attorney / CV DV09-0150 / Montana 8th Judicial District | Testimony |
| 08/18/10 | Donald Jacobs v. D M & E Railway | Gregory Yaeger, Attorney / CV 08-0634 / 3rd Judicial District / Brookings, South Dakota | Testimony |
| 05/05/10 | Heather Weber v. BNSF Railway | Gregory Yaeger, Attorney / CV DV-07-0947 / Montana 3rd Judicial District | Testimony |
| 04/27/10 | T. Lawton Roberts v. L & H, LLC et al | Damian Stone, Attorney/ CV-09Cv4962, Denver District Court | Deposition |
| 04/09/10 | Bonnie Livingood v. New Design Const. & Range Barricade | Lars Bergstron, Attorney, Dewhirst & Dolven / CV 07CV545 / Boulder County, Colorado | Deposition |

**William M. Hartwick, MS, CRC, CDMS, CLCP, D-ABVE**
**Testimony / Deposition History  ~  1999  to Present**

| Date | Case  Name | Firm  /  Attorney  /  Case No.  /  Jurisdiction | Activity |
|------|-----------|------------------------------------------------|----------|
| 04/08/10 | Thomas Bourdeon v. DM&E Railway | Gregory Yaeger, Attorney / CV 08-633 / 3rd District CT / Brookings County, South Dakota | Testimony |
| 04/01/10 | Francisco Reyes v. USA Energy, et al | Richard Wolf, Attorney / Docket No. 173-107 / Laramie County, Wyoming | Deposition |
| 02/23/10 | Vance Bergquist v. Ronnie Dowdy, Inc. | Richard Wolf, Attorney / CV 09CV 130 D / Wyoming District CT | Deposition |
| 10/08/09 | Marco Tapia v. Denver & Rock Island Railroad and UPRR Company | CV 2008CV11025 / Denver District CT | Testimony |
| 10/02/09 | Natha Lee Wilson v. Eric Hansen, MD | CV 08-23, 3rd District / Uinta County, Wyoming | Deposition |
| 09/18/09 | Kevin Brennan v. JHST, Inc. | Roger Schumate, Murane and Bostwick / CV 08CV265-B /                    Wyoming District CT | Deposition |
| 09/16/09 | Kevin Brennan v. JHST, Inc. | Roger Schumate, Murane and Bostwick / CV 08CV265-B /                    Wyoming District CT | Deposition |
| 07/16/09 | Kelley Hemsley v. Union Pacific Railroad | Fredric Bremseth, Attorney / CV DV-08-259 / Montana 2nd District CT | Deposition |
| 05/21/09 | Torje Osen v. Michael Zandt | Mitchell Drantch, Attorney / CV 07CV448 / Larimer County District CT | Testimony |
| 04/09/09 | Rachael Thompson (Dechant) v. Rosemary Siote | Jaime Baxter, Attorney / CV 07CV1987 / Adams County District CT | Deposition |
| 03/12/09 | Torje Osen v. Michael Zandt | Mitchell Drantch, Attorney / CV 07CV448 / Larimer County District CT | Deposition |
| 02/27/09 | Daniel Bircher v. BNSF Railway | Fredrick Bremseth, Attorney / DV 07-964 / Yellowstine County | Testimony |
| 01/22/09 | Keeli Anthony v. Patrick Loop | Keith Lapuyade, Godfrey & Lapuyade / 06-CV-178 / Morgan County, Colorado | Deposition |
| 11/11/08 | David Kisselman v. American Family Insurance | Michael Fossenier, Attorney / Claim 00-161-611663-1414 /                    Denver District Court | Arbitration / Testimony |
| 10/20/08 | Misty Farber v. Washington Inventory Services | Chris Ingold, Attorney / WC 4-615-836 / Colorado Division of Labor | Testimony |
| 10/14/08 | Daniel Bircher v. BNSF Railway | Fredrick Bremseth, Attorney / Wyoming District CT | Deposition |
| 10/02/08 | D'Sean Bingham v. Adobe Equipment Holdings | Robert Reese, Attorney / CV 08-CV-056D / Wyoming District CT | Deposition |

