# ATTACHMENT #3



**COLORADO REHABILITATION & OCCUPATIONAL MEDICINE**
*Maximizing Function and Improving Lives*

**INDEPENDENT MEDICAL EVALUATION**
Bret McCoy
November 9, 2023

Date of Birth:
Date of Birth:
Date of Injury: 12/18/2022

## HISTORY OF PRESENT ILLNESS:

This is an Independent Medical Evaluation of Bret McCoy pertaining to injuries sustained in an industrial accident which occurred on 12/18/2022 while working at Granite Peak Transloading. He is being seen at the request of his attorney at Fitzgerald Law Firm. I have been provided with his extensive medical file which is summarized at the end. He was evaluated at my Greenwood Village office for more than an hour on 11/09/2023. He understands that today's appointment is for evaluation only and not for the purposes of treatment.

This is a 24-year-old, right-hand-dominant gentleman who on 12/18/2022 was loading Frac sand and while pulling on a control bar, he ended up landing on a conveyor belt when the bar he was pulling on, popped out. As he was pulled up the industrial auger, he sustained multiple injuries including open fractures of the bilateral lower extremities, pelvic fractures, multiple fractures of the cervical, thoracic, and lumbar spine, rib and sternal fractures, and severe/complex lacerations to the left lower extremity and face. He was trapped up at the top of the sand auger and required prolonged extrication. Once extricated, he was transported emergently to Cheyenne Regional Medical Center. Because of his lower extremity fractures, he had extreme blood loss and did require transfusions. He underwent imaging and stabilization at Cheyenne Regional Medical Center, but due to hemodynamic instability necessitating intubation and need for the services of a level one trauma center, he was transported to Medical Center of The Rockies on 12/19/2022.

At Medical Center of the Rockies, he underwent extensive additional imaging for further evaluation of the spinal fractures, pelvic fractures, and lower extremity fractures. Additional workup revealed the presence of an open right proximal femur fracture that was severely comminuted. He also had a grade 3A open right ankle lateral malleolar fracture/dislocation, Weber type C. There was dislocation both at the tib-fib syndesmosis, as well as the tibiotalar joint. In the left lower extremity, he had an open grade 3A/B left distal comminuted tibial shaft fracture and comminuted fibular shaft fracture. Imaging of the pelvis revealed anterior pelvic fractures and a sacral fracture. Specifically there was left superior and inferior pubic rami fractures and an S3 fracture. Imaging of the spine revealed C7 articular pillar fracture, C7 anterior wedge compression fracture, C6-7 ligamentum flavum discontinuity, and inter spinous ligament injury at this level. In the thoracic and lumbar spine, there were mild vertebral compression fractures without retropulsion from T4-T7 and T11-L3. There was also the minimally displaced S3 vertebral

**INDEPENDENT MEDICAL EVALUATION**
Bret McCoy
November 9, 2023
Page 2

fracture. He was also diagnosed with a concussion/traumatic brain injury with CT scan of the brain negative for acute intracranial hemorrhage. Imaging of the thorax revealed left-sided rib fractures number one to number six and a sternal fracture. He had complex facial lacerations involving the forehead, right cheek, and upper eyelid. There was also a left lower extremity extensive wound, all of which required closure and skin grafting. Other issues included acute hypoxic respiratory failure requiring mechanical ventilation. He had a left hemopneumothorax associated with the left-sided rib fractures. He also sustained a retroperitoneal hemorrhage. He had rhabdomyolysis as a result of the extensive crush injury from the sand auger. He had acute blood loss anemia from his lower extremity fractures necessitating transfusion with fresh frozen plasma and packed red blood cells. He also experience perforation of the left tympanic membrane.

He required multiple surgeries at Medical Center of the Rockies. On 12/19/2022, Dr. Rusnak of orthopedic surgery performed excisional I&D of the open right ankle lateral malleolus fracture and open right ankle dislocation. At that time he performed open reduction, internal fixation of the right ankle lateral malleolus Weber C fractured/dislocation and open reduction internal fixation of the right ankle syndesmotic dislocation. Closed reduction and placement of external fixation on the unstable right ankle tibiotalar dislocation was also performed. I&D of the open right comminuted femur fracture was performed, as well as antegrade intramedullary nailing of the right comminuted, segmental femoral shaft fracture. He also underwent an excisional I&D of the left distal comminuted tibia and fibula fractures including skin, subcutaneous tissue, muscle, and bone. He underwent open reduction and placement of external fixation over the left distal tibia and fibula fractures. He also required excisional I&D of the extensive left leg wound. Postoperative diagnoses include a grade 3A open right ankle lateral malleolus fracture dislocation, Weber C type, open grade 3A right ankle syndesmotic dislocation, open grade 3A right ankle tibiotalar dislocation, grade 1 open right comminuted and segmental femoral shaft fracture, open grade 3A/B left distal comminuted tibial shaft fracture and comminuted fibular shaft fracture, and left leg wound x2 measuring 10 x 8 cm and 7 x 7 cm.

On 12/20/2022 Dr. Petrun addressed the complex facial lacerations surgically. At that time Dr. Petrun perform complex repair of the facial lacerations, 15 cm total. There was an 8 cm eyelid/eyebrow laceration involving the orbicularis oculi, 5 cm laceration lateral to the orbit with skin loss superiorly, two 1 cm lacerations on the cheek and partial-thickness burns (from friction) on the right face. These lacerations were all on the right side.

On 12/21/2022 Dr. Rusnak performed open reduction and internal fixation of the anterior pelvic ring fractures, right sided trans sacral sacroiliac screw fixation of his sacral fracture, open reduction and intramedullary nail treatment of the left comminuted distal third tibia fracture, repeat excisional I&D of the open fracture of the left tibia including skin, subcutaneous tissue, muscle and bone, and removal of the external fixator from the left leg.

On 12/26/2022, Dr. Rusnak performed split-thickness skin grafting to the left leg wound 18 cm x 7 cm and incisional I&D of the left leg wounds including skin, subcutaneous tissue, and muscle.

On 12/27/2022 Dr. Block performed surgical preparation of the wound bed on the face, 8 x 10 cm; complex closure of the nose and eyelid/eyebrow, 8 cm; full-thickness skin grafting to the forehead, 2 x 3 cm, and examination under anesthesia of the right lower extremity. Postoperative diagnoses included variable depth skin injury to face and open fracture, right lower extremity.

INDEPENDENT MEDICAL EVALUATION
Bret McCoy
November 9, 2023
Page 3

On 12/30/2022, Dr. Blatt performed C6-7 anterior cervical discectomy, C6-7 structural allograft fusion, anterior cervical plate C6-7, and closed reduction of cervical spine fracture with use of intraoperative fluoroscopy. Postoperative diagnosis was C6-7 ligamentous injury, C6-7 traumatic spinal instability, and left C7 facet fracture.

While at Medical Center of the Rockies, he was kept in a CTLSO brace when out of bed for stabilization of the cervical, thoracic, and lumbosacral fractures. The thoracic and lumbar fractures were treated nonoperatively with bracing x3 months with prolonged bracing in the CTLSO. X-rays of the thoracic lumbar spine on 12/28/2022 demonstrated stable alignment in the thoracic and lumbar spine. The plan was to continue non operative management of the thoracic and lumbar fractures. After undergoing surgical stabilization of the right ankle, the plan was to maintain the external fixator through mid January of 2023 and keep him nonweightbearing in the bilateral lower extremities. He was noted to have a foot drop on the right, for which heel cord stretching was done regularly.

Due to respiratory failure and the left hemopneumothorax, he was initially intubated at Cheyenne Regional Medical Center, but was able to be extubated by 12/20/2022 at Medical Center of the Rockies. He was monitored with regard to the retroperitoneal hemorrhage and his hemoglobin and hematocrit followed. He did have significant acute blood-loss anemia. His abdominal exam was benign, so he did not require any surgical intervention with regard to the retropubic peritoneal hemorrhage. He did have rhabdomyolysis with CPK peaking at 24,902 on 12/20/2022 and then trending downward significantly over time. He did develop left upper extremity edema for which a 12/21/2022 duplex ultrasound study left upper extremity revealed superficial thrombophlebitis only. Serial duplex studies of the extremities did not reveal any DVT development. For his acute blood loss anemia, he received 2 units of whole blood, 4 units of packed red blood cells, 4 units of fresh frozen plasma, and one pack of platelets at Cheyenne Regional Medical Center prior to transfer.

CT angiogram did reveal evidence of a grade 1 blunt cerebrovascular injury involving the right carotid artery. This was found on 12/21/2022 over read of the images from Cheyenne Regional Medical Center. He was started on aspirin following his pelvic surgery. Repeat CT angiogram of the neck revealed resolution of the BCVI, at which point the aspirin was discontinued.

He did have a left subconjunctival hemorrhage and slightly blurred vision. This did eventually resolve. CT scan did not reveal any evidence of facial fractures.

The perforated left tympanic membrane was treated with ofloxacin drops four times daily for seven days and completed by 12/27/2022. He was not complaining of hearing problems at that time, so outpatient audiology follow-up was recommended.

He did receive treatment in physical therapy and occupational therapy while at the Medical Center of the Rockies through 03/14/2023 and of both of these disciplines recommended facility based inpatient rehabilitation. He was also seen by speech therapy at MCR for dysphasia evaluation, for which he was deemed low risk. Initially, a full liquid diet and medications by mouth were recommended along with aspiration precautions.

He remained at Medical Center of the Rockies on 12/19/2022, through his discharge on 01/04/2023. At the time of discharge, she was transferred to Cheyenne Regional Medical Center for acute inpatient rehabilitation.

**INDEPENDENT MEDICAL EVALUATION**
Bret McCoy
November 9, 2023
Page 4

He was admitted to Cheyenne Regional Medical Center for acute inpatient rehabilitation on 01/04/2023, and remained there until being discharged home on 01/10/2023. Diagnoses included multiple trauma, grade 1 open right proximal femur fracture, comminuted, grade 3A open right ankle lateral malleolus fracture dislocation, Weber C type, open grade 3A/B left distal comminuted tibial shaft fracture and comminuted fibular shaft fracture, left superior and inferior pubic rami fractures and sacral fracture, concussion/TBI, C7 articular pillar fracture, C7 acute wedge compression fracture, C6-7 ligamentum flavum discontinuity with interspinous ligament injury, T4-7 and T11-L3 vertebral fractures and S3 minimally displaced fracture, complex right facial lacerations involving the forehead, right cheek, and upper eyelid, a perforated left tympanic membrane, rib fractures left #1 to 6, sternal fracture, and resolved hypoxia. His acute blood-loss anemia was noted to be stable and leukocytosis resolving. He did have flashbacks and nightmares consistent with possible PTSD. The right carotid BCVI grade 1 had resolved and left subconjunctival hemorrhage had also resolved. There were no more issues with respiratory failure. The left hemopneumothorax treated with a chest tube placement on 12/21/2022 with subsequent removal on 12/25/2022 had also resolved. His hemoglobin and hematocrit remained stable. His rhabdomyolysis had resolved. He was put on low-molecular weight heparin for DVT prophylaxis. Following discharge from inpatient rehabilitation at Cheyenne on 01/10/2023, followup appointments were made with Dr. Rusnak of Orthopedics, Dr. Block of Plastic Surgery, UC Health ENT/audiology, neurosurgery and surgery. He had no primary care provider on file, but it was recommended he establish care with one as soon as possible. There were no apparent complications during his inpatient rehabilitation at Cheyenne Regional Medical Center. Following this, he was discharged to home care/including nursing and physical therapy through May of 2023 and then subsequently started in outpatient physical therapy, which he continues 2-3 times per week at North Platte Physical Therapy in Cheyenne, Wyoming.

He did establish primary care at University of Wyoming Family Medicine Residency Program in Cheyenne starting on 01/17/2023. His pain was managed initially with opioid analgesics and muscle relaxants and eventually transition to just ibuprofen. He was followed regularly by Family Medicine.

He was also followed at Orthopedic and Spine Center of the Rockies by Dr. Rusnak regularly. He was seen initially in outpatient followup by Dr. Rusnak on 01/12/2023 for followup of his pelvic and multiple extremity fractures. At that time, he was approximately four weeks out from his injury and the plan was to proceed with removal of the external fixator on the right ankle and then begin physical therapy for the lower extremities. He was kept nonweightbearing for another four weeks. He was seen again by physician assistant, Regan and Dr. Rusnak on 02/09/2023, at which time he was now two weeks out from the removal of the external fixator from the right ankle. He was in physical therapy and making progress. He was cleared for progressive weightbearing. He was seen for orthopedic followup again by Dr. Rusnak on 03/23/2023, now three months post injury and was continuing physical therapy and working and gait and strength. His surgical incisions are well healed. He was unable to return to work. It was felt that he was looking at least a one year recovery.

He was seen for six-month orthopedic follow-up at Orthopedic and Spine Center of the Rockies on 06/22/2023, at which point he was continuing with physical therapy and his biggest complaint was his ongoing right ankle pain and dysfunction. Recommendation by Dr. Rusnak was to continue aggressive therapy. It was noted that he had progressive stiffness and signs of posttraumatic arthritis on x-ray. Plan was to refer him to one of the foot and ankle specialist to discuss treatment options. The only option of which was felt to be if joint fusion. He was given a shoe lift today because of a limb length discrepancy with the right lower extremity. Six months post injury, it was noted that he was still unable to return to

**INDEPENDENT MEDICAL EVALUATION**
Bret McCoy
November 9, 2023
Page 5

work and that modified duty could be considered in two months.