**William M. Hartwick, MS, CRC, CDMS, CLCP, D-ABVE**
**Testimony / Deposition History  ~  1999  to Present**

| Date | Case Name | Firm / Attorney / Case No. / Jurisdiction | Activity |
|---|---|---|---|
| 08/18/08 | Gwendolyn Ballard v. Kmart Corp | John Taussig, Attorney / WC 4-714-786 / Colorado Department of Labor | Testimony |
| 06/09/08 | Angelina Schmeiden v. Jeppesen Industries | Floyd Youngblood, Attorney / WC 4-517-326 / Colorado Division of Labor and Employment | Testimony |
| 02/28/08 | Thomas Mills v. UPRR | Gregory Yaeger, Attorney / CV 2007-1147PI / 6th Judicial District, Bannock County, Idaho | Deposition |
| 02/13/08 | Kevin Medina v. Di-Rupp, et al | Mark Kaplan, Attorney / CV 07CV2035 / Denver District Court | Deposition |
| 02/11/08 | Rocco De Santis v. Northwest Airlines | Marshall Fogel, Attorney / WC 4-584-139 | Testimony |
| 02/08/08 | Gerald Leffler v. Kenneth Kurica, et al | Hayden Winston, Attorney / CV 2006CV2653 / El Paso County | Deposition |
| 01/23/08 | Shawna Allen v. Lowe's, HIW | John Inderwish, Pelz & Bonifazi, P.C. 2006CV1525 / Douglas County Court | Deposition |
| 01/21/08 | Robert Bingham v. BNSF Railway | John Rossi, Rossi, Cox, Vucinovich, P.C. 07-CV-3742 / Denver District Court | Deposition |
| 11/15/07 | Werking v. Werking (Marriage Dissolution) | Marc Kaplan, Attorney / CV 07DR194 / Div. 405 Arapahoe County | Testimony |
| 10/26/07 | Lia Dillon-Combs v. Pillow Kingdom | David Stevens, Attorney / WC 4-618-560 / Colorado Division of Labor and Employment | Testimony |
| 10/07/07 | Lisa Hagerman v. Michael John Urban, M. D. | Hillyard Wahlberg Kudla & Sloane, LLP / Susan Kudla | Deposition |
| 08/31/07 | Sheila Hansen v. Copeland Companies | Goff & Goff / Lance Goff / WC 4-387-433 / Colorado Division of Labor and Employment | Testimony |
| 08/15/07 | Gilbert Flynn v. J. W. Operating | Santer, Goldfarb & Rice / J. Frasier / WC 4-631-197 / Colorado Division of Labor and Employment | Deposition |
| 07/07/07 | Deborah Sonnenberg v. Vic, Inc. et al | Wolf & Tiedeken/ Richard Wolf Deposition CV-06-CV-247-B/ Laramie County, WY | Deposition |
| 07/07/07 | James Jackson v. BNSF Railroad | Rossi, Cox & Vucinovich/John Rossi/ CV- 06 CV-00802/ US District Court | Deposition |
| 07/07/07 | Ronald Saltzman v. Interstate Brands | Marc Kaplan, Attorney CV - 06 CV 10062/ Denver District Court | Deposition |
| 04/07/07 | Rothenhoefer v. Wyoming Medical Center and Chris Moser, MD | Williams, Porter, Day & Neville/Frank Neville/ CV-83924/Converse County District Court | Deposition |