On 07/17/2023, he saw a foot and ankle specialists at Orthopedic and Spine Center of the Rockies. At that time, he saw Andrew Stith, MD regarding his right ankle pain and arthritis. Management options were discussed including nonsurgical interventions such as bracing, intermittent steroid injections, and oral nonsteroidal antiinflammatory medications. It was noted that from a surgical intervention standpoint, he would require a right ankle arthrodesis, but he was not ready to proceed with this surgery at that time. The right ankle joint was injected with a steroid at that time. He was told he could weight bear as tolerated and do activities as tolerated.

Mr. McCoy's current symptoms include neck soreness on an intermittent basis. He has some pain involving the left shoulder, but that started after he got home and started moving around more. He is doing well with regard to the degloving injury to the right forehead where he received skin grafting and that has healed well. His midback and torso are feeling okay and he is not reporting pain where he had the thoracic compression fractures prior. His left anterior chest does get sore sometimes. He has pain in a horizontal distribution in the lower lumbar spine on an intermittent basis. He has occasional pain involving the right thigh, if he has been on his feet for a long time. He has left shin pain with weightbearing activities. There is also pain above the right knee, which feels like a pressure type sensation that occurs when he has been standing and walking a lot. He does not report any knee pain on either side. He is continuing to use a cane for ambulation. He remains off work. His primary pain complaint is the right ankle, which is painful on a constant basis and definitely limits his ability to stand and walk for any prolonged period of time. That pain is variable, as well as the other areas where he has intermittent pain symptoms in his back and lower extremities. Therefore, his walking tolerance is variable with only being able to get around at household distances on a bad day and ambulate short community distances on a good day. However, even on a good day in terms of his pain. He is still not able to walk a full city block. From an emotional standpoint, he still has nightmares 2-3 times per week and can get flashbacks if triggered. He is not having panic attacks anymore. For medical followup, he sees Dr. Rusnak next month and then he is anticipating it will be on an as-needed basis after that. He is getting physical therapy three times a week at North Platte Physical Therapy in Cheyenne, which started in May of 2023 at which time his home physical therapy was stopped. They are working on stretching and strengthening of the lower extremities and balance. He reports that his pain ranges from 5-10 on a 0-10 pain scale, and today's level of pain is 6/10. Symptoms are improved with sitting and worsened with walking, standing, and lifting. He reports no significant past medical history. He uses ibuprofen 400 mg t.i.d. for pain symptoms. Again, since he does not tolerate any prolonged walking or standing or any significant lifting, he remains off work from Granite Peak Transloading where he was working as a Frac sand loader and had worked there for one year.

**PHYSICAL EXAMINATION:**

This is a well-developed, well-nourished gentleman appearing stated age, in no acute distress. He is accompanied by his father today. He is 5 feet 10 inches and weighs 130 pounds. Temperature is 97.2 degrees Fahrenheit. Pulse oximetry is 96 percent on room air. Pulse is 66. Blood pressure is 105/66. He is pleasant and cooperative with a normal range of affect. He ambulates with a single-point cane in the left hand and has an antalgic gait with a shortened stance phase on the right secondary to pain. There is also a leg length discrepancy with the right lower extremity measuring 87.5 cm from ASIS to medial malleolus and 89.5 cm on the left. He has a left thigh donor site for his split-thickness skin grafting. He has decreased range of motion of the right ankle where he has 10 degrees of dorsiflexion, 25 degrees of plantar flexion, 5 degrees of inversion, and 15 degrees of eversion compared to the left hindfoot range of

INDEPENDENT MEDICAL EVALUATION
Bret McCoy
November 9, 2023
Page 6

motion which is 15 degrees with dorsiflexion, 35 degrees for plantar flexion, 15 degrees for inversion, and 30 degrees for eversion. He has mild decreased strength for right ankle dorsiflexion. Dorsiflexion strength is intact on the left. He also has moderate weakness in his right sided toe extensors for digits two through five. There is mild weakness in extension of the great toe on the right. Toe flexion strength appears intact on the right. Toe flexion and extension strength is intact in the left foot. Left foot strength for dorsiflexion, inversion, eversion, and plantar flexion are intact. Sensation was intact in the bilateral lower extremities to light touch and pinprick sensation. He has scarring along both ankles from surgical intervention and then in the left lower extremity along the anterior tibial region there is extensive skin grafting involving the dorsal lateral upper half of the lower leg and a small area in the anterolateral lower leg distally. There is atrophy of both lower extremities, right greater than left. Palpation along the right thigh did not elicit complaints of pain. He has intact range of motion of both hips. His evaluation of the right knee reveals no effusion, increased warmth, or instability with Lachman's maneuver or varus/valgus stress. There is no joint line tenderness and patellofemoral grind test was negative. There is no popliteal tenderness. Similar findings were noted at the left knee. Straight leg raise is negative bilaterally. Patrick's maneuver is negative bilaterally. There is midline tenderness in the lower lumbosacral spine on palpation with the mild decrease range of motion for flexion and extension. There was mild tenderness over the PSIS bilaterally. Thoracic spine was nontender to palpation in the midline and paraspinal musculature. He had mild decreased cervical range of motion in all planes. There was pain at the C6/C7 level with cervical extension and rotation. He had normal range of motion and strength of both shoulders. Range of motion of both shoulders was symmetric and strength for scaption, internal and external rotation was all intact. He did have some tenderness in the left upper trapezius and some crepitus in the left AC joint. His chest was nontender to palpation. Muscle stretch reflexes are 2+ and symmetric at the elbows, knees, and ankles and there were no pathological reflexes.

## CLINICAL IMPRESSION:

1. Industrial accident on 12/18/2022, in which he was pulled onto the conveyor belt of an industrial sand auger.
   A. He has sustained multiple fractures, complex skin injuries, and a concussion.
   B. He was initially transported to Cheyenne Regional Medical Center for initial workup and stabilization followed by transfer to Medical Center of the Rockies for hospitalization and additional treatment on 12/19/2022.
2. Open right proximal femur fracture, comminuted, secondary to #1.
   A. Status post placement of intramedullary rod right femur on 12/19/2022 by Dr. Rusnak.
   B. Mild, intermittent residual pain symptoms right thigh.
3. Grade 3A open right ankle lateral malleolar fracture-dislocation, Weber type C secondary to number one.
   A. Status post closed reduction and spanning external fixation of the unstable right ankle tibiotalar dislocation, open reduction internal fixation of a right ankle lateral malleolus Weber C fracture dislocation, and open reduction internal fixation of right ankle syndesmotic dislocation on 12/19/2022 by Dr. Rusnak.
   B. Residual constant pain right ankle with weakness and restricted range of motion, limiting physical capacity for standing, walking, and lifting.
   C. He will require a right ankle arthrodesis, and is being followed by Dr. Stith at Orthopedic and Spine Center of the Rockies.
4. Open grade 3A/B left distal comminuted tibial shaft fracture and comminuted fibular shaft fracture secondary to #1.

INDEPENDENT MEDICAL EVALUATION
Bret McCoy
November 9, 2023
Page 7

A. Status post open reduction and spanning external fixation of the open left distal tibia and fibula fractures by Dr. Rusnak on 12/19/2022.
B. Status post removal of left lower extremity external fixator and open reduction and intramedullary nailing of the left comminuted distal third tibia fracture on 12/21/2022 by Dr. Rusnak.
C. Status post 12/26/2022, split thickness skin grafting to the left leg wound 18 cm x 7 cm by Dr. Rusnak on 12/26/2022.
D. Intermittent left anterior tibial pain, activity related pain.

5. Anterior pelvic fractures involving the left superior and inferior pubic rami and zone one sacral fracture at S3 secondary to #1.
A. Open reduction and internal fixation of the anterior pelvic ring fracture and right-sided trans sacral SI screw fixation of the sacral fracture on 12/21/2022 by Dr. Rusnak.
B. Continues to have intermittent lower lumbosacral pain.

6. C7 articular pillar fracture, C7 acute wedge compression fracture, C6-7 ligamentum flavum discontinuity, and interspinous ligament injury secondary to #1.
A. Status post C6-7 anterior cervical discectomy and fusion by Dr. Blatt.
B. Continues to have intermittent residual posterior cervical pain symptoms.

7. Multiple thoracic and lumbar spine vertebral fractures secondary to #1.
A. Mild T4-T7 and T11-L3 vertebral fractures stable and without retropulsion.
B. Thoracic pain has resolved.
C. He has intermittent low back pain, activity-related.

8. Complex right facial lacerations involving the forehead, right cheek, and upper eyelid secondary to #1.
A. Status post complex repair of facial lacerations, 15 cm total by Dr. Petrun on 12/20/2022.
B. Status post is complex closure nose and eyelid/eyebrow, 8 cm and full-thickness skin grafting to forehead, 2 x 3 cm by Dr. Block on 12/27/2022.
C. Residual scarring right face.

9. Head trauma secondary to #1.
A. Concussion/mild traumatic brain injury, resolved.
B. Left tympanic membrane perforation, resolved.
C. Left subconjunctival hemorrhage, resolved.
D. Right cervical carotid BCVI, grade 1, resolved.

10. Chest wall trauma secondary to #1.
A. Left-sided rib fractures number one through number six and sternal fracture treated conservatively.
B. Mild residual left chest wall pain.
C. Acute hypoxic respiratory failure, resolved.
D. Left hemopneumothorax status post chest tube placement, resolved.
E. Retroperitoneal hemorrhage, resolved.
F. Rhabdomyolysis, resolved.
G. Acute blood loss anemia status post multiple transfusions, resolved.

11. Rule out posttraumatic stress disorder secondary to #1.
A. Residual nightmares and flashbacks. Those symptoms have improved.

**ASSESSMENT AND DISCUSSION:**

The injuries and conditions directly related to the 12/18/2022 industrial accident are listed above under "Clinical Impression". As a result of being pulled in to the conveyor/sand auger, he sustained multiple

INDEPENDENT MEDICAL EVALUATION
Bret McCoy
November 9, 2023
Page 8

severe open fractures in the lower extremities, as well as multiple spine and chest wall fractures. The open right proximal femur fracture was managed by open reduction and internal fixation and the grade 3A open right ankle lateral malleolus fracture-dislocation, Weber C type was treated via prolonged external fixation and placement of a fibular plate. He has significant ongoing right ankle pain and weakness, as well as restricted range of motion as a result of the right ankle fracture dislocation and is rapidly developing posttraumatic osteoarthritis of the tibiotalar joint for which he is going to inevitably require right ankle arthrodesis. The right ankle fracture is very limiting to his physical capacity, such that he has limited tolerance for standing, walking, and any lifting and remains off work as such. He also sustained an open grade 3A/B left distal comminuted tibial shaft fracture and comminuted fibula shaft fracture. This was treated with the external fixation followed by placement of an intramedullary nail across the left tibia fracture on 12/21/2022 by Dr. Rusnak of Orthopedic Surgery. He also had a significant wound to the left anterolateral calf at two sites for which he did require split-thickness skin grafting by Dr Rusnak on 12/26/2022 with the left thigh donor site for the graft. He does have residual left shin pain, which is activity related. The skin grafting has been successful, though leaves him vulnerable to skin breakdown and need for further treatment since the skin graft is less durable than normal uninjured skin. In addition to these significant lower extremity open fractures, he also sustained a lateral compression of the pelvis causing left superior and inferior pubic rami fractures anteriorly and a zone one sacral ala fracture. Pelvic fractures required surgical intervention which occurred on 12/21/2022, at which time he underwent fixation of the anterior pelvic fractures with plate and screws and treatment of the sacral fracture and S3 with a right trans sacral sacroiliac screw. He is continuing to have some pain at the lumbosacral junction on an intermittent basis as a result of the pelvic fractures. He also sustained cervical spine fractures at the C7. There he sustained a C7 articular pillar fracture, C7 acute wedge compression fracture, C6-7 ligamentum flavum discontinuity and interspinous ligament injury. For this, he underwent C6-7 anterior cervical discectomy and fusion by Dr. Blatt on 12/30/2023. He does have some residual intermittent neck pain still at this point. He also sustained fractures in the thoracic and lumbar spine including the stable vertebral compression fractures without instability or retropulsion at T4-T7 and T11-L3. These were treated with immobilization in a CTLSO and did not require surgical fixation. He is not currently having pain in the thoracic spine region, but does have residual low back pain intermittently in a horizontal distribution in the lower lumbosacral spine.