## William M. Hartwick, MS, CRC, CDMS, CLCP, D-ABVE
## Testimony / Deposition History  ~  1999  to Present

| Date | Case Name | Firm / Attorney / Case No. / Jurisdiction | Activity |
|---|---|---|---|
| 02/07/07 | Thomas Moran v. BNSF Railroad | Rossi, Cox & Vucinovich/John Rossi/ CV #/ 06-cv-7866 Denver District court | Deposition |
| 12/01/06 | Teodora Talavera v. Crystal Inn | Richard P. Meyers / Benjamin Kramer / WC 4-650-573 | Testimony |
| 11/06/06 | Edward C. Hoyt v. The State of Wyoming | Wolf & Tiedeken/ Richard Wolf/ CV 206 # 48/ Laramie County | Deposition |
| 10/23/06 | Ruth Francoeur-Martinez v. Denver Health Medical Center | Irwin & Boesen / Christopher Ingold / WC 4-527-415 | Testimony |
| 08/06/06 | Alan Duxbury v. Hawkins & Powers | Williams, Porter, Day, & Neville/Frank Neville/ CV 05 CV-188/Laramie County | Deposition |
| 08/06/06 | Daniel Ewalt v. Memorial Hospital/Converse County | Williams, Porter, Day, & Neville/Steve Emery/ CV 05 CV-176B, 05 CV-314B/Converse County | Deposition |
| 06/06/06 | Felicia Moon-Miller v. Miller | Marc Kaplan/06DR863 /Denver District Court | Testimony |
| 02/06/06 | Woodbury v. Mount Carmel Youth Ranch, et al | Rex Arney /CV 05 CV 078D/Wyoming District Court | Deposition |
| 01/06/06 | Brian W. Peck v. Conoco | Frank Neville / CV 05-CV-0066-B / Wyoming District Court | Deposition |
| 12/08/05 | Arthur Twiggs v. Hoffman Structures | Irwin & Boesen / Christopher Ingold / WC 4-430-471 /            Colorado Division of Labor and | Testimony |
| 10/05/05 | Kimilah Allen v. White Cap Industries | Irwin & Boesen / J. Frasier / WC 4-510-451 / Colorado Division of Labor and Employment | Testimony |
| 09/05/05 | Charles Sandell v. David Kresin, MD et al | David Stevens/ CV 04-CV-6488/ Denver District | Deposition |
| 08/05/05 | David Trujillo v. BNSF Railroad | Yaeger Junbauer & Barczak  /  Gregory Yaeger / 04 CV 10429  /  Denver District Court | Deposition |
| 08/05/05 | Harry Eldridge v. Mazzaloni Transport, et al | Murane & Bostwick  /  Karla Ridgeway / 04 CV 0227-B /   US District Court, Laramie, WY | Deposition |
| 07/05/05 | Cynthia Searcy v. Jordan Hamburger | Walberg Dagner & Tucker  /  Deana Dagner / 02-Z-2260 (MJW)  /  Denver District Court | Testimony |
| 05/16/05 | Sheryl Mosley v. Asphalt Paving Co. | Clifton, Hook & Bovarnick / Cheryl Martin / WC 4-439-762            Colorado Division of Labor and | Testimony |
| 05/05/05 | Michelle Hobby v. YMCA of the Rockies | McElroy Deutsch Mulvaney & Carpenter / Jane Young | Deposition |

**William M. Hartwick, MS, CRC, CDMS, CLCP, D-ABVE**
**Testimony / Deposition History  ~   1999  to Present**

| Date | Case  Name | Firm / Attorney / Case No. / Jurisdiction | Activity |
|------|-----------|------------------------------------------|----------|
| 05/05/05 | Christine Moschall, John Motschall, and Teagan Motschall, minor,  v. David G. Cloyd, MD, et al | Metier & Costello  /  Diana Rhodes 03-CV-95  /  Larimer County District Court | Testimony |
| 03/05/05 | Peggy Paxton v. Luis Urdiera and Metro Building Products Inc. | Franklin Azar & Associates  /  Robert Fischel 2004 CV 917  /  Denver District Court | Testimony |
| 02/05/05 | Lorraine Hiner v. Rutstein, et al | Lawrence Hartnett  /  C-01-463 Sweetwater County, 3rd Judicial District, WY | Testimony |
| 01/05/05 | Lorraine Hiner v. Rutstein, et al | Lawrence Hartnett  /  C-01-463 Sweetwater County, 3rd Judicial District, WY | Deposition |
| 12/04/04 | James Conwell v. Hargett | Neil Barclay 2002 CV 767 / Arapahoe County District Court | Deposition |
| 12/04/04 | Vicki L. Hunt v. Tomkins and Howting | Robert Hutchinson 03 CV 709   /  Boulder County District Court | Testimony |
| 10/13/04 | Dwight Rhiner / Social Security Disability | Jeffrey Fleischner, Attorney / SSN 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 / Bureau of Hearings and Appeals | Testimony |
| 09/04/04 | Alan H. Boslough v. Burlington Northern & Santa Fe Railway | Rossi Cox Kiker & Inderwish  /  John Rossi 03CV1772  /  Denver County District Court | Deposition |
| 08/04/04 | Christine Moschall, John Motschall, and Teagan Motschall, minor,  v. David G. Cloyd, MD, et al | Metier & Costello  /  Diana Rhodes 03-CV-95  /  Larimer County District Court | Deposition |
| 04/04/04 | Steven Thomas v. Daryl Wright and Pilot Air Freight | Godfrey & Lapuyade  /  Lori Pappas 01-CV-1059  /  Adams County District Court | Testimony |
| 04/04/04 | Shauna Johnson v. David Cesko, MD | Frederick Harrison  /  CV-03-0001 Carbon County, WY | Deposition |
| 02/24/04 | Nancy Sholund v. John Elway Dodge | Irwin & Boesen / Christopher Ingold / WC 4-522-173 Colorado Division of Labor and Employment | Testimony |
| 12/08/03 | Cindy Rencin v. Sodhexo Services | Jeffrey Fleischner, Attorney / WC 4-488-979 / Colorado Division of Labor and Employment | Testimony |
| 10/03/03 | Richard Freeze v. Union Pacific Railroad | Rossi Cox & Kiker  /  James Cox 02-CV-6919  /  Denver County District Court | Testimony |
| 09/03/03 | Brian Walker v. Disney World, et al | Baroway & Dawson  /  Scott Baroway CIO-02-2220  /  9th Circuit, Orange County, FL | Deposition |
| 04/03/03 | Doris Proctor v. Dr. Nancy Chuch, et al | Brian Murphy & Associates 01-CV-835, Division E  /  Pueblo, CO | Deposition |