In addition to the aforementioned spinal and extremity fractures, he also sustained injuries/fractures to his thorax including left-sided rib fractures number one through number six and a sternal fracture. This resulted in left-sided hemopneumothorax for which he required a chest tube. He experienced acute hypoxic respiratory failure and was intubated through 12/20/2022. The respiratory failure and hemopneumothorax had all resolved. He also had a retroperitoneal hemorrhage, which did not require any surgical intervention and has since resolved. He experienced rhabdomyolysis due to the multiple crush injuries and that did resolve over time. He had severe acute blood loss anemia secondary to lower extremity fractures for which he required multiple transfusions. He sustained a grade 1 blunt cerebrovascular injury involving the right carotid artery, which did resolve based on followup CT angiogram. He also sustained head trauma with a significant degloving injury to the right forehead and multiple facial lacerations for which he required complex repair on 12/20/2022 by Dr. Petrun and subsequently debridement and full-thickness skin grafting to the forehead on 12/27/2022 by Dr. Block. The skin grafting has been successful, though he does have residual scarring/deformity as a result. The trauma to his head, also produced a concussion/mild traumatic brain injury, which has resolved. He also sustained a left tympanic membrane perforation, which have resolved and is not causing any reported hearing problems. His course of recovery was complicated by a superficial thrombophlebitis in the left upper extremity, but no deep venous thromboses in the extremities. He has residual symptoms suggestive of posttraumatic stress disorder including nightmares and flashbacks, but is no longer having panic

INDEPENDENT MEDICAL EVALUATION
Bret McCoy
November 9, 2023
Page 9

attacks.

Given his unremarkable preexisting history and immediate onset of all of the aforementioned conditions listed above under "clinical impression" these injuries are to a reasonable degree of medical probability related to the 12/18/2022 industrial accident. Furthermore, the treatment that he has received as described in the history of present illness and medical record review was reasonable, medically necessary, and 100% related to the 12/18/2022 injury event and resultant injuries.

He is receiving ongoing care and physical therapy and follow up with Dr. Rusnak. For future care, I anticipate the need for ongoing physical therapy two to three times a week for the next 4-6 months and then as needed 12 times per year over the next three years. His right ankle pain and weakness represents the most significant physical injury limiting his functional capacity. This is a permanent injury causing permanent impairment for which he will require future orthopedic followup and imaging (x-rays and MRI).

Management options at this point include bracing, steroid injections into the right ankle, and use of nonsteroidal antiinflammatory medication. However, he will undoubtedly come to a right ankle arthrodesis. This will entail additional orthopedic followup, imaging, and postoperative physical therapy, as well as postoperative orthopedic followup. With regard to the cervical spine fractures for which he had a C6-7 anterior cervical discectomy and fusion, he is going to be at risk for adjacent segment degeneration, which will occur most likely over time and given his young age, likely necessitate future treatment. Future treatment options would include medication management with nonsteroidal anti-inflammatory medication, additional physical therapy specifically for the cervical spine, cervical epidural steroid injections, and spine surgery followup should he require additional levels of a fusion. That workup would include additional imaging including x-rays/MRI and likely upper extremity electrodiagnostic studies.

Given the left lower extremity skin grafting, he is at risk for skin breakdown since the skin grafting is less durable than normal skin. Should he develop breakdown of his skin graft, then he will require plastic surgery followup and additional wound care. Also given the residual PTSD type symptoms, it would be reasonable to have a psychology evaluation to determine if he needs any specific follow-up in treatment for this beyond the passage of time. Regarding his biggest issue which is pain and dysfunction involving the right ankle from the fracture dislocation and weakness, he should undergo EMG and nerve conduction studies of the right lower extremity to screen for a peroneal nerve injury as a cause of his weakness. Also, given the possibility that the some of his ankle pain is due to painful hardware from the fibular plate and screws, he may require orthopedic followup for consideration of hardware removal. However, based on evaluation today, it would seem that the posttraumatic osteoarthritis of the tibiotalar joint is the primary cause of his right ankle pain and gait abnormality.

His prognosis is such that he has sustained permanent injury and impairment most notably involving the right ankle for which future arthrodesis of the right ankle is going to be required for management of progressive pain from posttraumatic osteoarthritis. He has a gait abnormality as a result of the ankle injury and will still have a gait abnormality following arthrodesis, though hopefully with less pain. He currently is fairly restricted in terms of tolerance for standing and walking, though this should improve with reduction and pain from an arthrodesis. Because of his reduced physical capacity due to all of his injuries, he is not going to be able to do his previous work as a Frac sand loader. Currently considering his limitations primarily from the right ankle injury, but in combination with residual symptoms from his other fractures, he would be most appropriate for a sedentary type work, which will likely require

INDEPENDENT MEDICAL EVALUATION
Bret McCoy
November 9, 2023
Page 10

vocational assessment and training. With regard to his cervical spine, he is also at risk for future adjacent segment degeneration and need for future care, even possibly fusion at additional levels of the cervical spine. Again, given his young age, he is at significant risk for developing adjacent segment degeneration and required treatment for the same as discussed above. He is also at risk for skin breakdown, particularly at the areas of skin grafting, particularly in the left lower extremity. At this point, nearly one year post injury, he will likely have residual pain symptoms involving both lower extremities, pelvis, lumbar spine, and neck. However, the injuries for which he is at risk for future complications and need for future care are the right ankle and cervical spine. The dorsiflexion and toe extension weakness he has in the right lower extremity is the more likely than not permanent at this point as well.

**MEDICAL RECORD REVIEW:**

There are 4,368 pages of records from Medical Center of the Rockies. This includes results of imaging including CT angiogram performed at Cheyenne Regional Medical Center and re-evaluated at UC Health. This demonstrated acute open Weber C3 fracture of the right ankle. The distal right anterior tibial artery was not definitely demonstrated beyond the level of the ankle fracture. There was an acute open comminuted fracture involving the distal left tibia and fibula. There was normal arterial enhancement in the left lower extremity.

Re-evaluation of the brain CT from the outside hospital on 12/19/2022, indicates no acute intracranial abnormality. There was right scalp swelling and scalp hemorrhage.

CT scan of the cervical spine from an outside hospital on 12/19/2022, demonstrates acute displaced left C7 articular pillar fracture with extension into the left C7 transverse process, widened C6-7 interspinous space concerning for a ligamentous injury and likely acute C7 wedge compression fracture with minimal height loss.

Outside hospital CT scan of the abdomen on 12/19/2022 re-evaluated at UC Health shows nondisplaced fracture of the posterior medial left first rib with dislocation of the left first costovertebral joint, nondisplaced fracture of the left posterior second rib with mildly displaced fracture of the anterior second rib. There is a mildly displaced fracture of the left anterior third rib and nondisplaced fractures of the left anterior fourth, fifth, and sixth ribs. There is nondisplaced fracture of the superior aspect of the sternal body. There are multiple mild vertebral body fractures at T4 to T7 and T11 and L3 with minimal height loss and no retropulsion. There is a nondisplaced fracture of the S3 vertebral body. There is nondisplaced fracture of the right sacral ala. There is abnormal soft tissue density and retroperitoneal fat in the upper abdomen surrounding the celiac axis, SMA, portal vein, splenic pain, superior mesenteric vein, and aorta concerning for retroperitoneal hemorrhage. There is no obvious vascular injury or contrast extravasation seen. Recommendation was for repeat abdomen and pelvis CT angiogram with arterial and venous phase to exclude vascular injury. CT scan of the chest from the outside hospital (Cheyenne Regional Medical Center) shows moderate right and mild left soft tissue emphysema adjacent to both clavicles due to recent injury, minimal soft tissue fullness inferior posterior to the right sternoclavicular joint, possibly due to a small hematoma and no acute fracture. CT of the pelvis from the outside hospital demonstrates acute fractures of the left pelvis and right femur and adjacent soft tissue edema and hematomas.

On 12/19/2022, CT angiogram of the neck from an outside hospital reveals a slightly irregular contour of the anterior margin of the right cervical internal carotid artery consistent with possible grade 1 injury versus spasm. There was no evidence of acute arterial injury in the head or neck.

INDEPENDENT MEDICAL EVALUATION
Bret McCoy
November 9, 2023
Page 11

Chest x-ray 12/19/2022 shows endotracheal tube tip projecting at the level of the mid trachea approximately 5.7 cm above the carina. Subsequent chest x-ray on 12/19/2022 shows possible medial infiltrate right upper lobe and ground-glass density left side with stable position of endotracheal tube and nasogastric tube.

CT scan of the brain on 12/19/2022 shows no acute intracranial hemorrhage or midline shift. There is significant increase in scalp swelling and subgaleal hematomas. There is questionable blurring of the gray-white matter differentiation with effacement of the cerebral sulci in the temporal and occipital lobes. This could be normal for a patient this age. However, there is some suspicion for underlying edema.

MRI of cervical spine on 12/20/2022 shows C6-7 traumatic ligamentum flavum discontinuity and interspinous ligament injury with associated interspinous space widening. There is unchanged left C7 articular pillar fracture. There is unchanged acute C7 wedge compression fracture with minimal height loss. There are acute marrow contusions visible within the upper thoracic vertebral bodies without evidence of height loss. There is posterior paraspinal muscle sprain throughout the cervical spine.

Chest x-ray for gastric tube placement shows enteric tube with tip in the gastric body on 12/20/2022.

CT scan of the brain on 12/21/2022 shows new bilateral occipital lobe hypoattenuation favored to represent beam hardening artifact and less likely new parenchymal edema or ischemia. There is no intracranial hemorrhage. Intracranial structures appear normal. There is decreased right scalp swelling.

Upper extremity venous Doppler ultrasound on 12/21/2022 shows superficial thrombophlebitis with occlusive thrombus present along the left cephalic vein. There is no evidence of deep venous thrombosis.

CT scan of thoracic spine without contrast on 12/21/2022 shows stable mild vertebral body fractures of T4-T7 and T11-L1 with minimal height loss and no significant retropulsion. L1 and L2 do not appear to be fractured on this lumbar spine CT. There is mild right and moderate left pleural effusion, left lower lobe atelectasis, and no evidence of mucus plugging. There is a small left pneumothorax. There is pneumomediastinum extending into the lower neck. There are mild patchy opacities in the anterior left upper lobe suspicious for pulmonary contusion. Partially imaged mild retroperitoneal hemorrhage in the pelvis appears to be related to pelvic fractures. The findings are concerning for retroperitoneal hemorrhage in the upper abdomen not well visualized on this examination.

CT scan of the lumbar spine without contrast on 12/21/2022 shows stable mild vertebral compression fractures of T4-T7 and T11-L1 with minimal height loss and no significant retropulsion. L2-L3 do not appear to be fractured on this scan. There is mild right and moderate left pleural effusion and left lower lobe atelectasis. There is a small left pneumothorax. Pneumomediastinum is present extending up into the lower neck. There is mild patchy opacities in the anterior left upper lobe suspicious for pulmonary contusion. There is partially imaged mild retroperitoneal hemorrhage in the pelvis related to the pelvic fractures. There is concern for retroperitoneal hemorrhage in the upper abdomen not well visualized on this examination.

Chest x-ray on 12/21/2022 shows a stable left chest tube with tip in the upper left hemithorax. Endotracheal tube and nasogastric tubes have been discontinued.

X-ray of the left elbow on 12/22/2022, does not demonstrate a fracture, just diffuse soft tissue swelling.

INDEPENDENT MEDICAL EVALUATION
Bret McCoy
November 9, 2023
Page 12

A esophagram on 12/22/2022 demonstrates no findings of extravasation.

Chest x-ray 12/23/2022 demonstrates stable left chest tube with tip in the upper left hemithorax, decreasing hazy opacities in both lower lobes, scattered atelectasis in the left upper lobe and both lung bases, decreasing partial collapse and her consolidation of the left lower lobe with air bronchograms and no evidence of pneumothorax. There is a stable small left pleural effusion.

Bilateral lower extremity venous Doppler ultrasound on 12/24/2022 is negative for deep venous thrombosis.

Chest x-ray on 12/24/2022 demonstrates removal of left-sided chest tube and no evidence of residual pneumothorax.

CT angiogram of the head and neck on 12/27/2022 shows no acute intracranial findings and unremarkable CT angiogram of the head and neck. The previously seen luminal irregularity in the cervical right internal carotid artery is no longer seen.

Chest x-ray on 12/27/2022 shows stable cardiac silhouette and mediastinal contours, small layering left pleural effusion with left basilar atelectasis.

Lumbar spine x-ray on 12/28/2022 demonstrates T4-T7 and T11-L1 superior endplate vertebral body fractures grossly unchanged.

Thoracic spine x-rays on 12/28/2022 demonstrate mild T4-T7 and T11 to L1 superior endplate vertebral body fractures unchanged.

Cervical spine x-rays on 12/28/2022 show previously noted C7 fracture, which is not visualized radiographically, stable cervical alignment and subtle left first and second rib fractures.

Cervical spine x-rays on 12/30/2022 demonstrate interval C6-7 anterior cervical discectomy and fusion with intact hardware and normal spinal alignment.

X-ray of the right foot on 01/01/2023 demonstrates no acute osseous abnormality. Internal and external ankle fixation hardware is present.

Bilateral lower extremity venous Doppler ultrasound studies on 01/02/2023 show no evidence of deep venous thrombosis.

Neurosurgery consult on 12/19/2022 at Medical Center of the Rockies by physician assistant Hitchcock indicates 23-year-old male who was transferred from outside hospital. Little is known about the mechanism of injury, as well as his pre MCR medical care. Reportedly, the patient had severe bilateral lower extremity injuries requiring orthopedic evaluation. Reportedly, he was involved with a conveyor belt injury at work, potentially falling into the auger.