**William M. Hartwick, MS, CRC, CDMS, CLCP, D-ABVE**
**Testimony / Deposition History ~ 1999 to Present**

| Date | Case Name | Firm / Attorney / Case No. / Jurisdiction | Activity |
|---|---|---|---|
| 03/03/03 | Wimbauer and Wimbauer | Dorothy Stone<br>01-DR-18 / Elbert County District Court | Testimony |
| 02/20/03 | Cindy Rencin / Social Security Disability | Jeffrey Fleischner, Attorney / SSN 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 /<br>Bureau of Hearings and Appeals | Testimony |
| 02/03/03 | Lowell Flaming v. Colorado Springs Properties | Campbell Latiolais & Ruebel / Jeffrey Reubel<br>99-B-942 / U.S. District Court, CO | Testimony |
| 02/03/03 | Roy Gordon v. Union Pacific Railroad | Rossi Cox & Kiker / David Kiker<br>ADV-99-794 / Montana 1st Judicial District,<br>Lewis & Clark County, MT | Deposition |
| 07/02/02 | Michael Kelley v. BNSF Railroad | Yaeger Jungbaur Barczak & Vucinovich<br>Greg Yaeger / BDV-2001-465 / Montana 1st<br>Judicial District Court, Lewis & Clark County | Deposition |
| 04/02/02 | Rhonda Drieth v. Ford Motor Co. | Wheeler Trigg & Kennedy / Carolyn Fairless<br>00-B-2051 / U.S. District Court, Denver | Deposition |
| 02/02/02 | Cynthia Charlton v. Dr. Randall Bynum, et al | Dorothy Stone<br>98-CV-2136 / Arapahoe County District Court | Testimony |
| 10/01/01 | Fred Gonzales v. BNSF Railroad | Rossi Cox Kiker & Inderwish / John Rossi<br>00-CV-9723 / Denver County District Court | Deposition |
| 09/01/01 | Ernest Martinez v. Smithway, et al | Labarge Campbell & Lyon<br>Deborah Krumstok | Deposition |
| 06/01/01 | Charles Esparza v. Bridgestone/Firestone | White & Steele / James Dieterich<br>99-WM-1554 / U.S. District Court, Denver | Deposition |
| 06/01/01 | Douglas Butolph v. Union Pacific Railroad | Rossi Cox Kiker & Inderwish / John Rossi<br>00-CV-2585 / Denver County District Court | Deposition |
| 04/01/01 | Bryan Lanning v. High Altitude Fitness | Hepworth Lizamiz & Hohnhurst / Charles Hepworth<br>CV-00-6801 / 5th Judicial District, Idaho | Videotaped<br>Testimony |
| 04/01/01 | Morisse Luckey v. Cozzens | Baroway & Dawson / Scott Baroway<br>99-CV-6804 / Denver County District Court | Deposition |
| 03/01/01 | Bryan Lanning v. High Altitude Fitness | Hepworth Lizamiz & Hohnhurst<br>Charles Hepworth<br>CV-00-6801 / 5th Judicial District, Idaho | Deposition |
| 12/01/00 | Cynthia Charlton v. Dr. Randall Bynum, et al | Dorothy Stone<br>98-CV-2136 / Arapahoe County District Court | Deposition |