He was awake and alert at the outside facility initially, but due to hemodynamic instability was intubated and sedated with propofol and Versed and was also getting fentanyl. He presented in lower extremity splints. He was bleeding from his lower extremities. Injury occurred at 1800 last evening. He was found to have cervical spine fractures, as well as rib fractures. He also had an unrepaired laceration above the

**INDEPENDENT MEDICAL EVALUATION**
Bret McCoy
November 9, 2023
Page 13

right eyebrow and was placed in a cervical collar. Discussion was had with family in ICU and patient's father told him that the patient was operating a conveyor belt for frac sand and somehow got stuck on the conveyor belt, which sent him up to where the conveyor belt dumps the sand and he was stuck between the belt and the bars that would separate out larger pieces of sand. He was up there for an unknown amount of time before he was found. Assessment was 23-year-old male transferred from outside facility after conveyor belt injury resulting in traumatic brain injury and cervical spine fractures with significant lower extremity orthopedic injuries. Examination was limited due to his being sedated. He was noted to have upper extremity movement at MCR. CT scan of the brain showed no intracranial abnormality. His outside vascular studies were now being uploaded. Outside CT of the cervical spine was consistent with acute left C7 articular pillar fracture with extension into the left C7 transverse process with widening of the C6-C7 space. C7 also appeared to have wedge compression component to it as well. He was placed in a Miami J collar to be worn at all times with strict spinal precautions. Case was discussed with Orthopedics regarding need for careful positioning of the cervical spine during surgery. He would require an MRI of the cervical spine without contrast when able. Orthopedics was planning for lower extremity operative fixation today. He was on antibiotics for open fracture. He was in the surgical intensive care unit getting every 1 hour neuro checks. There were no current plans for neurosurgical intervention.

There is an orthopedic consultation on 12/19/2022 by physician assistant, Babcock. A 23-year-old male who presented with lower extremity injuries following conveyor belt injury at work. He is intubated and sedated. His lower extremities are in splints without obvious bleeding present on the dressings. He does not respond to questions or commands when in the emergency room bay or the trauma bay. Available imaging was reviewed. Assessment was acute closed right segmental femur fracture, acute open grade 3 ankle fracture dislocation with presence of lacerated tendon in the wound. Assessment was also of acute open grade 3 left distal tibia diaphyseal comminuted fracture, and acute closed right sacral zone one fracture and left superior and inferior pubic rami fractures. Plan was for right femur intramedullary nailing, right ankle incision and debridement with possible tendon repair, and possible open reduction and internal fixation, possible external fixation and wound VAC and left tibia washout with possible internal and external fixation, and possible wound VAC.

Discharge summary on 01/04/2023, indicates final diagnoses being multiple trauma secondary to falling in an auger with BCVI, cervical, thoracic, and lumbar spine fractures, open left tibia fibula fracture, open right ankle fracture, right femur fracture, left inferior/superior pubic rami fractures, sacral fracture, complex facial lacerations, retroperitoneal bleed, and left rib one through six fractures. Active problems included open fracture of the left tibia and fibula, open right ankle fracture, open grade 1 displaced segmental fracture of the shaft of the right femur, contact with sand auger, elevator and conveyor, as result of the accidental injury, closed zone one fracture of the sacrum, closed fracture of the left superior and inferior pubic rami, complex laceration of the face, ruptured or perforated eardrum on the left, C7 cervical spine fracture, closed fracture of the left first and second ribs, C2 fracture, respiratory failure after trauma, rhabdomyolysis, pelvic hematoma, injury to the cervical spine C6-7 ligamentum flavum, multiple rib fractures on the left from numbers one through six, closed fracture of the body of the sternum, multiple closed fractures of the thoracic spine, closed fractures of multiple lumbar vertebral bodies L1-L3, retroperitoneal hemorrhage, and left pneumothorax, pleural effusion, hypocalcemia, thrombocytopenic, right ankle instability due to trauma, and acute blood loss anemia. He was received as a trauma transfer from Cheyenne Regional Medical Center following the work injury in which he fell into an industrial auger. There was prolonged extrication on scene and he sustained bilateral lower extremity open fractures, comminuted right proximal femur fracture, pelvic fractures, left sided rib fractures, and cervical spine fractures. The patient became hemodynamically unstable at sending facility leading to intubation. He was ultimately taken to the angio suite at the outside hospital with no evidence

INDEPENDENT MEDICAL EVALUATION
Bret McCoy
November 9, 2023
Page 14

of pelvic arterial injury and no embolization was performed. He had sustained a concussion for which CT scan was negative for intracranial hemorrhage, though, there was some blurring of the gray-white matter differentiation with effacement of cerebral sulci. He was seen by speech therapy and admitted and admission to the Saint Louis University mental status examination on 12/23/2022, in which he scored a passing score of 28/30. He also sustained C7 articular pillar fracture, C7 the acute wedge compression fracture, and ligamentous disruption at C6-7, involving the ligamentum flavum and interspinous ligament, for which he required anterior cervical discectomy and fusion at C6-7 by Dr. Blatt on 12/30/2022. Regarding the T4 through T7 and T11 through L3 fractures, these were minimally displaced with no significant retropulsion and evaluated by neuro surgery and managed non operatively with the use of a CTLSO. Followup x-rays were performed on 12/28/2022 showing stable alignment of the thoracic and lumbar spine. Pain was managed with medication including gabapentin, baclofen, and hydromorphone. It was noted that he was not able to utilize nonsteroidal anti-inflammatory medications in the setting of cervical spine fusion. He had pelvic fractures including left superior and inferior pubic rami fractures and a right-sided zone one sacral ala fracture. For this, he underwent surgical fixation with Dr. Rusnak on 12/21/2022, at which time, plate and screws were used to fix the anterior pelvic fractures and a right trans sacral SI screw was placed to stabilize the sacral fracture.

During his hospitalization, he was also treated for a grade 1 open right proximal femur fracture that was severely comminuted. For this, he underwent intramedullary rod fixation of the right femur on 12/19/2022 by Dr. Rusnak. He sustained a right grade 3A open right ankle lateral malleolus fracture-dislocation, Weber C type for which he underwent plate and screw fixation of the fibular fracture and placement of an external fixator along the tibia with ORIF of the right ankle syndesmotic dislocation. Plan was for prolonged use of the external fixator for the right lower extremity through mid January 2023. He was nonweightbearing bilateral lower extremities. He had a footdrop on the right. Heel-cord stretching was utilized to avoid contracture. He also sustained an open grade 3A/B left distal comminuted tibial shaft fracture and comminuted fibula shaft fracture. For this, he underwent placement of an external fixator on 12/19/2022 and subsequent removal on 12/21/2022 with definitive fixation of the left tibia fracture with an intramedullary nail. There was also significant left lower extremity wound for which he underwent split-thickness skin grafting by Dr. Rusnak on 12/26/2022. Donor site was taken from the left thigh.

He had complex right facial lacerations involving the forehead, right cheek, and upper eyelid. He underwent washout and complex repair of the facial laceration on 12/20/2022 by Dr. Petrun. He went to the operating room again on 12/27/2022 for debridement, complex closure of the nose and eyelid/brow, and full-thickness skin grafting to the right forehead by Dr. Block. He continued to be followed by Plastic Surgery. He had left rib fractures number one through six and a sternal fracture and left hemopneumothorax for which he underwent chest tube placement. He remained intubated through 12/20/2022 because of acute hypoxic respiratory failure and then was able to be successfully extubated. He received multiple transfusions at the prior hospital and also additional transfusion at Medical Center of the Rockies for acute blood loss anemia. His hemoglobin and hematocrit remained stable. He had leukocytosis during his hospitalization, but was afebrile and leukocytosis subsequently decreased. There were other medical issues that were addressed and resolved. This included the right cervical carotid BCVI, grade 1 that was seen on angiogram from the outside hospital, but then was noted to have resolved on repeat CTA of the cervical spine and head on 12/26/2022. He had a left subconjunctival hemorrhage and that did a resolved. It was associated with some blurred vision. He was treated with some ophthalmic bacitracin. He had hemorrhagic shock secondary to blood loss, which resolved. He had a retroperitoneal hemorrhage that was stable and not associated with active extravasation on imaging. He also had rhabdomyolysis due to multiple crush injuries and tissue damage with peak CPK of 24,902 on

INDEPENDENT MEDICAL EVALUATION
Bret McCoy
November 9, 2023
Page 15

12/20/2022 with stable trending down as low as 4,000 when last checked at the hospital. He had left upper extremity edema for which Doppler ultrasound studies were done and did not reveal a deep venous thrombosis. There was a superficial thrombophlebitis of the cephalic vein.

He remained hospitalized at the Medical Center of the Rockies from 12/19/2022 through 01/04/2023. His attending physician was Dr. Crivari. He was transferred to Cheyenne Regional Medical Center for acute inpatient rehabilitation. During his hospitalization, he was seen by Physical Therapy, Occupational Therapy and Speech Therapy, all of which recommended acute inpatient rehabilitation. Once he was seen initially by Speech Therapy on 12/20/2022 for a dysphasia evaluation at which point he was noted to be low risk for aspiration, and a full liquid diet was recommended at that time with aspiration precautions in the room.

Operative report by Dr. Rusnak at MCR on 12/19/2022 indicates procedures being performed included excisional I&D to open fracture right ankle lateral malleolus and open right ankle dislocation. He underwent open reduction and internal fixation of the right ankle lateral malleolus, Weber C fracture-dislocation and open reduction and internal fixation of the right ankle syndesmotic dislocation. He underwent closed reduction and spanning external fixation of the unstable right ankle tibiotalar dislocation. He underwent excisional I&D of the open fracture of the right comminuted segmental femoral shaft and excisional I&D to open fracture of the left distal tibia comminuted tibia/fibular fractures. The left distal tibia and fibular fractures were treated with open reduction and spanning external fixation of the fracture sites. There is excisional I&D of the left leg wound a 10 x 8 cm and 7.7 cm. Postoperative diagnoses included grade 3A open right ankle lateral malleolus fracture dislocation, Weber C type, open grade 3A right ankle syndesmotic dislocation, open grade 3A right ankle tibiotalar dislocation, grade 1 open right comminuted and segmental femoral shaft fracture, open grade 3A/B left distal to comminuted tibial shaft fracture and comminuted fibula shaft fracture and left leg wound x2, 10 x 8 cm and 7 x 7 cm.

Dr. Petrun at MCR on 12/20/2022 performed complex repair of facial lacerations, 15 cm total. Findings included 8 cm eyelid/eyebrow laceration involving the orbicular oculi, 5 cm laceration lateral to the orbit with skin loss superiorly, two 1 cm laceration of the cheek and partial-thickness burns from friction involving the right face.

On 12/21/2022, Dr. Rusnak performed open reduction and internal fixation of the anterior pelvic ring fractures, right-sided trans sacral SI screw fixation of his sacral fracture, open reduction and IM nail treatment of the left comminuted distal third tibia fracture, repeat excisional I&D of the open fracture of the left tibia and external fixator removal from left to the leg. Postop diagnoses included lateral compression type 2 pelvic ring fracture with left-sided rami, anterior pelvic ring fracture, and right-sided zone one sacral ala fracture. He also had open left comminuted distal third tibia fracture, status post I&D and external fixator.

A 12/26/2022 operative report by Dr. Rusnak is for split-thickness skin graft to the left leg wound 18 cm x 7 cm and incisional I&D of left leg wounds. Postoperative diagnosis is left leg wound 18 cm x 7 cm.

A 12/27/2022 surgery by Dr. Block at MCR is for treatment of variable depth skin injury to face and involves surgical preparation of wound bed on the face, 8 x 10 cm, complex closure of the nose, and eyelid/eyebrow, 8 cm, full-thickness skin grafting to the forehead, 2 x 3 cm, and examination of under anesthesia of the right lower extremity.

INDEPENDENT MEDICAL EVALUATION
Bret McCoy
November 9, 2023
Page 16

Operative report by Dr. Blatt at MCR on 12/30/2022 is for anterior cervical discectomy and fusion at C6-7. This involved C6-7 anterior cervical discectomy, C6-7, structural allograft fusion, anterior cervical plate C6-7, closed reduction of the cervical spine fracture with the use of intraoperative fluoroscopy with interpretation. Postoperative diagnosis was C6-7 posterior ligamentous injury, C6-7 traumatic spinal instability and left C7 facet fracture. The surgery was performed by Dr. Blatt.