**William M. Hartwick, MS, CRC, CDMS, CLCP, D-ABVE**
**Testimony / Deposition History  ~  1999  to Present**

| Date | Case  Name | Firm  /  Attorney  /  Case No.  /  Jurisdiction | Activity |
|---|---|---|---|
| 11/01/00 | Robert Benich v. Anderson Salvage Co. | White & Steele  /  Kevin Hecht<br>98-CV-1057  /  Denver County District Court | Deposition |
| 11/01/00 | Charles Kohn v. BNSF Railroad | Rossi Cox Kiker & Inderwish  /  John Rossi<br>99-CV-7238  /  Denver County District Court | Testimony |
| 10/01/00 | Smit v. Darwin Anderson / Eagle View Construction | Jones & Waters  /  Michael Waters<br>Teller County District Court, Colorado | Testimony |
| 10/01/00 | Charles Kohn v. BNSF Railroad | Rossi Cox Kiker & Inderwish  /  John Rossi<br>99-CV-7238  /  Denver County District Court | Deposition |
| 07/01/00 | Amy Malec v. Consolidated Freightways | Hall & Evans  /  Michael Jones<br>U.S. District Court, Denver | Deposition |
| 04/01/00 | Doug Baxter v. BNSF Railroad | Rossi Cox Kiker & Inderwish   /  James Cox<br>99-CV-6523  /  Denver County District Court | Deposition |
| 04/01/00 | Russell T. Runyon v. Memorial Hospital | John Stanfield, Clinton Summerfield, and<br>P. Richard Meyer  /  CV-99-0023<br>2nd Judicial District, Carbon County, WY | Deposition |
| 02/01/00 | Seymore Martinez v. Wyoming State Penitentiary | Brown Drew & Massey   /  Tim Stubson<br>WC Administrative Hearing  /  07524-0652 | Deposition (telephonic) |
| 01/01/00 | William Back v. Union Pacific Railroad | Rossi Cox Kiker & Inderwish  /  John Rossi<br>98-CV-9322  /  Denver County District Court | Testimony |
| 01/01/00 | Karen Hepp v. Sheridan Livestock | Cameron Walker  /  C98-11-399<br>4th Judicial District, Sheridan County, WY | Deposition |
| 08/09/99 | Rowan Tyson v. Union Pacific Railroad | Rossi Cox Kiker & Inderwish  /  John Rossi<br>98-CV-4615  /  Denver County District Court | Deposition |
| 08/01/99 | William Back v. Union Pacific Railroad | Rossi Cox Kiker & Inderwish  /  John Rossi<br>98-CV-9322  /  Denver County District Court | Deposition |
| 04/01/99 | Trexler v. Springs Transit Management | White & Steele  /  Stephen Gerdes<br>98-CV-1282  /  El Paso County District Court | Deposition |
| 03/01/99 | Daniel Rezac v. BNSF Railroad | Rossi Cox Kiker & Inderwish   /  John Rossi<br>97-WM-1006  /  U.S. District Court, Denver | Testimony |
| 03/01/99 | Rowan Tyson v. Union Pacific Railroad | Rossi Cox Kiker & Inderwish   /  John Rossi<br>98-CV-4615  /  Denver County District Court | Deposition |

**William M. Hartwick, MS, CRC, CDMS, CLCP, D-ABVE**
**Testimony / Deposition History  ~  1999 to Present**

| Date | Case Name | Firm / Attorney / Case No. / Jurisdiction | Activity |
|---|---|---|---|
| 02/01/99 | Linda May v. Farmers Insurance | Varnell & Associates / John Scherling 96-CV-1254 / Adams County District Court | Testimony |

# *William M. Hartwick & Associates, LLC*
## *William M. Hartwick, MS, CDMS, CLCP, D-ABVE*

*P.O. Box 1537, Parker, CO 80134*
*Phone (303) 921-0322  Fax (303) 840-8486*

## PROFESSIONAL FEES/ RETAINER AGREEMENT – 1/1/23

## PERSONAL INJURY / LIABILITY
## LIFE CARE PLANNING / WORKERS COMPENSATION / DIVORCE

| PROFESSIONAL TIME | / | $225 per hour |
|---|---|---|
| TRAVEL | / | $ 100 per hour |
| MILEAGE | / | $ .52 per mile |
| TESTIMONY/DEPOSITION | / | $450 per hour |

### RETAINER FEES

- $2,750 – Paid in advance of Vocational/Employability Evaluation Services (non-refundable). Additional funds will be required for professional activity and expenses that exceed initial retainer.
- $ 3,500 – Paid in advance of Life Care Planning Services (non refundable). Additional funds will be required for professional activity that exceeds initial retainer.
- Referrals that require completion in less than 30 days of the date of referral, professional fees will be charged at the hourly rate of $ 300 per hour.

### DEPOSITIONS / TESTIMONY

- $450 per hour with a minimum of two hours, plus travel time and expenses. Any additional time billed at full hourly rate.

- Full pre-payment required one week in advance of scheduled deposition/testimony.

- 48-hour notice of cancellation required for refund on Deposition or Testimony.

- 24-hour notice of cancellation required for refund on scheduled evaluations.

**ALL INVOICES ARE DUE UPON RECEIPT AND MUST BE PAID IN FULL PRIOR TO DEPOSITION OR TRIAL TESTIMONY**