There are 1,191 pages of medical records from Cheyenne Regional Medical Center. He was admitted there initially on 01/04/2023 by nurse practitioner, Grinnell. His multiple injuries and comorbidities are described. Plan with regard to multiple trauma including pain management with hydromorphone, tramadol, and scheduled acetaminophen. He was given fall precautions. Dietary was consulted to make sure he was getting adequate nutrition. Physical therapy, occupational therapy, and speech therapy were consulted for evaluation and treatment and acute inpatient rehabilitation. Regarding the grade 1 open right proximal femur fracture, comminuted and grade 3A of the right ankle lateral malleolus fracture-dislocation, Weber C type is status post nonweightbearing bilateral lower extremities. He still had an external fixator at the right ankle which was expected to stay through 01/16/2023. He had a footdrop on the right and unable to wear a PRAFO due to external fixator. PT and OT were consult for mobility. He also had an open grade 3A/B left distal comminuted tibial shaft fracture and comminuted fibular shaft fracture for which he underwent intramedullary nailing on 12/21/2022. He also underwent split-thickness skin graft in the left lower leg on 12/26/2022. Wound care was continued with a Xeroform, Adaptic gauze, Kerlix, and Ace wrap, and a Wound Care consult was placed. Other issues included left superior and inferior pubic rami fractures for which he underwent previous open reduction and internal fixation. He had a concussion/traumatic brain injury for which CT scanning was negative for intracranial hemorrhage. Speech and language pathology was consulted to evaluate and treat. Low stim protocol was utilized at that time. With regard to the C7 articular pillar fracture and C7 wedge compression fracture with ligamentous instability C6-7, he had undergone anterior cervical discectomy and fusion on 12/30/2022, and was continuing in a cervical collar at all times. He also had T4-T7 and T11 through L1 versus L3 compression fractures, but these were stable and he was continued in a CTLSO brace when out of bed or at greater than 45 degrees. Nonoperative management was continued per outside hospital neurosurgeon. Followup x-rays on 12/28/2022 showed stable alignment of the thoracic and lumbar spine. He had complex right facial lacerations involving the forehead, right cheek and upper eyelid. He had undergone washout and complex repair of the facial lacerations and full-thickness skin grafting to the forehead site. Surgical site care was continued for the graft and very thin layer of bacitracin was applied once daily after drying the area. Plan is to have him follow up with Plastic Surgery in two weeks. He also had a perforated left tympanic membrane, but denied any hearing problems at that time. Plan was for outpatient audiology followup. He had completed seven days of ofloxacin drops. He was stable from a respiratory standpoint, but aggressive pulmonary toilet was continued. He had acute blood loss anemia that was no stable with hemoglobin at approximately 10. Plan was to follow up with the hematocrit and hemoglobin during his inpatient rehab stay. His leukocytosis was resolving and white blood count was 11,400 on 01/03/2023. He had not had any localizing signs or symptoms of infection and workup for DVTs was negative. He also had problems with insomnia, flashbacks, nightmares and possible PTSD. Trazodone at bedtime was prescribed and prazosin was also consideration. It appears as though he would benefit from outpatient behavior health services. For nicotine dependence, he was put on nicotine patch of 14 mg. His right cervical carotid BCVI, grade 1 had resolved, as had and the left subconjunctival hemorrhage had essentially resolved and he was no longer having any blurred vision and there was no evidence of entrapment as extraocular movements were intact. He was stable with regard to respiratory status, left hemopneumothorax for which chest tube had been removed on 12/25/2022. Rhabdomyolysis secondary to his fractures and crush injury had resolved. He was continued on low molecular weight heparin for DVT prophylaxis. Followup appointments that

INDEPENDENT MEDICAL EVALUATION
Bret McCoy
November 9, 2023
Page 17

have been requested were with Dr. Rusnak of Orthopedics, physician assistant Amaral of surgery, Dr. Block of Plastic Surgery, Audiology at UC Health ENT Clinic, Neurosurgery followup with physician assistant Stobbe.

He participated in physical therapy, occupational therapy, and speech therapy after being admitted to the inpatient rehab unit on 01/04/2023. He was discharged on 01/10/2023. Rehab physician was Daniel Rivard, MD. He did progress with the inpatient therapy and was deemed ready for discharge by 01/10/2023. There were no complications that occurred during his inpatient rehabilitation stay with all of the aforementioned areas addressed as noted above. Followup appointments were outlined.

There are 401 pages of home care records from Continued Care Home Health, where the start of care began on 01/11/2023 with skilled nursing and subsequently physical therapy on 01/20/2023. Continued skilled nursing and physical therapy visits continued through 05/03/2023, at which point he had already started outpatient physical therapy.

There are chest x-ray and images from UW Family Medicine showing clear chest x-ray images.

There is a 26 page file of records from University of Wyoming Family Medicine residency program at Cheyenne where he initiated primary care with Dr. Mack on 01/17/2023. A 23-year-old male presents today to establish care. He was in the machinery accident on 12/18/2022. He was loading granite onto a conveyor belt when he fell onto it and went through a tumbler. He is following with specialists including Orthopedic Spine, Neurovascular, Plastics and Wound. Prior to the accident, he was not taking any medications. He is following with Psychiatry at Cheyenne. He was seen again on 01/31/2023 by Dr. Mack and assessment was bilateral leg pain, low back pain, and skin grafts left lower extremity. He was using hydromorphone 4 mg every 4 hours. Urgent referral to Pain Management was made. He was given Narcan prescription as well. He was using high-dose narcotics due to multiple injuries from his work accident. It was felt he would have a long road to health and healing and therefore a referral to Pain Management was made. Medication included Narcan 4 mg per actuation, nasal spray, hydromorphone 4 mg, Senokot 8.6 mg, gabapentin 300 mg, baclofen 10 mg, and acetaminophen 325 mg. He was seen again by Dr. Mack at University of Washington Family Medicine on 02/14/2023 and assessment was bilateral leg pain for which he was now allowed to bear weight with a walker. Home physical therapy was continuing prior to plans for outpatient physical therapy. He had been contacted by Pain Management. He was tolerating the current dose of Dilaudid and starting to bear weight on his legs. He was to continue with physical therapy. He was seen again by Dr. Mack on 02/28/2023 with the same assessment. Physical therapy three times a week was recommended. He was being managed as an injured worker. Appropriate forms were completed. He was seen again in followup by Dr. Stock of Family Medicine on 03/14/2023. He was continuing to work with physical therapy three times a week. Pain management was set up for the end of the month and he understood they would take over management of his pain medications. Hydromorphone was refilled at a dose of 4 mg. No further family medicine followups are noted.

There is a 02/23/2023 cervical spine x-ray report from Cheyenne Radiology Group, which indicates fusion at C6-7 with no acute cervical spinal pathology identified. C1-C2 relationships were normal. There are no hardware complications identified.

There is a 45 page file of x-ray images showing all of the hardware fixation for his lower extremity, pelvic and cervical spine fractures. He has a trans sacral SI screw from right to left going across both sacroiliac joints. There are plate and five screws transfixing the anterior pelvic fractures. There is intramedullary nail transfixing the right femur fracture. Similarly, there is an intramedullary rod fixing

**INDEPENDENT MEDICAL EVALUATION**
Bret McCoy
November 9, 2023
Page 18

the left tibial fracture. Tibial and femur fractures are secured both proximally and distally. There is plate and screw fixation of the right fibular fracture with the two screws across the fibula and tibia to secure the syndesmotic disruption. There is evidence of early osteoarthritis of the tibiotalar joint. Anterior plate and screws are seen fusing the C6 and C7 vertebral bodies. There were also x-ray images showing the external fixation of the right lower extremity.

There are 49 pages of records from Orthopedic and Spine Center of the Rockies. He was followed there post hospitalization by Dr. Rusnak and physician extender. He was seen on 01/12/2023, four weeks out from his injury. The diagnoses included polytrauma pelvic ring fracture following fixation, grade 3 open left tibial fracture status post intramedullary nail and status post treatment of right ankle injury including unstable ankle dislocation, status post external fixator, now getting close to four weeks out. Plan was to proceed with removal of the external fixator on the right ankle and then get him into a therapy for range of motion of the ankle on the right, as well as the left, and also both hips and knees. He would be continued nonweightbearing for another four weeks. There are M-164 forms that are present in the file as well. He was seen on 02/09/2023 in followup by Dr. Rusnak, at which point the plan was to progress his weightbearing with physical therapy and progressive range of motion especially at the right ankle, which was getting pretty stiff. At that time, he was two weeks out from the removal of his external fixator at the right ankle. He was making improvement with range of motion in physical therapy. He was seen again at Orthopedic and Spine Center of the Rockies on 03/23/2023. He was still manifesting stiffness of the right ankle, but slightly improved. It was noted that he was unable to return to work at this point, 3 months post injury. It was felt that return to modified duty would likely be 3-4 months from now. As far as full duty, it was felt to be at least a one year recovery. He was seen again at Orthopedic Spine Center of the Rockies on 06/22/2023, six months post injury. His biggest complaint was the right ankle. He had been working hard with physical therapy, but feels like he has progressive pain, stiffness, and weakness. Impression was polytrauma including pelvic fractures, right femur fracture, right ankle fracture, left tibial shaft fracture, right ankle posttraumatic arthritis, and concern for right femur nonunion, as well as leg length discrepancy with right femur 1 inch shorter than the left. Plan was to continue with aggressive physical therapy.

With regard to the right ankle and progressive stiffness, as well as signs posttraumatic arthritis on x-ray, the plan was to refer him to one of the foot and ankle specialists in the practice regarding a surgical option of joint fusion. He is given a shoe lift that day to help with the right leg length discrepancy.

He was seen at Orthopedic Spine Center of the Rockies by Andrew Stith, MD on 07/17/2023. A 23-year-old gentleman with a history of right ankle traumatic injury where his leg got caught in a fracking auger causing a significant amount of injury to his lower extremities. He underwent open reduction and internal fixation of the right ankle fracture with Dr. Rusnak last fall, with subsequent hardware removal. He has been struggling with persistent pain on the right, difficulty with weightbearing and pain, worse with walking and rotation. The pain was dull and constant. He has chronic swelling. Impression was 23-year-old male with posttraumatic arthritis of the right ankle. He works in the oil and gas industry and does heavy manual labor. I discussed with him that from a nonsurgical standpoint, we could utilize bracing, intermittent steroid injections, and oral nonsteroidal anti-inflammatory medications. From a surgical intervention standpoint, he would require a right ankle arthrodesis. He is not interested in proceeding with surgery at this time. He was given a steroid injection of the right ankle at that time. He was only going to weight bear as tolerated and continue activities as tolerated and follow up on an as-needed basis.

**INDEPENDENT MEDICAL EVALUATION**
Bret McCoy
November 9, 2023
Page 19

There are 11 pages of pre-injury records from Stitches Acute Care Center. He was seen there on 09/04/2019, at which time he had a laceration of his right little finger with damage to the nail after pulling down a tarp with a serrated knife. There was no specific workup and he was provided with a splint and the wound was repaired. There are no other visits at that facility or other pre-injury medical records.

There are incident images from Larimer County Fire District and a report dated 12/19/2022 and 12/20/2022. Engine 1-3 was dispatched for a male stuck in a sand elevator 15-20 feet in the air. Upon arrival, Clear Creek Command was established. One patient was located in the hopper above the sand box with his legs pinned by the auger. The elevated platform had two means of entry and a tool cache was set up at the base of the stairs. Patient was assessed by AMR and determined to be stable to be extricated. The facility maintenance man stated Engine 1-3 would have to cut the bar to free the patient. Maintenance stated a grinder would work great. One side was cut with a grinder and secured with cribbing. Command was transferred to CC one upon his arrival. The other side of the auger was cut and the auger was removed. Extrication lasted approximately 45 minutes. Patient had bilateral tourniquets applied and a cervical collar applied. Patient was lifted from the auger and placed into a Stokes basket and lowered to the ground using ladder 1-1. He was subsequently transferred to AMR. There were multiple pictures of the sand auger and other pictures from the scene including emergency medical responders.

This is a 39 page file from EMS for dispatch to Cheyenne Regional Medical Center for inter facility transfer of a 23-year-old male with multiple trauma. He was conscious throughout the extrication and partially through transport until he received a dose of ketamine and fentanyl. He was minimally responsive and intubated at that time. He had extensive right calvarial right periorbital soft tissue injury. His other injuries were listed and the plan was to transport him to Medical Center of the Rockies.

There is a nine page file containing multiple photographs of his acute lower extremity injuries.

There is a three page file containing x-rays of the cervical spine, both anterior and lateral views, status post C6-7 fusion and an open-mouth view.

There are also multiple photographs from Larimer County Fire District. There are more than the 30 images showing emergency responders at the scene, pictures of the sand auger, and the area from which Mr. McCoy was extricated.

David L. Reinhard, MD
Board Certified in Physical Medicine & Rehabilitation
Electrodiagnosis

7951 E Maplewood Ave, Ste 225
Greenwood Village, CO  80111

**INDEPENDENT MEDICAL EVALUATION**
Bret McCoy
November 9, 2023
Page 20


Phone:  303-341-0722
Fax:     720-255-0667


D:  12/03/2023          T:  12/04/2023          Job # 98586304
DR/rt

**COLORADO REHABILITATION & OCCUPATIONAL MEDICINE**
STREET ADDRESS: 7951 E. Maplewood, Suite 225, Greenwood Village CO 80111  PHONE: 303-341-0722
MAILING ADDRESS: 7951 E. Maplewood, Suite 225, Greenwood Village CO 80111  FAX: 720-255-0667

**DAVID L. REINHARD, M.D.**
Curriculum Vitae

## *BOARD CERTIFICATION/PROFESSIONAL LICENSURE*

Current          Colorado Medical License #34223

May 1993          American Board of Physical Medicine and Rehabilitation
                  (Last issued 07/01/2017, next certification 12/31/2023)

1995 – current    Present Level II Accreditation, Division of Worker's Compensation

Current          Drug Enforcement Administration Registration #BR2327547

## *PROFESSIONAL EXPERIENCE*

2/95 - Present    **Staff physician,** Colorado Rehabilitation & Occupational Medicine, Aurora, CO. Treatment of delayed recovery and occupationally injured patients; evaluation and treatment of patient's following traumatic brain injury, therapeutic use of botulinum toxin for management of dystonia, spasticity, headache and musculoskeletal pain,  electromyography; outpatient diagnosis and treatment of occupational injuries, musculoskeletal disorders, and rehabilitation from neurologic disorders.

1998- Present    **Partner**; Colorado Rehabilitation and Occupational Medicine.

2/95 – 9/00      **Medical Director;** Spalding Rehabilitation Hospital, Aurora, CO

4/98 – 4/02      **Medical Director**; Head Injury Rehabilitation, Denver, CO

05/15/15-05/17/15    Clinical Autonomic Quantitation Workshop; Mayo Clinic, Rochester, MN

09/25/15          American Academy of Thermology; successful completion of physician member certification course in Greenville, South Carolina

*Faculty Appointments:*

1993 – 1995      **Assistant Professor of Rehabilitation Medicine,** University of Pennsylvania School of Medicine, Philadelphia, PA, Division of Neurorehabilitation

*Hospital and Administrative Appointments:*

*April 2021*

*David L. Reinhard, M.D.*
*Curriculum Vitae*
*2*

| | |
|---|---|
| 1991 – 1992 | **Chief Resident of Physical Medicine and Rehabilitation**, University of Pennsylvania Medical Center, Philadelphia, PA |
| 04/95 – 10/98 | **Member at large, Medical Executive Committee**, Spalding Rehabilitation Hospital, Aurora, CO |
| 1996 – 1997 | **Chairman of Pharmacy and Therapeutics Committee**, Spalding Rehabilitation Hospital, Aurora, CO |
| 1997 – 1999 | **Chairman Credentialing Committee**, Spalding Rehabilitation Hospital, Aurora, CO |
| 1997 – 1999 | **Chairman Quality Management Committee**, Spalding Rehabilitation Hospital, Aurora, CO |
| 1998 –1999 | **President Elect of The Medical Executive Committee**, Spalding Rehabilitation Hospital, Aurora, CO |
| 1997 –1998 | **Chairman of the Outpatient Section Committee**, Spalding Rehabilitation Hospital, Aurora, CO |

## *EDUCATION*

**Postgraduate Training and Fellowship Appointments**

| | |
|---|---|
| **Fellowship** | **Fellow in Brain Injury Rehabilitation**<br>Moss Rehabilitation Hospital, Philadelphia, PA. 1992 – 1993 |
| **Residency** | **Resident in Physical Medicine and Rehabilitation**<br>University of Pennsylvania Medical Center, Philadelphia, PA. 1989-1992 |
| **Internship** | **Intern in Internal Medicine**<br>Berkshire Medical Center, Pittsfield, MA 1988 - 1989 |
| **Medical School M.D.** | **Medical Student**<br>New York Medical College, Valhalla, NY 10595. 1984 - 1988 |
| **Undergraduate** | **B.A. Colgate University**<br>Hamilton, NY 13346. 1980 – 1984 |

## *AWARDS, HONORS AND MEMBERSHIP IN HONORARY SOCIETIES*

| | |
|---|---|
| 1984 | **Phi Beta Kappa**, Colgate University |
| 1988 | **Alpha Omega Alpha**, New York Medical College |
| 1997 | **Traumatic Brain Injury Task Force, Certificate of Appreciation,** Colorado Division of Workers' Compensation |

*November 2022*

*David L. Reinhard, M.D.*
*Curriculum Vitae*
*3*

| | | |
|---|---|---|
| 2004 | "**Outstanding Treating Physician**": Awarded by Professionals in Workers' Compensation. Denver, CO. |
| 2005 | "**Outstanding Medical Specialist**": Awarded by Professionals in Workers' Compensation. Denver, CO. |
| 2012 | **Medical Treatment Guidelines Task Force (TBI), Certificate of Appreciation**, Colorado Division of Workers' Compensation. |

## *MEMBERSHIP IN PROFESSIONAL AND SCIENTIFIC SOCITIES*
➢ American Academy of Thermology 9/25/15; completion of physician member certification course.
➢ American Academy of Physical Medicine and Rehabilitation
➢ American Congress of Rehabilitation
➢ Association of Academic Physiatrists
➢ American Medical Association
➢ Colorado Neurologic Institute
➢ Aurora Adams County Medical Society
➢ Colorado Medical Society

## *ACADEMIC/CLINICAL COMMITTEES AT THE UNIVERSITY OF PENNSYLVANIA*
➢ Member, Neuroplasticity Research Committee
➢ Member, Mild Traumatic Brain Injury Research Committee
➢ Co-founder, Electrodiagnostic Consultation Group in Department of Rehabilitation Medicine
➢ Member, Task Force for the Development of Practice Parameters of the Agitated Brain Injury Patient
➢ Member, Interdisciplinary Balance Center
➢ Member, Task Force for the Cognitively Impaired Patient
➢ Member, Piersol Admissions Committee

## *MAJOR TEACHING AND CLINICAL RESPONSIBILITIES FOR THE UNIVERSITY OF PENNSYLVANIA*
➢ Attending Rounds on Consult Service, HUP      6 months/year
➢ Attending Rounds on Inpatient Service, HUP      6 months/year
➢ Supervision of Residents Clinic      ½ day/week
➢ Teaching of Medical Students and Residents
➢ Electrodiagnostic Consultation Service
➢ Journal Club

## *HOSPITAL AFFILIATIONS/STAFF PRIVILEGES*

| | |
|---|---|
| 1992-1993 | Moss Rehabilitation Hospital, Philadelphia, PA |
| 1993-1995 | Hospital of the University of Pennsylvania, Philadelphia, PA |
| 1995 – Present | The Medical Center of Aurora, Aurora, CO |
| 1995 – 2000 | Spalding Rehabilitation Hospital, Aurora, CO |
| 1995 – Present | Presbyterian St. Luke's Medical Center |
| 1997 – 2007 | St. Anthony Central, Denver, CO |
| 1998 – 2005 | North Suburban Medical Center, Thornton, CO |

*November 2022*

*David L. Reinhard, M.D.*
*Curriculum Vitae*
*4*

2000 – 2006          SCCI, Aurora, CO
2011– 2017           Littleton Adventist Hospital, Littleton, CO

## *Bibliography:*

*Original Papers*

Herbert B., Reinhard D., Saliby M., Sheridan P.:  Photo- and Thermochemistry of Cis-[Cr(en)$_2$F$_2$]+ and Cis-[Cr(en)$_2$FH$_2$O)2+ in Acidic Aqueous Solution.  Inorganic Chemistry 26:4024-4029, 1987.

Reinhard D., Whyte J., Sandel E.  Improved Arousal and Initiation following Tricyclic Antidepressant use in Severe Brain Injury.  Arch Phys Med Rehabil 1996;77:80-3.

*Editorials, Reviews, Chapters*

Reinhard.:  A review of:  Ultra-Early Evaluation of Regional Cerebral Blood flow in Severely Head-Injured Patients Using Xenon-Enhanced Computerized Tomography.  (by G. Bourna et al.)  Journal of Neurosugery 77:360-368, 1992.

Reinhard D.:  An editorial on:  Anticonvulsant Prophylaxis for the Prevention of Late Posttraumati Epilepsy.  The Journal of Head Trauma Rehabilitation 8(4):101-104, 1993.

Reinhard D.:  A review of:  Cerebral correlates of Disturbed Executive Function and Memory in Survivors of Severe Closed Head Injury:  a SPECT Study.  Haas JF (ed.); Abstracts of Selected Literature.  The Journal of Head Trauma Rehabilitation 9(1):109-110, 1994.

Reinhard D.:  Neuromedical Aspects of Mild Traumatic Brain Injury. Chapter in CNI Review 8(1):11-14, 1997.

Shell M., Reinhard D., Irvin R., Curtin T.: Neuromuscular Sequelae of Postconcussion Syndrome and Posttraumatic Headache that Result from Mild Traumatic Brain Injury:  A Comprehensive Review.  Physical Medicine and Rehabilitation:  State of the Art Reviews-12(1):85-97, Feb. 1998.

Reinhard D:  New Hope for Brain Injury Survivors.  Wyoming Brain Injury Association.  Feb. 1996.

*Lectures*

Neuroplasticity following Brain Injury.  Dept. of Rehabilitation Medicine Grand Rounds, Hospital of the University of Pennsylvania.  Philadelphia, PA, 1994.

Spasticity Management.  Medical Staff, Sterling Medical Center, 1995.

Mild Closed Head Injury.  Medical Staff,   Aurora Presbyterian Hospital, May 1995.

Mild Head Injury Management:  Putting it all Together.  Columbia Healthone Conference, Denver, CO. June 28, 1996.

*November 2022*

*David L. Reinhard, M.D.*
*Curriculum Vitae*

Mild Brain Injury:  Basics for the Primary Care Physician.  Denver Osteopathic Foundation, Aurora, CO.  March 7, 1996.

Functional Management of Spasticity.  Rocky Mountain Rehabilitation Hospital, Aurora, CO.  Pinnacles Seminars, August 18, 1996.

Severe Traumatic Brain Injury Rehabilitation.  Rocky Mountain Rehabilitation Hospital.  Aurora, CO. Pinnacles Seminars, September 29, 1996.

Stroke Rehabilitation Management.  Rocky Mountain Rehabilitation Hospital.  Aurora, CO.  Pinnacles Seminars, November 3, 1996.

Psychopharmacology for Recovery of Function in Severe Traumatic Brain Injury Patients.   Spalding Rehabilitation Hospital.  Pinnacles Seminars, January 26, 1997.

Mild Traumatic Brain Injury Management.  Brain Injury Association of Colorado, Annual Conference, Vail Colorado, 1997.

Head Injury in Sports (presented with Karl Mecklenberg, former Bronco).  Denver Osteopathic Foundation.  Denver, CO.  October 14, 1998.

Mild Traumatic Brain Injury.   Allied Group.  Denver, CO, October 1998.

Management of Mild Head Injury Patients.  Medical Staff, Columbia Presbyterian St. Lukes Medical Center, November 12, 1998.

Mild Traumatic Brain Injury.  Neuro-Optometric Rehabilitation Association (NORA) .  Lakewood, CO; April 1999.

Avascular Necrosis of the Hip.  CROM Showcase series.  Denver, CO; 2001.

Treatment of Posttraumatic Headaches.  Denver Osteopathic Foundation.  Breckenridge, CO, 2003.

Appropriate Diagnosis and Treatment of Traumatic Brain Injury.  CROM Showase series.  Denver, CO; February 21, 2003.

Whiplash/Cervical Injuries.  CROM Showcase series.  Denver, CO; April 16, 2004.

Mild Traumatic Brain Injury.  CROM Showcase series.  Denver, CO; April 15, 2005.

Chronic Pain Management/Narcotics Abuse/Tolerance.  CROM Showcase series.  Denver, CO; April 28, 2006.

Mild/Moderate Traumatic Brain Injury and Post-concussive syndrome.  CROM Showcase series. Denver, CO; March 23, 2007

Cervical Spine/Whiplash Disorders.  CROM Showcase series.  Denver, CO; January 25, 2008.

Impairment Ratings.  Denver University Law School.  Denver, CO; 2008.

*November 2022*

*David L. Reinhard, M.D.*
*Curriculum Vitae*
*6*

Mild/Moderate Traumatic Brain Injury and Postconcussion Syndrome. CROM Showcase series. Denver, CO; June 19, 2009.

Mild Traumatic Brain Injury and Post-Concussive Syndrome.  CROM Showcase series. Denver, CO; November 11, 2010.

Concussion in Sports.  Spalding Rehabilitation Hospital.  Aurora, CO; March 30, 2011.

Concussion in Sports.  CROM Showcase Series. Denver, CO; May 20,2011.

Mild Traumatic Brain Injury & Post Concussion Syndrome Showcase. Denver, CO; February 20, 2015.

The Conundrum of Work–related Mild Traumatic Brain Injury. Brain Injury Summit. Vail, CO; January 2018.

Measuring Autonomic Instability. American Academy of Thermology. Annual Scientific Session Atlanta, GA; September 7, 2019.

*November 2022*



In accordance with the Colorado Rules of Civil Procedure, Rule 26 (2)(B)(I), the following is the compensation structure for David Reinhard, MD.

**The Services and related fees listed below are separate and will be billed separately.**

1) **Preparatory, Legal**
   **Consultations/Conferences.**                    **$800.00 per hour**

   *All scheduled medical legal appointments with Dr. Reinhard require prepayment 10 business days prior to the scheduled appointment. If it is necessary to cancel or reschedule a legal consultation or deposition, you must do so 10 business days prior to the scheduled appointment.   Cancellation or rescheduling within 10 business days will result in a non-refundable fee of the full amount.*

2) **Independent Medical**
   **Evaluations (IMEs):**                    **$1,550.00 – includes patient history and physical examination**.

3) **Record Review/IME Report:**                    **$ 775.00 per hour**
   *The rate of **$775.00 per hour** is added for medical records received for review for the exam.* The minimum number of hours for the record review is 4 hours*. Medical records need to be tabbed in chronological order by the provider.*

4) **Additional Records:**                    **$775.00 per hour**
   *The rate of **$ 775.00** per hour is added for the review of any additional records received after the original IME report.  The number of billable hours will be determined on an independent basis.*

5) **Late cancel/no show:**
   *If it is necessary to cancel or reschedule an IME, you must do so 10 business days prior to the scheduled appointment.  Cancellations or rescheduling less than 10 business days will incur a **$850.00 fee.***

6) **Trial, Depositions**:                    **$800.00 per hour (portal to portal)**
                                              8 – hour minimum (Metro- Denver)
                                              10-hour minimum (outside Denver area)

   *All scheduled medical legal appointments with Dr. Reinhard require prepayment 10 business days prior to the appointment date. If it is necessary to cancel or reschedule an arbitration, hearing, or a video deposition, you must do so 10 business days prior to the scheduled appointment. Cancellation or rescheduling within 10 business days will result in a non-refundable fee of the full amount. All cancellation or rescheduling of appointments need to be submitted in writing.*

*Revised  3.1.24 DSD*

IN ACCORDANCE WITH THE COLORADO RULES OF CIVIL PROCEDURE, RULE 26 (2)(b)(I), FOLLOWING IS A LIST OF CASES DAVID REINHARD, M.D. HAS TESTIFIED IN TRIAL, BY DEPOSITION OR BOTH IN THE LAST FOUR YEARS, BEGINNING WITH THE MOST RECENT. THIS IS UPDATED ON A MONTHLY BASIS.  IF THE CASE NUMBER OR WORKERS' COMPENSATION NUMBER IS NOT LISTED, IT IS BECAUSE IT COULD NOT BE FOUND IN ANY CORRESPONDENCE RECEIVED BY COLORADO REHABILITATION & OCCUPATIONAL MEDICINE, LLC OFFICES: **7951 E. Maplewood, Suite 225, Greenwood Village CO 80111 .**


Updated 4.24.24:

Cain, Jared vs The Twin Owls Incorporated        case # 2023CV030219
7951 E Maplewood, Suite 225, Greenwood Village, CO 0111      Deposition 3.14.24

Bennett, Lori vs John Burton                      case # 2022CV31345
100 Jefferson Parkway, Golden, CO 80401      Trial 2.14.24

Selinsky, Catherine vs MMT Lapagava, LLC      case # 1:21-CV-01375
901 19th Street, Denver, CO 80294        Trial 1.23.24 and 1.24.24

Salcedo Franco, Miguel vs Allied Wast Transportation, Inc. Case # 2023CV30060
7951 E. Maplewood Ave, Suite 225 CO 80111              Virtual Deposition 12.14.23

Odom, Sara vs Brent Kaslon Case # 2022CV31005
Jefferson County Court House    Trial 11.16.23

Picard, Christine vs State Farm Mutual Automobile Insurance Company Case # 22-cv-00795-WJM-KLM
7951 E. Maplewood., Suite 225 Greenwood Village CO 80111  Deposition 7.20.23

Gomez, Patrick and Thomas vs Kenneth Eberhardt, Case # 2022cv030073
Larimer County District Court, Ft. Collins, CO., 6.14.23

Ulibarri, Donna vs The Mount Olivet Cemetery Association, Case # 2021cv31503 Div. 215
Denver District Court, Denver Colorado, 6.13.23


Kivlighn, Pamela vs James V. Le and John Baker Sales, LLC Case # 2022CV30945 1390 A. Potomac Street, Suite 100, Aurora CO 80012 Deposition 6.8.23

Salguero Quijada, Fermin vs Castro Brothers Painting, LLC Case # 5-184-000 1390 S Potomac Street, Suite 100 Aurora CO 80012 Deposition 6.1.23

Brannon, Virginia vs Larry Judson, Jr. Case # 22CV31420 Denver District Court, Denver Colorado
        Trial 5.22.23 and 5.23.23

Salguero Quijada, Fermin vs Castro Brothers Painting, LLC Case # 5-184-000 1390 S. Potomac Street, Suite 100 Aurora CO 80012 Deposition 5.15.23

Dane, Matthew vs Paul Wilson and Renee S. Wilson Case # 2022CV030467 1390 S. Potomac Street, Suite 100, Aurora CO 80012 Deposition 5.11.23

Mendoza (Pulido), Omar V Steel Structures of America, Inc.  Cas# 4-990-342 1390 S. Potomac Street, Suite 100, Aurora CO 80012 Deposition 4.24.23

Lee, James v Walker, Dee, Case # 2021CV030676 Larimer County District Court, Ft. Collins, CO Trial 2.7.23

Craig, Dennis v Parker Pines, LLC d.b.a Big O Tires Case No 2020CV30754 Douglas County Court, Parker, CO Trial 12.16.22

Thornton, Shelton v Kyle Ervin, Case No 2020CV30433 Trial Arapahoe County District Court, 12.14.22

Mirous, Karen v Whole Foods Rocky, Case No 2021CV31387 Zoom Deposition 12.1.22

REED, DALE V Owners Insurance Company, Case No 1:21-cv-02594-CNS-MEH Deposition 11/16/2022

MERCER, CLIFFORD V American West Construction LLC, and National Union Fire Insurance Company, Case No 5-160-248 Trial 09/29/2022

ULIBARRI, DONNA V The Mount Olivet Cemetery, Case No 2021CV31503 1390 S. Potomac St, Aurora, CO 80012 Deposition 8/10/2022

HANEY, JAMES V Kaiser Foundation Health Plan of Colorado, Case No 2021CV33420 1390 S. Potomac St, Aurora, CO 80012 Deposition 8/05/2022

HIATT, CATHERINE V BASSET PROPERTIES, LLC, Case No 2021CV30042 1390 S. Potomac St, Aurora, CO 80012 Deposition 6/29/2022

CRAIG, DENNIS V Big O Tires, LLC, Case No. 20CV30754 1390 S. Potomac St, Aurora, CO 80012 Deposition 6/9/2022

SHELDON, JODI V Golden Bell Retreat, et.al. Case No. 19-CV-01371-REB Alfred A. Arraj United Courthouse
901 19th St. Denver, CO 80294 Testimony 5/17/2022

MORENO, CHRISTOPHER V Kiewit Infrastructure CO., Case No 2021CV032082 2020CV30204 1390 S. Potomac St, Aurora, CO 80012 Deposition 4/27/2022

SPIVACK-PAUL, PATRICIA V King Soopers, Case No 2020CV30204 1390 S. Potomac St, Aurora, CO 80012 Deposition 4/13/2022

SHUGARS, GREGORY V Aspen Valley Hospital, Case No 19-cv-2142-WJM-GPG 1390 S. Potomac St, Aurora, CO 80012 Deposition 4/8/2022

FITGERALD, JOSEPH V Catholic Health Initiatives Colorado 1:21-CV-00006-WJM 1390 S. Potomac St, Aurora, CO 80012 Deposition 3/24/2022

THORNTON, SHELTON V Kyle Ervin, Case No. 2020CV30433 1390 S. Potomac St, Aurora, CO 80012 Deposition 3/01/2022

GRUBB, ROBYN V Vulcan Ladder USA, LLC, Case No 1:20-CV-00697 1390 S. Potomac St, Aurora,

CO 80012 Deposition 2/11/2022

MUHLBEIER DAVID V Knight Transportation Inc, Case No. 20-CV-180-J 1390 S. Potomac St, Aurora, CO 80012 Deposition 1/25/2022

MUHLBEIER STACIE V Knight Transportation Inc, Case No. 20-CV-180-J 1390 S. Potomac St, Aurora, CO 80012 Deposition 1/25/2022

MONTOYA, PHILLIP V E.W. Wylie Corporation Case No.1:20-cv-02535-CMA-KMT 1390 S. Potomac St, Aurora, CO 80012 Deposition 1/20/2022

WHITNEY, ALEXANDER V Farmers Insurance and American Family Insurance Case No. 2019CV32377
Denver District Court 1437 Bannock St Denver, CO 80202 Testimony 12/14/2021

GRIFFIN, DEVAN V Farmers Insurance and American Family Insurance Case No. 2019CV32377
Denver District Court 1437 Bannock St Denver, CO 80202 Testimony 12/14/2021

MCCREIGHT, MELODY V El Paso County; El Paso County Sheriff`s Office; and El Paso County Deputy Cassandra Damon, individually and as Deputy Sheriff Case No. 2020CV30855 270 S. Tejon Street Colorado Springs, CO 80903 Testimony 11/16/2021

LYONS, CURTIS V Kathryn Hobbs Case No. 2020CV30566 Larimer County District Court 201 Laporte Ave Fort Collins, CO 80521 Testimony 11/9/2021

CERECERES, DENNIS V Walgreen CO. d/b/a Case No. 2020CV03406-PAB-NYW 1390 S. Potomac Street, Aurora, CO 80012 Deposition 11/02/2021

VALAER, JOHN V Public Service Company of Colorado d/b/a Xcel Energy and Q3 Contracting, Inc. Case No. 2020CV000167 Denver Court House, Division 414 Testimony 10/14/2021

JOHNSTON, ANGELINA V Pinnacol Assurance Case No. 2020CV31214 1390 S. Potomac Street, Aurora, CO 80012 Deposition 10/12/2021

MCCREIGHT, MELODY V El Paso County Sheriff`s Office Case No. 2020CV30855: 1390 S. Potomac Street, Aurora, CO 80012 Deposition 10/08/2021

SUN LATAL, TAE V. Martin Marietta Materials, Inc. et al. Case No. ____; 1390 S. Potomac St, Aurora, CO. 80012 Deposition 8/31/2021

VALAER, JONATHON V. Public Service Company of Colorado d/b/a Xcel Energy and Q3 Contracting, Inc. Case No. 2020CV000167; 1390 S. Potomac St, Aurora, CO. 80012 Deposition 7/29/2021

MEYER, DANIELLE V. Richard and Teresa Payne. Case No. 2020CV31086; 1437 Bannock Street Denver CO 80202. Testimony 06/23/2021

CARDOZA, JOHN V. JPMK Inc. And Sentry Select Insurance Company. Case No. 18-CV-125-ABJ; 1390 S. Potomac St, Aurora, CO. 80012 Deposition 03/02/2021

FRY, WILLIAM V. Elizabeth Graczyk; David O'Connor; and Plumb On. Case No. 2019CV031141; 1390 S. Potomac St, Aurora, CO. 80012 TESTIMONY 02/04/2021

JOHANNA VANDERLAAN V. Ameriprise Inc. Case No. 1:20CV-191; 1390 S. Potomac St, Aurora, CO. 80012 DEPOSITION 1/07/2021

JAMES WALLACE V. Brisk Transportation, Et Al. Case No. 4298843; 1390 S. Potomac St, Aurora, CO. 80012 DEPOSITION 11/03/2020

WILLIAM FRY V. Elizabeth Graczyk, David O'Connor and Plumb On, LLC. Case No. 2019CV031141; 1390 S. Potomac St, Aurora, CO. 80012 DEPOSITION 9/30/2020

QUINTON BARBER V. Covenant Testing Technologies, LLC, Case No. 18CV30725; Weld County District Court, 901 Ninth Avenue, Greeley CO 80631 TESTIMONY 9/2/2020.

CORRENE BARELA V. Wal-Mart Stores, Inc., Case No. 2019CV30134; District Court, County of Mesa, 125 North Spruce Street, Grand Junction, CO 81502 VIDEO TESTIMONY 8/11/2020

JAMES MURRAY V. Kenneth Fritzler, Case No. 2019CV34124; 1390 S. Potomac St, Aurora, CO. 80012 DEPOSITION 8/11/2020

STEVEN JONES V. State Farm Mutual Automobile Insurance Company and Progressive Preferred Insurance Company, Case No. 1:19-cv-01873-NYW; 1390 S. Potomac St, Aurora, CO. 80012 DEPOSITION 7/30/2020

NANCY GORGES V. Preston Kunkel and Martin Marietta Materials, INC., Case No. 2019CV030056; 201 LaPorte Avenue, STE 100, Fort Collins, CO 80521. TESTIMONY 2/26/2020

HARVEY CHASE VS Russell Dahlgren, and Dahlgen Consulting, Inc., a Wyoming Profit Corporation. Case No. 190-928; 1390 S. Potomac St, Aurora, CO. 80012 DEPOSITION 1/30/2020

DORRAEN CLARK V. Todd Drake and Major Heating and AC, Inc. Case No. 233050; Denver District Court, 1437 Bannock Street, Denver, CO 80202: TESTIMONY 09/03/2019.

LORA BROTZ V. Dino Vasquez and Hanes Companies, Inc et. Al. Case No. 2018CV32530; 1390 S. Potomac St, Aurora, CO. 80012 DEPOSITION 7/10/2019

DORRAEN CLARK V. Todd Drake and Major Heating and AC, Inc. Case No. 233050; 1390 S. Potomac St, Aurora, CO. 80012 DEPOSITION 7/2/2019

DANIEL P. SKOUSEN V. Aircraft Service International, Inc. Et. Al. Case No. 2018CV33104; 1390 S. Potomac St, Aurora, CO. 80012 DEPOSITION 06/20/2019

MICHELLE BERG VS HOME-OWNERS INSURANCE COMPANY Case No. 2018CV30112; 1390 S. Potomac St, Aurora, CO. 80012 DEPOSITION 05/30/2019

DONNELL R. KYSER VS CLIFFORD R WASHBURN Case No. 17CV31190; Jefferson County District Court 100 Jefferson County Parkway Golden, CO Testimony 05/01/2019

LYUBOV BOCIAN VS Owners Insurance Company Case No. 2018c030733; Adams County District Court, 1100 Judicial Center Driver Brighton, CO 80601 TESTIMONY 03/19/2019

ROSS RABIN VS Hudick Excavating, INC.; City of Littleton; Littleton Village Metropolitan District

No.1; Public Service Company of Colorado a/k/a Excel Energy; and Martin/Martin, INC. Case No. 2017CV334;
1390 S. Potomac St, Aurora, CO. 80012 DEPOSITION 03/06/2019

ANGELA ARKIN VS Hudick Excavation, INC.; City of Littleton; Littleton Village Metropolitan District NO.1.; Public Service Company of Colorado a/k/a Excel Energy; and Martin/Martin, INC. Case No. 2017CV334;
1390 S. Potomac St, Aurora, CO. 80012 DEPOSITION 03/07/2019

DAVID OHLENDORF VS Stephen Slauson, M.D; Case No. 2016CV30785; District County Court of Larimer
 201 La Porte Ave, Suite 100 Fort Collins, CO 80521 TESTIMONY 02/28/2019

MAYO THOMPSON VS _____; Case No. _____; 1390 S. Potomac St, Aurora, CO. 80012 DEPOSITION 09/20/2018

MYRIAM REYNOLDS VS Mary Poole Case No. 2017CV32991;District County Court of Arapahoe, 7325 S. Potomac St., Centennial, CO 80112  TESTIMONY 09/12/2018.

MICHAEL PICKERING VS Hercules Commercial Twin City Fire Insurance Case No. 5-049-650; Office of Administrative Courts, 1525 Sherman Street, 4th floor, Denver, CO 80203: TESTIMONY 08/14/2018.

DORESCA WILKERSON VS Nichole Hedrick Case No. 2017CV034366; Denver County District Court, Division 368, 1437 Bannock Street, Denver, CO 08202: TESTIMONY 07/31/2018.

STEVEN POWELL VS Allstate Fire and Casualty Insurance Company Case No. 16-CV-00964-WJM-KHR; Alfred A. Arraj United States Courthouse, 901 19th Street, Courtroom A801, Denver, CO 80294: TESTIMONY 05/08/2018.

LINSEY HATTON VS California Casualty Indemnity Exchange Case No. 2017-1173A; JAG, 1601 Blake Street, Suite 400, Denver, CO: ARBITRATION/MEDIATION 02/12/2018.

ANTONIO GURROLA VS _____ Case No. _____; The Office of Barr ADR, 1777 South Harrison Street, Suite 1504, Denver, CO 80210: TESTIMONY 02/06/2018.

DAWN BROWN VS Jvan Jackson and Arvada Transfer Company, d.b.a. Arvada Globe Trucking, Inc. Case No. 2017CV030940; 1390 S. Potomac Street, Aurora, CO 80012: DEPOSITION 01/22/2018.

BETH ROBLES-BURRIS VS John Barber Case No. 16-CV-02503-NYW; 1390 S. Potomac Street, Aurora, CO 80012: DEPOSITION 12/28/2017.

CARL GIBBS VS Joellen Gibbs Case No. 12DR408; Larimer County/testified via phone: TESTIMONY 2/13/2017.

MATHEW GUZZY VS Dakota Proctor Case No. 2016CV30939; 1390 S. Potomac Street, Aurora, CO 80012: DEPOSITION 09/14/2017.

PEGGY LEWIS VS Everwest Real-estate Partners LLC, DPC Development Company, MKS Residential LLC, ROC-SCCP Cherry Creek 1LP, ROC-SCCP Cherry Creek 2LP, AA Cherry Creek LLC. Case No. 2015CV030975; 1390 S. Potomac Street, Aurora, CO 80012: DEPOSITION 06/08/2017.

CINDY BAUGHMAN VS Pearl Bram Case No. 16CV31215; 1390 S. Potomac Street, Aurora, CO 80012: DEPOSITION 05/11/2017.

CRYSTAL DERRERA VS DG Retail, LLC Case No. 16CV00738-RPM; 1390 S. Potomac Street, Aurora, CO 80012: DEPOSITION 04/18/2017.

CYNTHIA HETRICK VS Unitrin Auto & Home Insurance Company Case No. 2016CV01726; 1390 S. Potomac Street, Aurora, CO 80012: DEPOSITION 02/14/2017.

MALCOLM PARSONS VS Craig J. Whitlock Case No. 2015CV30256; Adams County District Court, 1100 Judicial Center Dr, Brighton, CO 8060: TESTIMONY 02.07.2017.

JAMES FISHER VS Pitney Bowes, INC. WC No. 4-987-259; 1390 S. Potomac Street, Aurora, CO 80012: DEPOSITION 01/23/2017.

RHONDA LLOYD VS Sherry Dowlen, Danny Livermore, and The California Casualty Indemnity Exchange Case No. 2016CV30150; Jefferson County District Court, 100 Jefferson County Parkway, Golden, CO 80401: TESTIMONY 01/11/2017.

RICARDO BANUELOS VS Donald Byrd Case No. 2016CV031122; 1390 S. Potomac Street, Aurora, CO 80012: DEPOSITION 11/28/2016.

*** ROSEMARY FORSYTHE VS Tamarac Village Apartments, LLC/AIMCO Case No.2016CV030293 ; Denver District Court, 1437 Bannock Street, Denver, CO 80202: TESTIMONY 11/15/2016.

BARBARA CALAHATIAN VS Debbie Lindsay Case No. 2015CV32033; Arapahoe County District Court, 7325 S. Potomac Street, Centennial, CO 80112: TESTIMONY 11/01/2016.

AMANDA STRIPLING VS _____ Case No. _____; 1390 S. Potomac Street, Aurora, CO 80012: DEPOSITION 10/04/2016.

ROSE CHAVIRA VS _____ WC No. 4-978-056; Denver District Court, 1437 Bannock Street, Denver, CO 80202: TESTIMONY 8/11/2016.

LING LO VS Amanda Born Case No. 2014CV31029; Larimer District Court, 201 Laporte Ave, Suite 100, Fort Collins, CO 80521: TESTIMONY 07/27/2016.

LORI MAYFIELD VS Jonathan Sigler, et al. Case No. 15CV031268; Adams County District Court, 1100 Judicial Center Dr, Brighton, CO 80601: TESTIMONY 07/12/2016.

MICHAEL DOHT VS LSI I, LLC, and Always Green, LLC Case No. 2015CV31701; 1390 S. Potomac Street, Aurora, CO 80012: DEPOSITION 05/24/2016.

WALTER BARLEY VS State Farm Mutual Auto Insurance & Allstate Insurance Company Case No 15CV31876; 1390 S. Potomac Street, Aurora, CO 80012: DEPOSITION 05/04/2016.

KRISTI NELSON-CAMPANINI VS Gregory Beemer, State Farm Mutual Auto Insurance & Liberty Mutual Fire Insurance Case No. 2014CV032217; Arapahoe County District Court, 7325 S. Potomac Street, Centennial, CO 80112: TESTIMONY 04/27/2016.

WALTER BARLEY VS State Farm Mutual Auto Insurance & Allstate Insurance Company Case No

15CV31876; 1390 S. Potomac Street, Aurora, CO 80012: DEPOSITION 04/19/2016.

JOHN CZAJKOWSKI VS Thomas Huntley Case No. 15CV304422; Douglas County District Court, 4000 Justice Way, Castle Rock, CO 80103: TESTIMONY 1/27/16.

JULIE WEIGAND VS Kimberly Meyer Case No. 2014CV030940; Douglas County District Court, 4000 Justice Way, Division 1, Castle Rock, CO 80103: TESTIMONY 1/26/16.

JULIE WEIGAND VS Kimberly Meyer Case No. 2014CV030940; 1390 S. Potomac Street, Suite 100, Aurora, CO 80012: DEPOSITION 1/13/16.

DAVID MCDONALD VS Evergreen Trails, INC. Case No. 2014CV31813; Denver District Court, 1437 Bannock Street, Division 269, Denver, CO 80202: TESTIMONY 12/16/15.

JOHN CZAJKOWSKI VS Thomas Huntley Case No. 15CV304422; 2480 W. 26th Ave, Building B, Suite 90, Denver, CO 80211: DEPOSITION 11/13/15.

TARA LUCERO VS Ochoas & Cason Case No. 00165065010600; District Court of Arapahoe County, 7325 S. Potomac Street, Centennial, CO 80112: TESTIMONY 10/23/15.

RAMON HERNANDEZ VS City of Ft. Lupton Case No. 5018955; 1390 Potomac Street, Suite 100, Aurora, CO 80012: DEPOSITION 9/17/15.

TRINA MCGILL VS Airport Parking, LLC DBA Wally Park Case No. 23746179; Denver District Court, 1437 Bannock Street, Denver, CO 80202: TESTIMONY 8/26/14.

LAUFER KATHRYN VS Earl Corney III Case No. 2013CV035479; 1390 S Potomac Street, Suite 100, Aurora, CO 80012: DEPOSITION 8/21/15.

DANIEL RODRIGUEZ VS Timothy Ott Case No. 13CV33791; Denver District Court, 1437 Bannock Street, Division 269, Denver, CO 80202: TESTIMONY 8/12/14.

INGRAM TRACY VS Denver Public Schools Case No. WC4-910-514; The Office of Administrative Courts, 1525 Sherman Street, 4th floor, Denver, CO 80203: TESTIMONY 7/22/14.

SHANA ADLER VS Lowes HIW, Inc. Case No. 2012CV1525; 1390 S. Potomac Street, Suite 100, Aurora, CO 80012: DEPOSITION 7/1/14.

CAROLYN DEDMOND VS Chelsea Case No. 13AZ024; 1390 S. Potomac Street, Suite 100, Aurora, CO 80012: DEPOSITION 6/20/14.

SONYA CARTER VS Newmont International Services, LTD WC No. 4-864-257; Office of Administrative Courts, 1525 Sherman Street, Denver, CO 80203: TESTIMONY 6/13/14.

TRINA MCGILL VS DIA Airport Parking, LLC DBA Wally Park Case No. CV0324670; 1390 S. Potomac Street, Aurora, CO 80012: DEPOSITION 6/13/14.

Page 1

ROXANN VOCATE AND ROSEMARY PAUTLER VS United Fire & Casualty Company Case No. 08CV8391; District Court, County of Denver: TESTIMONY 2/26/14.

SCOTT WARRINGTON VS BD of City Comm. of Mineral County et al Civil Action No. 12-CV-01193-

RBJ; Denver, CO, (Atty. Scott McLeod of Elkus Sisson & Rosenstein, P.C.): TESTIMONY 11/14/13.

ROXANN VOCATE AND ROSEMARY PAUTLER VS United Fire & Casualty Company Case No. 08CV8391; 1390 S. Potomac Street, Suite 100, Aurora, CO 80012: DEPOSITION 10/4/13.

BROOKE MEYER VS Children's Hospital and Liberty Mutual Insurance WC No. 4-550-737; 1390 S. Potomac Street, Suite 100, Aurora, CO 80012: DEPOSITION 8/30/13.

KRISTI ORTEGA VS MWI Veterinary Supply WC No. 4-821-637; 1390 S. Potomac Street, Suite 100, Aurora, CO 80012: TESTIMONY 7/23/13.

SCOTT WARRINGTON VS The Board of County Commissioners of Mineral County Civil Act. No. 12-CV-01193-RBJ; 1390 S. Potomac Street, Suite 100, Aurora, CO 80012: DEPOSITION 7/16/13.

MARJORIE REINWALD VS Colorado Department of Education Claim No. 4-774-408; 1390 S Potomac Street, Aurora, CO 80012: DEPOSITION 5/10/13.

JEFF KNABENSHUE VS Hitstreak, Inc. WC No. 4-809-017; Office of Administrative Courts, 1525 Sherman Street, Denver, CO 80203: TESTIMONY 4/2/13.

THOMAS W. WEBSTER VS Cape Reliant Fisheries Inc. Case No. 11-2-39389-5SEA; 1390 S. Potomac Street, Aurora, CO 80012: DEPOSITION 3/22/13.

AWANDA POTTER VS Specialized Loan Servicing & Highland Insurance Solutions, LLC & Pinnacol Assurance WC No. 4-882-821; 1390 S. Potomac Street, Suite 100, Aurora, CO 80012: DEPOSITION 2/12/13.

JEFF KNABENSHUE VS Hitstreak, Inc. Claim No. WC4-809-017; Office of Administrative Courts, Denver, CO 80203: TESTIMONY 1/18/13.

BROOKE MEYER VS Children's Hospital and Liberty Mutual Insurance WC No. 4-550-737; 1390 S. Potomac Street, Suite 100, Aurora, CO 80012: DEPOSITION: 1/16/13.