# ATTACHMENT #4



*Patricia L. Pacey, Ph.D.*
*Jeffrey E. Nehls, M.A.*
*Hannah J. Suarez, M.S.*
*Jake M. Zieba, B.A.*

3005 Center Green Drive
Suite 200
Boulder, CO 80301
(303)530-5333
www.paceyecon.com

# ECONOMIC APPRAISAL REPORT

**APRIL 18, 2024**

**IN THE MATTER OF:**

Bret McCoy v. Wilson Manufacturing & Design, Inc.
United States District Court for the District of Wyoming
Case No. 23CV74J

_____

**PREPARED FOR:**

James E. Fitzgerald, Esq.
Michael J. Fitzgerald, Esq.
The Fitzgerald Law Firm
2108 Warren Avenue
Cheyenne, Wyoming 82001
(307) 634-4000
jim@fitzgeraldlaw.com
michael@fitzgeraldlaw.com

_____

**PREPARED BY:**

Patricia L. Pacey, Ph.D.
President

**INTRODUCTION**

*The purpose of this report is to present my opinion regarding the economic losses to Mr. Bret McCoy resulting from injuries sustained on December 18, 2022.*

*This report includes background information and relevant dates and timeframes in the next sections, followed by discussion and summary of the economic damage analysis. Case-specific documents are listed in Appendix A, general economic foundation is presented in Appendix B, and my curriculum vitae, testimony lists, and fee schedule letter are included in Appendix C.*

**SECTION 1: BACKGROUND INFORMATION**

- File information indicates on December 18, 2022, Mr. Bret McCoy was using a portable aggregate conveyer to unload aggregate from railroad hopper cars. While doing so, Mr. McCoy came into contact with the belt of the conveyer and was pulled into the machine, and subsequently became trapped at the top of the conveyer. Mr. McCoy was removed from the conveyer by fire rescue and emergently transported to a nearby hospital, where he was diagnosed with multiple spine fractures, spinal ligament injuries, a fractured hip, multiple fractures in his right leg, a dislocated and fractured right ankle, multiple broken ribs, and a collapsed lung, among other injuries. Despite multiple surgeries, physical and occupational therapies, the use of braces and a cane/walker, and injections, among other treatments, Mr. McCoy continues to experience pain in his neck, back, legs, and hips as well as difficulties sitting, standing, and ambulating for extended periods of time. The independent medical evaluator indicates he is at significant risk for developing additional spine degeneration and is expected to require further surgical intervention in the future.

- At the time of the incident, Mr. McCoy was working for Granite Peak Transloading, performing mostly laboring work. He indicates he began this position approximately one month prior to the incident. In addition to his work with Granite Peak Transloading, Mr. McCoy had been involved with his seasonal landscaping business that he began at approximately age 18. Of note, his parents are the owners of a separate tree service business. He has not worked in any capacity since the incident. The medical specialist indicates Mr. McCoy will be limited to sedentary work and the rehabilitation specialist notes Mr. McCoy has severe limitations and is not expected to maintain full time employment over his work years, which is consistent with labor market data.



■  Mr. McCoy has a high school education. He continues to live alone in his single-family home in Cheyenne, Wyoming.

### SECTION 2: RELEVANT DATES AND TIMEFRAMES

*Losses in the following analysis are calculated over two timeframes, the past period and the future period. The past period includes the time from the date of incident to the date of report, while the future period represents the time from the date of report to Mr. McCoy's worklife or life expectancy, depending on the component being evaluated.*

Date of Birth:

Date of Incident:           December 18, 2022

Date of Report:            April 18, 2024

Age at Incident:           23.3 years

Past:                      1.3 years from date of incident to date of report

Future:

  Worklife[1]                 40.4 years (to age 65)

  Life Expectancy[2]          50.5 years (*National Vital Statistics Reports*)

---

[1] Appendix B attached to this report provides additional information and sources regarding my opinion of Mr. McCoy's worklife.

[2] Elizabeth Arias and Jiaquan Xu, Division of Vital Statistics, U.S. Department of Health and Human Services. *United States Life Tables, 2021*. National Vital Statistics Reports, Vol. 72, No. 12 (November 7, 2023).


Pacey Nehls
ECONOMIC CONSULTING

SECTION 3: LOSS OF EARNINGS

**3.1     WAGES**

**Past Period**

**$37,400 per year (identified in 2022 dollars) *but for* the incident
(i.e., pre-injury earnings)**

- Pre-injury earnings commencing in and continuing through the past period

- Based on Mr. McCoy's full-time employment at a wage of some $18 per hour at the time of the incident

- Includes average annual wage increases over the past period per *Bureau of Labor Statistics* data

- No offset has been made to earnings over the past period as Mr. McCoy has not been able to return to work since the incident

**Future Period**

**Pre-injury earnings (i.e., *but for* the incident)**

**$64,300 per year average *lifetime* wages with entry level wages commencing in the future at $41,800 per year (both identified in 2024 dollars)**

- *Average annual lifetime* pre-injury earnings commencing in and continuing through the future period

- Pre-injury earnings based on a five-year rolling average age-earnings profile from *Bureau of Census* data (specifically, the PINC-04 tables) for high school educated males working year-round, full-time and consistent with other occupational and wage surveys; a more detailed discussion and citations can be found in Section 3 of Appendix B of this report

    o Considers entry level wages of some $41,800 (in 2024 dollars), increasing to greater than the annual average later in Mr. McCoy's worklife

    o Of note, given Mr. McCoy's level of earnings at the time of the incident, this analysis utilizes the earnings of an individual some 4 years younger than Mr. McCoy to account for his less-than-average earnings at the time of the incident – for example, Mr. McCoy's anticipated pre-injury level of earnings at age 25 reflects the average earnings of a male with a high school education at age 21; to the extent that Mr. McCoy would have "caught-up" to the



Pacey Nehls
ECONOMIC CONSULTING

> average earnings level of similarly situated individuals of his age, earnings losses are understated

- o An alternative method of analysis, using an abbreviated avenue with average *lifetime* earnings or regression modeling will yield similar earnings when predicated upon the *Bureau of Census* data

- o Reflects a full array of occupational opportunities and probable earnings available to Mr. McCoy

**Post-Injury earnings (i.e., *given* the incident)**

**50% downward adjustment on pre-injury earnings**

- Post-injury earnings reflect the accrual of one-half of Mr. McCoy's pre-injury *lifetime* wages based on the labor market data as outlined below

  - o Predicated on Mr. McCoy manifesting these earnings over his worklife via periods of part time and full-time employment and/or longer periods of unemployment, diminished promotional opportunities or earlier exit from the labor market as discussed in the labor market literature identified in Section 4 of Appendix B

  - o May be overly optimistic as the data indicate only some 25% of individuals with a severe disability are in the labor force

  - o Consistent with *Bureau of Census* data including data found in the American Community Survey (ACS), Current Population Survey (CPS), and Survey of Income and Program Participation (SIPP), finding at least half of the earnings capacity of similarly trained and situated individuals will be lost over Mr. McCoy's worklife

- Includes average annual wage increases over the future period per relevant macroeconomic data as identified in Sections 1 and 2 of Appendix B of this report

### 3.2    BENEFITS

- 7.65 percent (7.65%) of money wages for the value of employer provided benefits over the past period, recognizing the employer's contributions to Social Security only

- Twenty percent (20%) of money wages for the value of employer provided benefits over the future period

  - o Incorporates the array of benefits typically provided by employers including mandatory benefits, medical coverage and a pension/retirement plan


Pacey Nehls
ECONOMIC CONSULTING

- Consistent with survey data from the *Employee Benefit Research Institute*, *Employer Costs for Employee Compensation* published by the *Bureau of Labor Statistics*, and other literature that examines the value/cost of employer provided benefits as listed in Section 3.2 of Appendix B

### 3.3    EARNINGS COMMENTS

- Age-earnings profile then incorporates an average of three percent (3.0%) per year for anticipated inflationary and/or macroeconomic productivity increases and considers an average blended discount rate of four percent (4.0%) over the relevant time frame, resulting in an approximate average net discount rate of one percent (1.0%); specific rates have been utilized for price increases and interest rates recognizing there is a range of reasonable rates which would afford similar net present values given this average differential exists between the rates over the long term

- Does not necessarily reflect continuous employment, e.g., Mr. McCoy could have remained in the competitive labor market past age 65 and potentially experienced additional time out of the workforce

- an alternative avenue of analysis using a one percent (1.0%) slower wage growth recognizing reductions in efficiency, output, and/or productivity over Mr. McCoy's worklife would result in wage losses of some $385,600, in net present value

- Past period calendar year earnings losses and future period year-by-year earnings losses are delineated on Attachment I to this report

- Does not include any additional earnings he may have continued to derive from his seasonal landscaping business and as such, losses likely understated

- As additional information becomes available an adjustment may be necessary


Pacey Nehls
ECONOMIC CONSULTING

SECTION 4: REPLACEMENT VALUE FOR ESSENTIAL/HOME SERVICES

*Essential/home services represent paid and/or unpaid productive labor in and around the home and/or personal care assistance provided to the injured party. Such services have an economic value and need to be included to return Mr. McCoy and his family to the same standard of living they would have had but for the incident. The past loss reflects the value of time (not necessarily out-of-pocket expenses), while in the future period a fund of money is provided to meet these needs.*

**4.1     TIME CONTRIBUTION - 10 TO 15 HOURS PER WEEK**

- Additional time contribution needed/recommended for household responsibilities and activities commencing in the past period and continuing into the future period

- Includes such chores as yard/property maintenance, housecleaning, meal preparation, etc.

- Likely understated over the past period as Mr. McCoy went through surgeries and subsequent recovery; over the future period represents both limitations/inability to do some chores as well as additional time required to perform chores

- Reflects an average weekly amount but recognizes time commitments are likely to be more intermittent

- Per information provided by the rehabilitation specialist, interview with the client, and tracked to labor market studies; consistent with household survey data from the *American Time Use Survey* published by the *Bureau of Labor Statistics* and other literature as listed in Section 7.3 of Appendix B

**4.2     RATE - $10 TO $15 PER HOUR *INCREASING IN THE FUTURE PERIOD TO* $15 PER HOUR**

- Market replacement wage over the past period with increases over the future period per macroeconomic data

- Market replacement wage over the past period based on area wage rates for activities and responsibilities required to manage the household per *Bureau of Labor Statistics* data

- Increasing in the future period representing the costs of contract labor for retaining services for the home with increases over the future period per macroeconomic data

    o    Based on *Bureau of Labor Statistics* wage data plus some recognized required and other benefits, as well as cost of care data from Genworth


Pacey Nehls
ECONOMIC CONSULTING

- Rates low relative to professional agency/service costs

### 4.3    ESSENTIAL/HOME SERVICES COMMENTS

- Incorporates an average of three percent (3.0%) per year for anticipated inflationary and/or macroeconomic productivity increases and considers an average blended discount rate of four percent (4.0%) over the relevant time frame, resulting in an approximate average net discount rate of one percent (1.0%); specific rates have been utilized for price increases and interest rates recognizing there is a range of reasonable rates which would afford similar net present values given this average differential exists between the rates over the long term

- Midpoints of hours and rates are utilized in the calculation

### SECTION 5: MEDICAL/LIFE CARE EXPENSES

*Past medical/life care expenses are not typically included as they are added at the time of the trial. The following future medical care expenses are based on the recommendations in the Life Care Plan provided by the rehabilitation specialist. All of the following annual amounts are expressed in 2024 dollars (and rounded to the nearest hundred). It should be noted that the summary page of this report identifies the net present value of future medical/life care expenses through a life expectancy as identified by National Vital Statistics Reports. If information becomes available indicating less than a full life expectancy, the total net present value of the expenses for the appropriate time frame can be identified in Attachment II where year-by-year expenses are provided. The Attachment provides both future (i.e., grown) and present value (i.e., discounted) dollars without rounding.*

### 5.1    FUTURE MEDICAL/LIFE CARE EXPENSES

| Future Evaluations | $1,200/yr | • average annual cost for orthopedic consultations |
| | $3,700 | • upfront cost for neurosurgical consultation, plastic surgery consultation, psychological evaluation, and EMG nerve conduction studies |
| | TBD | • costs, frequencies, and/or durations for post-surgical orthopedic consultations, skin graft/graft site breakdown consultation, follow-up neurosurgical consultations, and psychological counseling are to be determined |



| | | | |
|---|---|---|---|
| Therapeutic Intervention | $28,900/yr decreasing to $2,500/yr | • | average annual cost for physical therapy treatment, lower extremity steroid injections, and cervical/thoracic epidural injections; cost decreases as needs decrease at ages 25.6 and 26.1 |
| Surgical Intervention | $145,800 | • | upfront cost for right ankle arthrodesis, cervical spinal surgery, lower extremity hardware removal, ankle x-rays, tibia-fibula x-rays, ankle MRI, cervical spine x-rays, thoracic spine x-rays, cervical spine MRI, and pelvic spine x-rays |
| Durable Medical Equipment/Home Accessibility | $200/yr | • | average annual cost for collapsible wheelchair, crutches, shower chair, handheld shower head, and safety grab bars |
| | TBD | • | costs, frequencies, and/or durations for orthotics/braces are to be determined |
| Routine Medical Care | $1,200/yr | • | average annual cost for primary care physician |
| | $500 | • | upfront cost for primary care physician |
| Health and Strength Maintenance | $600/yr | • | average annual cost for health club membership |
| Medications | $100/yr | • | average annual cost for OTC NSAID and pain medications |
| Home Healthcare | $7,500 | • | upfront cost for home health aid for ADL (4-6 wks, $34/hr, 2 hrs/dy) and housecleaning service (4-6 wks, $107/visit, 2x/wk) |
| Vocational Rehabilitation | $5,600 | • | upfront cost for vocational evaluation/testing and vocational counseling/plan development |

## 5.2  MEDICAL/LIFE CARE EXPENSES COMMENTS

- Midpoints of frequencies and costs provided in the life care plan by the rehabilitation specialist are utilized in the calculations


Pacey Nehls
ECONOMIC CONSULTING

- TBD (to be determined) items are those where information regarding cost, frequency and/or duration is presently not available; once that information becomes available, those costs will need to be added for a full accounting of economic loss

- In Attachment II, expenses driven by the medical price index (MPI) are identified with "m" and an average net discount rate of one-half percent (0.5%) has been used for net present value calculations, while expenses more closely associated with the consumer price index (CPI) are identified with "d" and an average net discount rate of one percent (1.0%) has been used for net present value calculations

- For illustrative purposes, specific rates have been utilized for price increases and interest rates recognizing that over the long-term there is a range of reasonable rates which would afford similar net present values given similar differentials exist between the rates

### SECTION 6: CONCLUSION/SUMMARY

#### 6.1    GENERAL COMMENTS REGARDING METHODOLOGY

- The amount of past net pecuniary loss is not adjusted for any probable interest earnings and no offset has been made for any monies which may have been received from other sources, unless specifically stated

- Annual loss amounts identified in this section of this report are set forth in today's dollars, but the stream of future loss amounts is discounted to reflect the probable net level of interest earnings relative to inflation/price increases or wage growth

- In each component of probable future loss, the average net discount rate used is specifically noted in the comment section in the determination of the net present value to the date of report

- Despite current inflationary market conditions, the analysis assumes that probable future average annual inflation/price increases and/or wage growth will be less than the probable annual interest returns on a lump-sum payment

- See Sections 1 and 2 of Appendix B for a more detailed explanation of discounting to net present value


Pacey Nehls
ECONOMIC CONSULTING

**6.2**  **SUMMARY OF ECONOMIC LOSS AMOUNTS**
**MR. BRET MCCOY**

### PAST LOSSES

| | | |
|---|---|---|
| EARNINGS | | $55,300 |
| Wages | $51,400 | |
| Benefits | 3,900 | |
| | | |
| ESSENTIAL/HOME SERVICES | | 10,600 |
| | | |
| PAST MEDICAL EXPENSES | | TBA |
| | | |
| **TOTAL PAST LOSS** | | $65,900 |

### FUTURE LOSSES

| | | |
|---|---|---|
| EARNINGS | | $1,283,200 |
| Wages | $1,069,300 | |
| Benefits | 213,900 | |
| | | |
| ESSENTIAL/HOME SERVICES | | 385,100 |
| | | |
| MEDICAL/LIFE CARE EXPENSES[3] | | 305,900 |
| Future Evaluations | $7,400 | |
| Therapeutic Intervention | 45,200 | |
| Surgical Intervention | 145,800 | |
| Durable Medical Equipment/Home Accessibility | 9,400 | |
| Routine Medical Care | 54,300 | |
| Health and Strength Maintenance | 25,300 | |
| Medications | 5,400 | |
| Home Healthcare | 7,500 | |
| Vocational Rehabilitation | 5,600 | |
| | | |
| **TOTAL NET PRESENT VALUE OF FUTURE LOSS** | | $1,974,200 |
| | | |
| **TOTAL VALUE OF LOSS** | | **$2,040,100** |

---

TBA: To be added at the time of trial

[3] Reflects a life expectancy as identified by *National Vital Statistics Reports*. If information becomes available indicating less than a full life expectancy, the total net present value of the expenses for the appropriate time frame can be identified on the attached spreadsheet.



Pacey Nehls
ECONOMIC CONSULTING

**6.3**     **CONCLUDING COMMENTS**

The previous chart summarizes the past and future time periods with their associated loss elements as previously identified in this report.

Based upon the analysis presented here, an aggregate fund of $2,040,100 will compensate Mr. Bret McCoy for the probable losses from the date of the incident to the date of report in April 2024 and replace the future lost stream of earnings and other future needs.

- Drawn upon each year in the future, this fund will serve as a substitute for the probable economic losses each year.

- Thus, at the end of the probable future loss period, the fund balance would be $0. (That is, the actual purchasing power of losses replaced year by year at levels enumerated herein will be maintained.)

- To ignore the cost of living or earnings growth factor would understate the losses sustained while a failure to incorporate interest earned from funds on hand today would overstate the probable losses.

- By simultaneously considering these two magnitudes (earnings and interest factors), this economic evaluation appropriately reflects the net present values in real terms.

Past medical care costs should be added for a full accounting of economic losses. No dollar amounts for pain and suffering, loss of enjoyment of life, disfigurement, physical impairments, etc., have been included in this analysis. Also, unless specifically stated, this evaluation makes no offset for any monies received prior to the issuance of this report.

Sincerely,

Patricia L. Pacey, Ph.D.
President



**Mr. Bret McCoy**
*Future Earnings Losses*
Age-Earnings Profile for Male with High School Degree

*$64,300  Average annual lifetime earnings (identified in 2024$)*

| Age | Year | Age-Group Average Earnings per *Bureau of Census* data 2024$ | Age-Earnings Profile | | |
|---|---|---|---|---|---|
| | | | 2024$ | NPV | Cum NPV |
| 25.0 | 0.4 | 41,816 | 41,816 | 16,662 | 16,662 |
| 26.0 | 1.4 | | 43,660 | 43,073 | 59,735 |
| 27.0 | 2.4 | | 45,504 | 44,461 | 104,196 |
| 28.0 | 3.4 | | 47,348 | 45,818 | 150,014 |
| 29.0 | 4.4 | | 49,192 | 47,145 | 197,159 |
| 30.0 | 5.4 | | 51,036 | 48,442 | 245,600 |
| 31.0 | 6.4 | 52,880 | 52,880 | 49,709 | 295,310 |
| 32.0 | 7.4 | | 54,435 | 50,679 | 345,989 |
| 33.0 | 8.4 | | 55,990 | 51,626 | 397,614 |
| 34.0 | 9.4 | | 57,545 | 52,549 | 450,164 |
| 35.0 | 10.4 | | 59,100 | 53,450 | 503,614 |
| 36.0 | 11.4 | 60,655 | 60,655 | 54,329 | 557,943 |
| 37.0 | 12.4 | | 61,728 | 54,759 | 612,702 |
| 38.0 | 13.4 | | 62,801 | 55,175 | 667,876 |
| 39.0 | 14.4 | | 63,874 | 55,578 | 723,454 |
| 40.0 | 15.4 | | 64,947 | 55,968 | 779,422 |
| 41.0 | 16.4 | 66,020 | 66,020 | 56,345 | 835,767 |
| 42.0 | 17.4 | | 66,729 | 56,403 | 892,170 |
| 43.0 | 18.4 | | 67,438 | 56,454 | 948,624 |
| 44.0 | 19.4 | | 68,147 | 56,499 | 1,005,123 |
| 45.0 | 20.4 | | 68,856 | 56,538 | 1,061,661 |
| 46.0 | 21.4 | 69,565 | 69,565 | 56,571 | 1,118,232 |
| 47.0 | 22.4 | | 69,867 | 56,270 | 1,174,502 |
| 48.0 | 23.4 | | 70,169 | 55,970 | 1,230,472 |
| 49.0 | 24.4 | | 70,471 | 55,670 | 1,286,143 |
| 50.0 | 25.4 | | 70,773 | 55,371 | 1,341,514 |
| 51.0 | 26.4 | 71,075 | 71,075 | 55,073 | 1,396,587 |
| 52.0 | 27.4 | | 71,760 | 55,069 | 1,451,656 |
| 53.0 | 28.4 | | 72,445 | 55,060 | 1,506,716 |
| 54.0 | 29.4 | | 73,130 | 55,047 | 1,561,763 |
| 55.0 | 30.4 | | 73,815 | 55,028 | 1,616,791 |
| 56.0 | 31.4 | 74,500 | 74,500 | 55,005 | 1,671,796 |
| 57.0 | 32.4 | | 74,185 | 54,245 | 1,726,041 |
| 58.0 | 33.4 | | 73,869 | 53,495 | 1,779,536 |
| 59.0 | 34.4 | | 73,554 | 52,754 | 1,832,290 |
| 60.0 | 35.4 | | 73,238 | 52,023 | 1,884,313 |
| 61.0 | 36.4 | 72,923 | 72,923 | 51,301 | 1,935,614 |
| 62.0 | 37.4 | | 73,314 | 51,080 | 1,986,695 |
| 63.0 | 38.4 | | 73,705 | 50,859 | 2,037,554 |
| 64.0 | 39.4 | | 74,097 | 50,637 | 2,088,191 |
| 65.0 | 40.4 | | 74,488 | 50,415 | 2,138,606 |

| | | |
|---|---|---|
| *Subtotal Net Present Value:* | *Wages* | *$2,138,606* |
| | *20% Benefits* | *$427,721* |
| **50% Reduction:** | **Wages** | **$1,069,303** |
| | **20% Benefits** | **$213,861** |

Attachment I

**Mr. Bret McCoy**
*Future Medical/Life Care Expenses*

| Age | Year | Future Evaluations | | Therapeutic Intervention | | Surgical Intervention | Durable Medical Equipment/Home Accessibility | | | Routine Medical Care | | Health and Strenght Maintenance | | Medications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | m | NPV | m | NPV | NPV | m | d | NPV | m | NPV | d | NPV | m | d | NPV |
| Upfront Costs | | | 3,704 | | | 145,773 | | | | | 451 | | | | | |
| 24.6 | 0 | [1,240] | | [28,935] | | | [192] | [22] | | [1,204] | | [636] | | [93] | [31] | |
| 25.6 | 1 | 1,283 | 1,234 | 29,948 | 28,796 | | 199 | 23 | 213 | 1,246 | 1,198 | 655 | 630 | 96 | 32 | 123 |
| 26.6 | 2 | 1,317 | 1,230 | 12,215 | 11,493 | | 204 | 23 | 212 | 1,279 | 1,194 | 670 | 625 | 99 | 33 | 123 |
| 27.6 | 3 | 1,375 | 1,222 | 2,770 | 2,462 | | 213 | 24 | 211 | 1,335 | 1,187 | 695 | 618 | 103 | 34 | 122 |
| 28.6 | 4 | | | 2,867 | 2,450 | | 220 | 25 | 210 | 1,382 | 1,181 | 716 | 612 | 107 | 35 | 121 |
| 29.6 | 5 | | | | | | 228 | 26 | 208 | 1,430 | 1,175 | 737 | 606 | 110 | 36 | 120 |
| 30.6 | 6 | | | | | | 236 | 26 | 207 | 1,480 | 1,170 | 759 | 600 | 114 | 37 | 120 |
| 31.6 | 7 | | | | | | 244 | 27 | 206 | 1,532 | 1,164 | 782 | 594 | 118 | 38 | 119 |
| 32.6 | 8 | | | | | | 253 | 28 | 205 | 1,585 | 1,158 | 806 | 589 | 122 | 39 | 118 |
| 33.6 | 9 | | | | | | 262 | 29 | 204 | 1,641 | 1,153 | 830 | 583 | 127 | 40 | 117 |
| 34.6 | 10 | | | | | | 271 | 30 | 203 | 1,698 | 1,147 | 855 | 577 | 131 | 42 | 117 |
| 35.6 | 11 | | | | | | 280 | 30 | 202 | 1,758 | 1,142 | 880 | 572 | 136 | 43 | 116 |
| 36.6 | 12 | | | | | | 290 | 31 | 201 | 1,819 | 1,136 | 907 | 566 | 141 | 44 | 115 |
| 37.6 | 13 | | | | | | 300 | 32 | 200 | 1,883 | 1,131 | 934 | 561 | 145 | 46 | 115 |
| 38.6 | 14 | | | | | | 311 | 33 | 199 | 1,949 | 1,125 | 962 | 556 | 151 | 47 | 114 |
| 39.6 | 15 | | | | | | 322 | 34 | 198 | 2,017 | 1,120 | 991 | 550 | 156 | 48 | 113 |
| 40.6 | 16 | | | | | | 333 | 35 | 197 | 2,088 | 1,115 | 1,021 | 545 | 161 | 50 | 113 |
| 41.6 | 17 | | | | | | 345 | 36 | 196 | 2,161 | 1,109 | 1,051 | 540 | 167 | 51 | 112 |
| 42.6 | 18 | | | | | | 357 | 37 | 195 | 2,236 | 1,104 | 1,083 | 534 | 173 | 53 | 111 |
| 43.6 | 19 | | | | | | 369 | 39 | 194 | 2,315 | 1,099 | 1,115 | 529 | 179 | 54 | 111 |
| 44.6 | 20 | | | | | | 382 | 40 | 192 | 2,396 | 1,093 | 1,149 | 524 | 185 | 56 | 110 |
| 45.6 | 21 | | | | | | 395 | 41 | 191 | 2,480 | 1,088 | 1,183 | 519 | 192 | 58 | 109 |
| 46.6 | 22 | | | | | | 409 | 42 | 190 | 2,566 | 1,083 | 1,219 | 514 | 198 | 59 | 109 |
| 47.6 | 23 | | | | | | 424 | 43 | 189 | 2,656 | 1,078 | 1,255 | 509 | 205 | 61 | 108 |
| 48.6 | 24 | | | | | | 438 | 45 | 188 | 2,749 | 1,072 | 1,293 | 504 | 212 | 63 | 107 |
| 49.6 | 25 | | | | | | 454 | 46 | 187 | 2,845 | 1,067 | 1,332 | 500 | 220 | 65 | 107 |
| 50.6 | 26 | | | | | | 470 | 47 | 187 | 2,945 | 1,062 | 1,372 | 495 | 227 | 67 | 106 |
| 51.6 | 27 | | | | | | 486 | 49 | 186 | 3,048 | 1,057 | 1,413 | 490 | 235 | 69 | 106 |
| 52.6 | 28 | | | | | | 503 | 50 | 185 | 3,155 | 1,052 | 1,455 | 485 | 244 | 71 | 105 |
| 53.6 | 29 | | | | | | 521 | 52 | 184 | 3,265 | 1,047 | 1,499 | 481 | 252 | 73 | 104 |
| 54.6 | 30 | | | | | | 539 | 53 | 183 | 3,379 | 1,042 | 1,544 | 476 | 261 | 75 | 104 |
| 55.6 | 31 | | | | | | 558 | 55 | 182 | 3,498 | 1,037 | 1,590 | 471 | 270 | 78 | 103 |
| 56.6 | 32 | | | | | | 577 | 57 | 181 | 3,620 | 1,032 | 1,638 | 467 | 280 | 80 | 102 |
| 57.6 | 33 | | | | | | 597 | 58 | 180 | 3,747 | 1,027 | 1,687 | 462 | 289 | 82 | 102 |
| 58.6 | 34 | | | | | | 618 | 60 | 179 | 3,878 | 1,022 | 1,737 | 458 | 300 | 85 | 101 |
| 59.6 | 35 | | | | | | 640 | 62 | 178 | 4,014 | 1,017 | 1,790 | 454 | 310 | 87 | 101 |
| 60.6 | 36 | | | | | | 662 | 64 | 177 | 4,154 | 1,012 | 1,843 | 449 | 321 | 90 | 100 |
| 61.6 | 37 | | | | | | 686 | 66 | 176 | 4,300 | 1,007 | 1,899 | 445 | 332 | 93 | 99 |
| 62.6 | 38 | | | | | | 710 | 68 | 175 | 4,450 | 1,003 | 1,956 | 441 | 344 | 95 | 99 |
| 63.6 | 39 | | | | | | 734 | 70 | 174 | 4,606 | 998 | 2,014 | 436 | 356 | 98 | 98 |
| 64.6 | 40 | | | | | | 760 | 72 | 173 | 4,767 | 993 | 2,075 | 432 | 368 | 101 | 98 |
| 65.6 | 41 | | | | | | 787 | 74 | 172 | 4,934 | 988 | 2,137 | 428 | 381 | 104 | 97 |
| 66.6 | 42 | | | | | | 814 | 76 | 171 | 5,106 | 983 | 2,201 | 424 | 394 | 107 | 97 |
| 67.6 | 43 | | | | | | 843 | 78 | 171 | 5,285 | 979 | 2,267 | 420 | 408 | 111 | 96 |
| 68.6 | 44 | | | | | | 872 | 81 | 170 | 5,470 | 974 | 2,335 | 416 | 423 | 114 | 95 |
| 69.6 | 45 | | | | | | 903 | 83 | 169 | 5,662 | 969 | 2,405 | 412 | 437 | 117 | 95 |
| 70.6 | 46 | | | | | | 934 | 86 | 168 | 5,860 | 965 | 2,477 | 408 | 453 | 121 | 94 |
| 71.6 | 47 | | | | | | 967 | 88 | 167 | 6,065 | 960 | 2,552 | 404 | 468 | 124 | 94 |
| 72.6 | 48 | | | | | | 1,001 | 91 | 166 | 6,277 | 955 | 2,628 | 400 | 485 | 128 | 93 |
| 73.6 | 49 | | | | | | 1,036 | 94 | 165 | 6,497 | 951 | 2,707 | 396 | 502 | 132 | 93 |
| 74.6 | 50 | | | | | | 1,072 | 96 | 164 | 6,724 | 946 | 2,788 | 392 | 519 | 136 | 92 |
| 75.1 | 50.5 | | | | | | 545 | 49 | 82 | 3,420 | 472 | 1,415 | 195 | 264 | 69 | 46 |
| Total | | | $7,390 | | $45,201 | $145,773 | | | $9,463 | | $54,290 | | $25,294 | | | $5,390 |

**Mr. Bret McCoy**
*Future Medical/Life Care Expenses*

| Age | Year | Home Healthcare NPV | Vocational Rehabilitation NPV | Total NPV | Cum NPV |
|---|---|---|---|---|---|
| Upfront Costs | | 7,500 | 5,625 | 163,053 | 163,053 |
| 24.6 | 0 | | | | |
| 25.6 | 1 | | | 32,194 | 195,247 |
| 26.6 | 2 | | | 14,877 | 210,124 |
| 27.6 | 3 | | | 5,822 | 215,946 |
| 28.6 | 4 | | | 4,574 | 220,520 |
| 29.6 | 5 | | | 2,109 | 222,629 |
| 30.6 | 6 | | | 2,097 | 224,726 |
| 31.6 | 7 | | | 2,083 | 226,809 |
| 32.6 | 8 | | | 2,070 | 228,879 |
| 33.6 | 9 | | | 2,057 | 230,936 |
| 34.6 | 10 | | | 2,044 | 232,980 |
| 35.6 | 11 | | | 2,032 | 235,012 |
| 36.6 | 12 | | | 2,018 | 237,030 |
| 37.6 | 13 | | | 2,007 | 239,037 |
| 38.6 | 14 | | | 1,994 | 241,031 |
| 39.6 | 15 | | | 1,981 | 243,012 |
| 40.6 | 16 | | | 1,970 | 244,982 |
| 41.6 | 17 | | | 1,957 | 246,939 |
| 42.6 | 18 | | | 1,944 | 248,883 |
| 43.6 | 19 | | | 1,933 | 250,816 |
| 44.6 | 20 | | | 1,919 | 252,735 |
| 45.6 | 21 | | | 1,907 | 254,642 |
| 46.6 | 22 | | | 1,896 | 256,538 |
| 47.6 | 23 | | | 1,884 | 258,422 |
| 48.6 | 24 | | | 1,871 | 260,293 |
| 49.6 | 25 | | | 1,861 | 262,154 |
| 50.6 | 26 | | | 1,850 | 264,004 |
| 51.6 | 27 | | | 1,839 | 265,843 |
| 52.6 | 28 | | | 1,827 | 267,670 |
| 53.6 | 29 | | | 1,816 | 269,486 |
| 54.6 | 30 | | | 1,805 | 271,291 |
| 55.6 | 31 | | | 1,793 | 273,084 |
| 56.6 | 32 | | | 1,782 | 274,866 |
| 57.6 | 33 | | | 1,771 | 276,637 |
| 58.6 | 34 | | | 1,760 | 278,397 |
| 59.6 | 35 | | | 1,750 | 280,147 |
| 60.6 | 36 | | | 1,738 | 281,885 |
| 61.6 | 37 | | | 1,727 | 283,612 |
| 62.6 | 38 | | | 1,718 | 285,330 |
| 63.6 | 39 | | | 1,706 | 287,036 |
| 64.6 | 40 | | | 1,696 | 288,732 |
| 65.6 | 41 | | | 1,685 | 290,417 |
| 66.6 | 42 | | | 1,675 | 292,092 |
| 67.6 | 43 | | | 1,666 | 293,758 |
| 68.6 | 44 | | | 1,655 | 295,413 |
| 69.6 | 45 | | | 1,645 | 297,058 |
| 70.6 | 46 | | | 1,635 | 298,693 |
| 71.6 | 47 | | | 1,625 | 300,318 |
| 72.6 | 48 | | | 1,614 | 301,932 |
| 73.6 | 49 | | | 1,605 | 303,537 |
| 74.6 | 50 | | | 1,594 | 305,131 |
| 75.1 | 50.5 | | | 795 | 305,926 |
| | Total | $7,500 | $5,625 | $305,926 | |

# Appendix A

**MATERIALS RECEIVED AND REVIEWED**

*The following documents have been received and reviewed in this case. Also listed are specific inquiries and/or research related to this case performed by this office. Additionally, my background, experience, and a wealth of broad and comprehensive economic data and standard methodology serves as a foundation for this analysis. Further explanation and resources can be found in Appendix B.*

**Documents:**

- Complaint;

- Deposition of Bret McCoy dated April 9, 2024;

- Vocational Evaluation/Life Care Plan from William M. Hartwick & Associates authored by William M. Hartwick and dated February 22, 2024;

- Independent Medical Evaluation from Colorado Rehabilitation & Occupational Medicine authored by David L. Reinhard and dated November 9, 2023;

- Paystubs Bates labeled McCoy v. Wilson - 000061-000065;

- Bank statements Bates labeled McCoy v. Wilson 016164-16205; and

- sales information Bates labelled McCoy v. Wilson - 000054-000060.

**Specific inquiries and/or further research:**

- telephone interview with the client, Mr. Bret McCoy.


Pacey Nehls
ECONOMIC CONSULTING



# appendix

# B

**CONCEPTS, EXPLANATION, METHODOLOGY, AND SOURCES UTILIZED IN AN ECONOMIC APPRAISAL**
*A Primer*



June 2022

## Preamble

*A proper economic appraisal not only requires client-specific information but also must rely on a wealth of micro and macroeconomic data to identify the appropriate logic and assumptions utilized in the loss calculations. The microeconomic data allow for a better understanding of where and how the individual being assessed fits into age-earnings profiles or other published individual labor data profiles (or how a business operates and compares to industry standards), while the macroeconomic data provide an understanding of the relationships among prices, wages, and interest rates used to forecast present value dollars.*

*The economic losses reflect the monies necessary to replace the lost stream of past and future earnings and provide for the replacement value of household services over these time frames and oftentimes provide for the cost of medical goods and services in the future. The essence of an analysis is to determine the monies that would restore the individual or family to the standard of living they would have enjoyed, but for the incident. Thus, analyses typically include earnings losses, essential/home services losses, medical care costs, and other case-specific losses. (In an employment matter the measure would consider back- and front-pay economic losses.)*

*In the case of a business, past and future lost profits (or other claims that have a monetary measure) are the monies that would restore operations to pre-incident levels. Occasional contamination claims to specific geographic areas have required the use of econometric techniques to ascertain the monetary impact on the properties. In all situations (personal, employment, business, contamination cases, etc.), the future monies to be set aside today (at the date of trial or settlement) need to reflect the loss amounts expressed in present value dollars.*

*As referenced above, two timeframes are associated with an economic evaluation: the past period and the future period. The past period encompasses the time from the date of the incident to the date of the trial (or settlement) or report, while the future period is typically from the date of the trial (or settlement) or report to the individual's worklife or life expectancy, depending on the component being evaluated. Past losses usually include lost earnings as well as essential/home services losses, i.e., the value of services rendered to manage the household. Past medical care costs are added at the time of trial (or settlement) for a full accounting of economic loss. The future period losses typically include loss of earnings, loss of essential/home services, and any costs for expected future medical goods and services. Any realized or expected future earnings are offset when evaluating losses. In cases of death, personal consumption (i.e., monies spent strictly for oneself) needs to be offset to appropriately calculate the losses to the surviving family and, in some instances, a component for net accumulated wealth (or loss of inheritance) is separately identified in the report. (For a commercial matter, lost profits are usually a relevant component in the analysis, but other business claims also may have an economic component.)*

*The onset of the coronavirus pandemic in March 2020 (herein referred to as COVID-19) induced a unique shock to the global economy – the long-term effects of which remain to be seen. In relevant sections, this appendix provides a brief summation of the short-term consequences of COVID-19 using the most up-to-date economic research at the time of this publishing.*

## Overview

This appendix is designed to explain the concepts, methodology and data utilized by economists to perform such calculations and address critical topics that may arise in an economic evaluation. **Sections 1 and 2** provide an overview of greater market phenomena and **Sections 3 through 8** detail various microeconomic topics.

- ◆ **Section 1** reviews the concepts and methodology used in determining net present value, i.e., the process of recognizing relationships between the interest earned on funds available today and the likely wage or cost of living growth over the relevant timeframes.

- ◆ **Section 2** discusses macroeconomic indicators such as price inflation, wage growth, interest yields and market phenomena over various timeframes considered in the formulation of the net present value calculation. While historical trends and relationships confirm the basic economic principles and theory that underlie those assumptions, current economic conditions and forecast data are important indices for the future timeframe in the determination of a net discount rate.

- ◆ **Section 3** addresses the quantitative data on wages, benefits, and labor market participation of able-bodied workers.

- ◆ **Section 4** identifies the issues in section 3 and the impact on earnings when these individuals have some limitations (physical, cognitive, emotional) that affect earnings.

- ◆ **Section 5** is a continuation of the microeconomic issues as they relate to displaced workers due to termination or an interruption in work. This section identifies the data and impacts on earnings associated with such re-entry issues.

- ◆ **Section 6** focuses on special circumstances that impact earnings or require special analyses such as self-employment or the derivation of earnings from a business, individuals in executive positions, individuals with limited or no work history, in addition to immigrant status and/or incarceration.

- ◆ **Section 7** addresses other microeconomic data regarding life and worklife expectancies, information on time contributions for household activities such as academic studies and surveys which identify time usage in the aggregate, as well as time diary studies which further identify household activities by age, sex, size, and composition of family, etc., information on personal consumption including consumer expenditure surveys and equivalency scales, as well as general resources for the determination of net wealth (net accumulations to an estate, also referred to as the loss of inheritance). Special resources discussing parental care provided by children are also detailed in this section.

- ◆ Finally, **Section 8** provides additional background information and resources relied upon in both labor and business economics.

While sources listed throughout this appendix are not exhaustive, they are certainly representative of literature and data which provide the foundation for an economic analysis. Sources cited are part of our professional library.

**1**   **NET PRESENT VALUE**   1

   1.1   Summary

   1.2   Earnings Growth

   1.3   Interest Earnings (Discount Rates)

   1.4   Calculating Net Present Value

**2**   **MACROECONOMIC INDICATORS**   5

   2.1   Historical Relationships

      *Chart 2.1.a – Hourly & Salary Wage Rates vs. 3 Year & 10 Year Treasury Bills*

      *Chart 2.1.b – Differences Between Hourly or Salary Wage Growths and Security Yields*

   2.2   Macroeconomic Indices

      *Table 2.2.a – Hourly Earnings Index*

      *Table 2.2.b – Salary Earnings Index*

      *Table 2.2.c – Cost of Living Factors in the American Economy*

      *Table 2.2.d – U.S. Treasury Securities and High Grade Municipal Bonds*

   2.3   Forecast Data

      *Table 2.3 – Selected Congressional Budget Office Forecast Data*

   2.4   Representative Macroeconomic Sources

**3**   **MICROECONOMIC DATA AND THE LABOR MARKET**   13

   3.1   Wages

      *Chart 3.1.a – Age-Earnings Profile Analysis - College Educated Males*

      *Chart 3.1.b – Age-Earnings Profile Analysis - College Educated Females*

      *Table 3.1 – Average Annual Wage Increases*

   3.2   Benefits

      *Chart 3.2.a – Access to Benefits by Benefit Type for Civilian Workers*

      *Chart 3.2.b – Average Annual Value of Employer Provided Medical Coverage*

      *Chart 3.2.c – Value of Employer Provided Benefits as a Percent of Salary*

**4**   **DISABLED WORKERS**   17

   4.1   Overview

   4.2   Earnings of Disabled Workers

   4.3   Labor Force Participation Rates of Disabled Workers

      *Chart 4.3.a – College Educated Males in Labor Force by Disability Status*

      *Chart 4.3.b – College Educated Males Employed Full-Time by Disability Status*

**4**    **DISABLED WORKERS (cont'd)**    17

4.4    Unemployment Rates of Disabled Workers
*Chart 4.4.a – Unemployment Rate of College Educated Males by Disability Status*
*Chart 4.4.b – Combined Earnings Differential and Unemployment Rate of College Educated Males by Disability Status*
4.5    Severity of Limitations
4.6    Types of Limitations
4.7    Representative Sources – Disabled Workers
4.8    Representative Bibliography on Disabled Workers

**5**    **DISPLACED WORKERS**    25

5.1    Overview
5.2    Representative Bibliography on Displaced Workers

**6**    **SPECIAL EARNINGS CIRCUMSTANCES**    28

6.1    Self-Employment
6.2    Executive Compensation
6.3    Limited or No Work History
6.4    Immigration
6.5    Incarceration
6.6    Sheltered Employment

**7**    **OTHER MICROECONOMIC DATA**    31

7.1    Life Expectancy
7.2    Worklife Expectancy
7.3    Essential/Home Services
7.4    Personal Consumption
7.5    Net Wealth
7.6    Parental Care Provided by Children

**8**    **ADDITIONAL RESOURCES**    36

8.1    Law and Economics
8.2    Managerial and Financial Economics
8.3    Other Resources
8.4    Website Resources

## 1  NET PRESENT VALUE

### 1.1 Summary

The derivation of the net present value in an appraisal of economic loss must consider both expected inflation and/or probable earnings growth as well as probable future interest returns. The additional money that will be needed for future payout dollars, when adjusted for anticipated wage growth or price inflation, must be reduced by recognizing earnings from the expected future interest returns. The interest return or yield, often referred to as the discount rate in an economic analysis, will allow money invested today to accrue interest and help offset the payout dollars needed in the future.

When future expenditures for products, equipment, medical care, etc. are considered, the relevant comparison is expected future price inflation relative to expected future interest returns. When wage losses are considered, the relevant comparison is anticipated growth in earnings (both the macroeconomic and the microeconomic components) relative to the expected future interest returns. The following discussion focuses on the relationship of earnings growth versus interest returns to establish net present value, but the same analysis is valid for the inflation and interest rate relationship. The various parameters used in calculating the net present value are discussed below.

### 1.2 Earnings Growth

The reality of wage increases (earnings growth) is a future probability. Although earnings growth may fluctuate from year to year, the trend over the long- term is quite predictable. The significance of such economic circumstances is that a continuation of the long-term historical pattern is consistent with basic economic principles and is,

with some short- term variation, highly probable into the future. By incorporating economic trends into an appraisal, one is able to identify, with reasonable economic certainty, the appropriate real earnings loss needed to be compensated in the future. Identifying the real earnings loss is critical because economic losses involve a loss of standard of living into the future, and it is this lifestyle that is sought as recovery, not an endlessly diminishing monetary value.

Notably, part of the increase in earnings growth is inflationary in nature while further growth is a result of technological advances in our economy, which improve overall productivity; both components reflect macroeconomic phenomena. The third component in earnings growth recognizes the increased productivity that accrues over the work years of an individual as that person acquires specific experience and training (i.e., the microeconomic phenomena as identified in the age-earnings profile).

For example, in Section 2, historical data on inflation or cost of living increases (also referred to as the consumer price index or CPI) is identified on Table 2.2.c of this appendix. Table 2.2.c indicates, although price level increases have slowed in recent years, the 2021 price level is over four and one-half times the 1977 level. That is, one currently needs $4.66 to purchase the same goods and services costing one dollar some forty plus years ago. Thus, to maintain the same standard of living or the same basic purchasing power in 2021 as one had in 1977, earnings must also have a similar 4.66-fold increase. Additionally, Table 2.2.c details the historical price changes for the medical care services and commodities component of the CPI, referred to as the Medical Price Index (MPI) in our appendix. Price increases for medical goods and services have increased at a substantially

1

greater rate than other services and commodities in our economy, having experienced over a nine-fold (9.21) increase since 1977. Notably, the rate of increase in these medical goods and services has slowed since the mid-1990s, but it continues to outpace the price increases in non-medical goods and services.

Section 2 also includes historical data on wages. For a variety of market reasons, the average "aggregate" hourly wage earner (the "average" is typically identified as a high school educated individual) just "kept-up" with inflationary increases over this same forty plus year period. Per Table 2.2.a, 2021 *vis-à-vis* 1977 average "aggregate" hourly wages reflect a 4.76-fold increase; however, over the same time frame the wages of the average "aggregate" salaried worker identified in Table 2.2.b (and most associated with a college educated individual) improved by a multiple of 7.37. This information indicates that an average thirty-year-old hourly wage earner in 2021 has simply maintained his standard of living in relation to inflation since 1977 while a thirty-year-old salaried worker in 2021 has a substantially better standard of living than his 1977 counterpart. Fortunately, over the past two decades, average "aggregate" hourly earnings increased by seventy-eight percent (78%) while inflation increased by fifty-eight percent (58%), resulting in an improvement in the standard of living during this time frame for these workers. This is evidence of an improved standard of living associated with more recent technological and macroeconomic advancements. Detail by year for the macroeconomic components of the earnings of "aggregate" average hourly wage workers, the earnings of salaried workers, and of the inflation phenomena can be found in Tables 2.2.a, 2.2.b and 2.2.c, respectively.

The average "aggregate" earnings discussed above are not the only wage increases workers can expect to receive over their work years. As noted earlier, in addition to wage increases due to inflation and/ or technological advances (macroeconomic factors), individual workers receive earnings increases associated with their own experience, skill, and training. This well-recognized phenomenon is nicely captured in the "age-earnings profiles" compiled by the *Bureau of Census* and also replicated (for a college educated male and female) on Charts 3.1.a and 3.1.b in this appendix. (Similar age-earnings profiles have been generated by gender for other levels of education and are used in relevant analyses but are not included in this appendix.) Of note, while these charts show a slight decline in earnings in the latter years, they are based on "aggregate" averages influenced by market phenomena and weighted more heavily by retirement decisions or career changes during that period, i.e., for the overall population, actual individual wages tend to consistently increase, particularly with a higher level of education, absent those factors.

[Alternatively, a human capital earnings function (HCEF) or regression equation can be applied to the *Bureau of Census* data to measure earnings; however, this method is not more accurate from a statistical perspective. That is, when applied with similar parameters (i.e., inflation, productivity, and discount rate), a regression analysis will result in earnings consistent with and no more accurate than the method described above. Additionally, not only are the results similar, the 'age-earnings profile' is a more understandable, verifiable, and easier-to-follow methodology than a regression model.]

As described above, wage increases consider numerous factors including, but not limited to, general economic conditions, industry specifics, and the special characteristics of the worker such as age, education, occupation, etc. These factors and special characteristics are important in the economic analysis of an individual's earnings.

## 1.3 Interest Earnings (Discount Rates)

In addition to probable earnings growth considerations, interest earnings accruing from a lump sum payment must be incorporated into the analysis. A sum of money available today as compensation for probable future losses has the opportunity and expectation to earn additional monies. Since it is necessary that all probable future losses be summarized *in toto* today, the interest earnings available from a lump-sum payment in the present (i.e., money set aside today) must be considered. (The relevant measure of interest earnings in the calculation of damages is based on yield less investment expenses.)

Not surprisingly, if one is required to replace $10,000 ten years from today, less than $10,000 can be set aside for this future obligation. How much less depends upon the probable net interest rate. At a six percent (6%) net interest, only 56 cents are needed now to replace each dollar ($1.00) in ten years, while at five percent (5%) net interest, 61 cents are needed now to replace each dollar ($1.00) in ten years; that is, the "present value" of $10,000 is some $5,600 at six percent (6%) net interest or $6,100 at five percent (5%) net interest, the remaining amount being accumulated through ten years of compounded interest.

The data in Section 2, Table 2.2.d depict interest returns (discount rates) on U.S. Treasury bills and bonds and also on municipal bonds. The government securities are regarded as appropriate rates to use (especially in determining monies needed in regular intervals for wages, medical needs, etc.) when discounting to present value for several reasons:

◆ they are relatively stable and reasonably prudent investments;

◆ they are characterized by high liquidity, being easily transformed into money needed for day- to-day living;

◆ they recognize earnings and/or payments for life care plan needs which require monthly payments;

◆ management costs and the degree of difficulty in managing such an investment are minimal in comparison to investments that are riskier, less liquid, and more likely to have a volatile value; and

◆ these types of government securities reflect a predictable and reliable stream of income consistent with the earnings stream of the average worker.

Taxable government bonds of varying time frames or tax-free municipal bonds may also have appropriate applications, depending upon the nature of the economic need.

## 1.4 Calculating Net Present Value

Whereas earnings growth factors will cause probable future earnings loss values to rise in magnitude over time, the adjustment of probable future dollars for accrual of interest earnings will have the opposite effect and will typically offset more than the probable future earnings increases. It is the responsibility of the economist to determine, based on the socioeconomic and work characteristics of the individual, how much the earnings should be grown and then utilize the appropriate market discount rates. [1]

---

[1] If the individual has yet to develop an earnings history, such earnings can be reasonably and probably estimated by considering the probable educational attainment and the relevant age-earnings profile from the *Bureau of Census.* The data associated with these issues are well-recognized and well-established.

3

One approach in the determination of the probable net present value is to project the loss of an expected earnings stream by adjusting the current annual dollar loss by a projected wage growth factor and then discounting back the value for each year to today's dollars by an anticipated interest (discount) rate from a government security (or, more appropriately, a blend of government securities). This procedure incorporates explicit expectations about the level of probable earnings growth as well as probable future interest rates and provides, with reasonable economic certainty, an appropriate measure of economic value of the component in present value.

However, since the economy is not static, specific wage growth and interest rates cannot fully capture the dynamic aspects of the market (although helpful for demonstrative purposes). That is, for demonstrative purposes the economist will oftentimes use specific wage rate increases and discount rates (that fall within a reasonable range of these parameters); however, the key is the "differential" between these two parameters. Both the rate of change in the earnings profile of an individual plus the general economic conditions affecting wage and interest rates can be expected to vary, although such variations typically fall within a narrow range overtime and across administrations. Thus, within a reasonable range, recognizing the variation in the interest rates in combination with wage and/or inflation rates will result in similar present value amounts.

This differential is our preferred approach as it recognizes both the statistical relationship among inflation, macro- and microeconomic wage increases, and interest (discount) rates plus the dynamic nature of our economy. For example, when inflation is high, wage increases tend to be greater than "average"; however, interest rates (with some lead or lag) also tend to be higher than "average". The converse is also true. This

phenomenon is fundamental and outlined in macroeconomic textbooks and literature where the relationship between inflation, nominal interest, and real interest is referred to as the *Fisher equation.*

Notably, another approach recognizes if probable earnings growth and interest returns are, on average, equal over the relevant time period the net discount factor is zero. This is oftentimes referred to in the forensic economic literature as the "net offset" approach. With this approach, the present value of total loss is simply the product of the probable annual loss amount and the probable years of future loss. However, our analyses generally (with some exceptions) consider earnings growth to be, on average, lower than interest yields, resulting in a lowering of the present value of loss in comparison to the "net offset" approach.

Section 2 provides the historical data and the supporting documents for these macroeconomic parameters.

4

## 2  MACROECONOMIC INDICATORS

### 2.1 Historical Relationships

As noted earlier, and as anticipated from basic economic principles, a strong correlation between aggregate earnings growth and investment yields exists over time. Also, the percentage spread between these two economic factors is both relatively stable and, when evaluated over the worklife of an "average" individual, is expected to converge to near zero. This is confirmed in Charts 2.1.a and 2.1.b on the following page. Generally, what one finds is:

♦ Historically, earnings and interest returns rise and fall together (or with a time lag) in a relatively consistent and predictable fashion; this also depicts certain relevant historical relationships mentioned in the previous section. Charts 3.1.a and 3.1.b in the following section incorporate all three components of earnings increases. (Notably, more recent labor market literature indicates merit and/or technology-based wage increases have been more limited for lesser educated individuals although these increases persist for college and higher educated individuals.)

♦ Interest returns are typically somewhat greater than (and correlated to) the average "aggregate" earnings growth for both hourly and salaried workers (but without the microeconomic component) as depicted on Chart 2.1.a, although (as expected) a smaller differential exists for the latter group.

♦ Only the macroeconomic effects of the relationship between earnings growth and interest rates are captured in the aggregate data on Tables 2.2.a, 2.2.b, 2.2.c and 2.2.d while the individual age-earnings profiles which capture the merit or microeconomic component associated with training and

experience for wage increases are depicted in the following section on Charts 3.1.a and 3.1.b. The movement of individuals across the age-earnings profiles, also identifiable on these charts, captures both the microeconomic and macroeconomic components of wage growth over time.

The tables and charts included in this section provide historical wage, price, and interest return data and also depict certain relevant historical relationships mentioned in the previous section. (Note the larger spread in the 80s and the low interest yields in the past decade relate to specific exogenous political decisions.)

The economic downturn precipitated by COVID-19 and subsequent lockdowns was followed by a strong but uneven recovery – wages for hourly workers increased significantly in 2020 and 2021 and unemployment has largely recovered to pre-pandemic levels – yet persistent supply-side disruptions, strong demand for goods, and higher prices for staple goods, including oil, have resulted in recent inflationary trends not seen in several decades. Whether this inflation, and attempts to mitigate it (i.e., Federal Reserve raising interest rates), will persist and/or cause a recession is subject to observation and debate in the coming years.

**Chart 2.1.a: Comparison of Wage Rates vs. Interest Rates:
Hourly and Salary Wage Rates vs. 3-Year and 10-Year Treasury Bills**



*The shaded area represents projections for 2022 through 2024 using the Congressional Budget Office's Economic Projections. Short-term projections are likely conservative due to recent significant inflationary increases.*

**Chart 2.1.b: Comparison of Wage Rates vs. Interest Rates**

| Period | 6-Month U.S. Security | 3-Year U.S. Security | 10-Year U.S. Security | 30-Year U.S. Security | High Grade Municipal Bond |
|---|---|---|---|---|---|
| | Difference Between Hourly Wage Growth and Security Yields | | | | |
| 5-yr average | 2.4% | 2.1% | 1.6% | 1.1% | 0.6% |
| 10-yr average | 2.8% | 2.4% | 1.5% | 0.8% | 0.3% |
| 20-yr average | 2.2% | 1.5% | 0.4% | 0.5% | -0.4% |
| | Difference Between Salary Wage Growth and Security Yields | | | | |
| 5-yr average | 1.9% | 1.6% | 1.1% | 0.6% | 0.1% |
| 10-yr average | 2.3% | 1.9% | 1.0% | 0.3% | -0.2% |
| 20-yr average | 1.7% | 1.1% | 0.0% | 0.0% | -0.9% |

*Sources for Charts 2.1.a and 2.1.b: Table B-42. Bond yields and interest rates, 1950-2021. Economic Report of the President, Council of Economic Advisors, April 2022. Salary Budget Survey 2021-2022: Top Level Results. WorldatWork (formerly American Compensation Association), August 2021. Appendix C: CBO's Economic Projections for 2021 to 2031. Additional Information About the Updated Budget and Economic Outlook: 2021 to 2031. Congressional Budget Office, July 2021.*

## 2.2 Macroeconomic Indices

Tables 2.2.a and 2.2.b identify the average "macroeconomic aggregate" wage changes for hourly and salaried workers while Table 2.2.c details overall and specific medical price changes for goods and services in the U.S. economy. Table 2.2.d identifies rates of return and yields for relevant financial instruments (absent any transaction or management fees).

### Table 2.2.a: Hourly Earnings Index

| Year | Index (1982=100) | Percentage Change from Previous Year | Year | Index (1982=100) | Percentage Change from Previous Year |
|---|---|---|---|---|---|
| 2023 (p) | 351.8 | 3.5% | 1996 | 153.2 | 3.3% |
| 2022 (p) | 339.9 | 3.2% | 1995 | 148.2 | 2.7% |
| 2021 | 329.4 | 4.9% | 1994 | 144.3 | 2.6% |
| 2020 | 314.0 | 5.0% | 1993 | 140.6 | 2.6% |
| 2019 | 299.1 | 3.5% | 1992 | 137.0 | 2.5% |
| 2018 | 288.9 | 3.0% | 1991 | 133.7 | 3.0% |
| 2017 | 280.5 | 2.4% | 1990 | 129.8 | 4.0% |
| 2016 | 273.9 | 2.4% | 1989 | 124.8 | 3.9% |
| 2015 | 267.6 | 2.0% | 1988 | 120.1 | 3.3% |
| 2014 | 262.2 | 2.4% | 1987 | 116.3 | 2.5% |
| 2013 | 256.1 | 2.0% | 1986 | 113.5 | 2.2% |
| 2012 | 251.1 | 1.5% | 1985 | 111.1 | 2.8% |
| 2011 | 247.3 | 2.0% | 1984 | 108.0 | 3.5% |
| 2010 | 242.4 | 2.4% | 1983 | 104.3 | 4.3% |
| 2009 | 236.8 | 3.0% | 1982 | 100.0 | 5.8% |
| 2008 | 229.8 | 3.7% | 1981 | 94.5 | 8.6% |
| 2007 | 221.6 | 4.0% | 1980 | 87.0 | 7.9% |
| 2006 | 213.1 | 3.9% | 1979 | 80.7 | 7.8% |
| 2005 | 205.1 | 2.8% | 1978 | 74.8 | 8.1% |
| 2004 | 199.5 | 2.0% | 1977 | 69.2 | 7.5% |
| 2003 | 195.5 | 2.7% | 1976 | 64.4 | 6.8% |
| 2002 | 190.3 | 2.9% | 1975 | 60.3 | 7.0% |
| 2001 | 185.0 | 3.7% | 1974 | 56.4 | 7.0% |
| 2000 | 178.4 | 3.9% | 1973 | 52.7 | 6.2% |
| 1999 | 171.6 | 3.7% | 1972 | 49.6 | 7.4% |
| 1998 | 165.5 | 4.0% | 1971 | 46.2 | 6.8% |
| 1997 | 159.2 | 3.9% | 1970 | 43.3 | 5.6% |

*Source: Table B-30. Hours and earnings in private nonagricultural industries, 1976-2021. Economic Report of the President, Council of Economic Advisors, April 2022.*

*(p) = projected: where the 2022 and 2023 projections are estimated using the Congressional Budget Office projection of the Employment Cost Index (percentage change from year to year) in Appendix C, published July 2021. Short-term projections are likely conservative due to recent significant inflationary increases.*

*Note: Table 2.2.a was updated to reflect the conversion to the North American Industry Classification System (NAICS), which replaced the Standard Industrial Classification (SIC) system per the Bureau of Labor Statistics.*

**Table 2.2.b: Salary Earnings Index**

| Year | Index (1982=100) | Percentage Change from Previous Year | Year | Index (1982=100) | Percentage Change from Previous Year |
|------|------|------|------|------|------|
| 2022 (p) | 491.1 | 3.3% | 1998 | 222.1 | 4.5% |
| 2021 | 475.4 | 3.0% | 1997 | 212.6 | 4.3% |
| 2020 | 461.5 | 2.9% | 1996 | 203.8 | 4.1% |
| 2019 | 448.5 | 3.2% | 1995 | 195.8 | 4.0% |
| 2018 | 434.6 | 3.1% | 1994 | 188.3 | 4.0% |
| 2017 | 421.6 | 3.0% | 1993 | 181.0 | 4.3% |
| 2016 | 409.3 | 3.0% | 1992 | 173.6 | 4.7% |
| 2015 | 397.4 | 3.0% | 1991 | 165.8 | 5.0% |
| 2014 | 385.8 | 3.0% | 1990 | 157.9 | 5.5% |
| 2013 | 374.6 | 2.9% | 1989 | 149.6 | 5.4% |
| 2012 | 364.0 | 2.8% | 1988 | 142.0 | 5.2% |
| 2011 | 354.1 | 2.8% | 1987 | 135.0 | 5.2% |
| 2010 | 344.4 | 2.5% | 1986 | 128.3 | 5.9% |
| 2009 | 336.0 | 2.2% | 1985 | 121.1 | 6.4% |
| 2008 | 328.8 | 3.9% | 1984 | 113.8 | 6.5% |
| 2007 | 316.5 | 3.9% | 1983 | 106.9 | 6.9% |
| 2006 | 304.6 | 3.8% | 1982 | 100.0 | 9.1% |
| 2005 | 293.4 | 3.7% | 1981 | 91.7 | 10.5% |
| 2004 | 283.0 | 3.6% | 1980 | 82.9 | 9.9% |
| 2003 | 273.1 | 3.6% | 1979 | 75.5 | 8.0% |
| 2002 | 263.6 | 3.9% | 1978 | 69.9 | 8.4% |
| 2001 | 253.7 | 4.6% | 1977 | 64.5 | 8.2% |
| 2000 | 242.6 | 4.6% | 1976 | 59.6 | 8.2% |
| 1999 | 231.9 | 4.4% | 1975 | 55.1 | 8.9% |

*Source: Salary Budget Survey 2021-2022: Top Level Results. WorldatWork (previously American Compensation Association), August 2021 and earlier editions.*

*(p) = projected: where 2022 projection is estimated by WorldatWork.*

8

### Table 2.2.c: Cost of Living Factors in the American Economy

| Year | CPI - All Items (1982-84=100) | Percentage Change from Previous Year | MPI (1982-84=100) | Percentage Change from Previous Year |
|---|---|---|---|---|
| 2022 (p) | 281.9 | 2.5% | 531.4 | 1.2% |
| 2021 | 275.1 | 7.0% | 525.1 | 1.2% |
| 2020 | 257.1 | 1.4% | 518.8 | 4.1% |
| 2019 | 253.5 | 2.3% | 498.4 | 2.8% |
| 2018 | 247.8 | 1.9% | 484.7 | 2.0% |
| 2017 | 243.2 | 2.1% | 475.3 | 2.5% |
| 2016 | 238.2 | 2.1% | 463.7 | 3.8% |
| 2015 | 233.3 | 0.7% | 446.8 | 2.6% |
| 2014 | 231.7 | 0.8% | 435.3 | 2.4% |
| 2013 | 229.8 | 1.5% | 425.1 | 2.5% |
| 2012 | 226.4 | 1.7% | 414.9 | 3.7% |
| 2011 | 222.7 | 3.0% | 400.3 | 3.0% |
| 2010 | 216.2 | 1.5% | 388.4 | 3.4% |
| 2009 | 213.0 | 2.7% | 375.6 | 3.2% |
| 2008 | 207.4 | 0.1% | 364.1 | 3.7% |
| 2007 | 207.2 | 4.1% | 351.1 | 4.4% |
| 2006 | 199.0 | 2.5% | 336.2 | 4.0% |
| 2005 | 194.2 | 3.4% | 323.2 | 4.2% |
| 2004 | 187.8 | 3.3% | 310.1 | 4.4% |
| 2003 | 181.8 | 1.9% | 297.1 | 4.0% |
| 2002 | 178.4 | 2.4% | 285.6 | 4.7% |
| 2001 | 174.2 | 1.6% | 272.8 | 4.6% |
| 2000 | 171.5 | 3.4% | 260.8 | 4.1% |
| 1999 | 165.8 | 2.7% | 250.6 | 3.5% |
| 1998 | 161.5 | 1.6% | 242.1 | 3.2% |
| 1997 | 158.9 | 1.7% | 234.6 | 2.8% |
| 1996 | 156.3 | 3.3% | 228.2 | 3.5% |
| 1995 | 151.3 | 2.5% | 220.5 | 4.5% |
| 1994 | 147.6 | 2.7% | 211 | 4.8% |
| 1993 | 143.7 | 2.7% | 201.4 | 5.9% |
| 1992 | 139.9 | 2.9% | 190.1 | 7.4% |
| 1991 | 136.0 | 3.1% | 177.0 | 8.7% |
| 1990 | 131.9 | 6.1% | 162.8 | 9.0% |
| 1989 | 124.3 | 4.6% | 149.3 | 7.7% |
| 1988 | 118.8 | 4.4% | 138.6 | 6.5% |
| 1987 | 113.8 | 4.4% | 130.1 | 6.6% |
| 1986 | 109.0 | 1.1% | 122.0 | 7.5% |
| 1985 | 107.8 | 3.8% | 113.5 | 6.3% |
| 1984 | 103.9 | 3.9% | 106.8 | 6.2% |
| 1983 | 99.6 | 3.8% | 100.6 | 8.8% |
| 1982 | 96.5 | 3.8% | 92.5 | 11.6% |
| 1981 | 89.2 | 8.9% | 82.9 | 10.7% |
| 1980 | 82.0 | 12.5% | 74.9 | 11.0% |
| 1979 | 72.8 | 13.3% | 67.5 | 9.2% |
| 1978 | 64.3 | 9.0% | 61.8 | 8.4% |
| 1977 | 59.0 | 6.7% | 57.0 | 9.6% |

*Sources: Table B-38. Changes in consumer price indexes, 1979-2021. Economic Report of the President, Council of Economic Advisors, April 2022. Consumer Price Index (CPI) Databases. Annual average percent change for medical care, U.S. city average, all urban consumers, not seasonally adjusted. Bureau of Labor Statistics, April 2022. (p) = projected: where the 2022 CPI projection is estimated by the Congressional Budget Office (July 2021) and the MPI projection is estimated using the previous year's growth. Short-term projections are likely conservative due to recent significant inflationary increases.*

**Table 2.2.d: U.S. Treasury Securities and High Grade Municipal Bonds (Yields)**

| Year | 3-Month[1] | 6-Month[1] | 3-Year | 10-Year | 30-Year[2] | High Grade Municipal Bonds |
|---|---|---|---|---|---|---|
| 2022 (p) | 0.1 | n/a | n/a | 1.9 | n/a | n/a |
| 2021 | 0.0 | 0.1 | 0.5 | 1.5 | 2.1 | 2.0 |
| 2020 | 0.4 | 0.4 | 0.4 | 0.9 | 1.6 | 2.4 |
| 2019 | 2.1 | 1.9 | 2.1 | 2.1 | 2.6 | 3.4 |
| 2018 | 1.9 | 2.1 | 2.6 | 2.9 | 3.1 | 3.5 |
| 2017 | 0.9 | 1.1 | 1.6 | 2.3 | 2.9 | 3.4 |
| 2016 | 0.3 | 0.5 | 1.0 | 1.8 | 2.6 | 3.1 |
| 2015 | 0.1 | 0.2 | 1.0 | 2.1 | 2.8 | 3.5 |
| 2014 | 0.0 | 0.1 | 0.9 | 2.5 | 3.3 | 3.8 |
| 2013 | 0.1 | 0.1 | 0.5 | 2.4 | 3.5 | 4.0 |
| 2012 | 0.1 | 0.1 | 0.4 | 1.8 | 2.9 | 3.1 |
| 2011 | 0.1 | 0.1 | 0.8 | 2.8 | 3.9 | 4.3 |
| 2010 | 0.1 | 0.2 | 1.1 | 3.2 | 4.3 | 4.2 |
| 2009 | 0.2 | 0.3 | 1.4 | 3.3 | 4.1 | 4.6 |
| 2008 | 1.5 | 1.7 | 2.2 | 3.7 | 4.3 | 4.8 |
| 2007 | 4.4 | 4.5 | 4.4 | 4.6 | 4.8 | 4.4 |
| 2006 | 4.7 | 4.8 | 4.8 | 4.8 | 4.9 | 4.4 |
| 2005 | 3.2 | 3.4 | 3.9 | 4.3 | -- | 4.3 |
| 2004 | 1.4 | 1.6 | 2.8 | 4.3 | -- | 4.6 |
| 2003 | 1.0 | 1.1 | 2.1 | 4.0 | -- | 4.7 |
| 2002 | 1.6 | 1.7 | 3.1 | 4.6 | 5.4 | 5.1 |
| 2001 | 3.4 | 3.4 | 4.1 | 5.0 | 5.5 | 5.2 |
| 2000 | 5.9 | 5.9 | 6.2 | 6.0 | 5.9 | 5.8 |
| 1999 | 4.7 | 4.8 | 5.5 | 5.7 | 5.9 | 5.4 |
| 1998 | 4.8 | 4.9 | 5.1 | 5.3 | 5.6 | 5.1 |
| 1997 | 5.1 | 5.2 | 6.1 | 6.4 | 6.6 | 5.6 |
| 1996 | 5.0 | 5.1 | 6.0 | 6.4 | 6.7 | 5.8 |
| 1995 | 5.5 | 5.6 | 6.3 | 6.6 | 6.9 | 6.0 |
| 1994 | 4.3 | 4.7 | 6.3 | 7.1 | 7.4 | 6.2 |
| 1993 | 3.0 | 3.1 | 4.4 | 5.9 | 6.6 | 5.6 |
| 1992 | 3.5 | 3.6 | 5.3 | 7.0 | 7.7 | 6.4 |
| 1991 | 5.4 | 5.5 | 6.8 | 7.9 | 8.1 | 6.9 |
| 1990 | 7.5 | 7.5 | 8.3 | 8.6 | 8.6 | 7.3 |
| 1989 | 8.1 | 8.0 | 8.6 | 8.5 | 8.5 | 7.2 |
| 1988 | 6.7 | 6.9 | 8.3 | 8.9 | 9.0 | 7.8 |
| 1987 | 5.8 | 6.1 | 7.7 | 8.4 | 8.6 | 7.7 |
| 1986 | 6.0 | 6.0 | 7.1 | 7.7 | 7.8 | 7.4 |
| 1985 | 7.5 | 7.6 | 9.6 | 10.6 | 10.8 | 9.2 |
| 1984 | 9.5 | 9.8 | 11.9 | 12.5 | 12.4 | 10.2 |
| 1983 | 8.6 | 8.8 | 10.5 | 11.1 | 11.2 | 9.5 |
| 1982 | 10.7 | 11.1 | 12.9 | 13.0 | 12.8 | 11.6 |
| 1981 | 14.0 | 13.8 | 14.5 | 13.9 | 13.5 | 11.2 |
| 1980 | 11.5 | 11.4 | 11.5 | 11.4 | 11.3 | 8.5 |
| 1979 | 10.1 | 10.0 | 9.7 | 9.4 | 9.3 | 6.4 |
| 1978 | 7.2 | 7.6 | 8.3 | 8.4 | 8.5 | 5.9 |
| 1977 | 5.3 | 5.5 | 6.7 | 7.4 | 7.8 | 5.6 |

*Source: Table B-42. Bond yields and interest rates, 1950-2021. Economic Report of the President, Council of Economic Advisors, April 2022. (p) = projected: where the 2022 projection is estimated using the Congressional Budget Office's Economic Projections, July 2021.*

*[1] Rate on new issues within period; bank-discount basis; absent any transaction or management fees.*

*[2] Between 2002 and 2006, the Department of Treasury discontinued the 30-year Treasury Bond.*

10

### 2.3 Forecast Data

In addition to analyzing historical trends and relationships, there are private, professional and government organizations that provide macroeconomic forecast data for inflation, unemployment rates, treasury yields, productivity, and other current economic conditions critical to conducting a future loss analysis. While the historical trends serve to confirm the relationships, forecast data identifies the current and expected future market conditions in which the economic loss is applicable. The *Budget and Economic Outlook* published by the Congressional Budget Office is an often-used source.

**Chart 2.3: Selected Congressional Budget Office Forecast Data**



*Source: Appendix C: CBO's Economic Projections for 2021 to 2031. Additional Information About the Updated Budget and Economic Outlook: 2021 to 2031. Congressional Budget Office, July 2021. Forecast commences in 2022.*

*The Livingston Survey,* a well-respected survey conducted by the Federal Reserve Bank of Philadelphia, is also often referenced and consistent

with the projections from the Congressional Budget Office.

Other sources include: *U.S. Economic Forecasts and Analysis* published by IHS | *The Annual Report of the Board of Trustees of the Federal Old-Age* published by the Government Accounting Office (GAO) | *Predicting Net Discount Rates: A Comparison of Professional Forecasts, Time-series Forecasts and Traditional Methods* authored by Cushing and Rosenbaum | *Survivors Insurance and Federal Disability Insurance Trust Funds* obtained through the Government Accounting Office (GAO) | *Colorado Economic Perspective* published by the Office of State Planning and Budgeting | *Focus Colorado: Economic and Revenue Forecast* published by the Colorado Legislative Council Staff, as well as similar agencies for other states' outlooks and forecasts.

### 2.4 Representative Macroeconomic Sources

*Federal Reserve Bulletin* and *The Federal Reserve Statistical Release of Selected Interest Rates* published by the Board of Governors of the Federal Reserve System | *Economic Report of the President* and *Economic Indicators* published by the Council of Economic Advisors | various news releases including *Monthly Labor Review* and *The Employment Situation* published by Bureau of Labor Statistics | *Regional Financial Review* authored by Moody's Analytics | *U.S. Financial Data, Monetary Trends,* and *National Economic Trends* published by the Federal Reserve Bank | *Business Conditions Digest* and *Survey of Current Business* published by the Bureau of Economic Analysis | *CPI Detailed Report* published by U.S. Department of Labor | *Council for Community and Economic Research* | *WorldatWork* | *The Economic and Budget Outlook* issued by the Congressional Budget Office (CBO) | *The Livingston Survey* issued by the Federal Reserve Bank of Philadelphia | *The Colorado Economic Outlook: Economic and Fiscal Review* published by Colorado's Office of State Planning and Budgeting | *Focus Colorado: Economic & Revenue* Forecast

published by the Colorado Legislative Council | *Business Statistics of the United States* authored by Strawser | *Guide to Forecasts and Projections* authored by Pallais and Holton | *Stocks, Bonds, Bills, and Inflation Yearbook* published by Ibbotson Associates | various textbooks including Macroeconomics authored by Charles I. Jones | *American Chamber of Commerce Researchers Association (ACCRA)* now known as *Council for Community and Economic Research (CCER)* | International Monetary Fund (IMF) Blog | *Medical Care Prices and Output Published* by Handbook of Health Economics plus specific articles in academic journals referenced in Section 8.3.

Specific articles and other resources include:

Baumol, William J. and Alan S. Blinder. *Macroeconomics: Principles and Policy.* 6th ed, The Dryden Press, 1994.

Domash, Alex and Lawrence H. Summers. "How Tight Are U.S. Labor Markets?" *National Bureau of Economic Research*, February 2022.

"Federal Net Interest Costs: A Primer." *Congressional Budget Office*, December 2020.

"Rates Over Time – Trends in Municipal Bond Rates." *WM Financial Strategies*, 2018.

Romer, David. *Advanced Macroeconomics.* 4th ed, McGraw-Hill Irwin, 2011.

Slovin, Myron B. and Marie E. Sushka. *Macroeconomics for Managers*. Prentice-Hall, Inc., 1987.

"Stripped Municipal Bonds." *David Lerner Associates, Inc.*, n.d.

"US Municipal Bond Defaults and Recoveries, 1970-2016." *Moody's Investors Service*, 2017.

Weber, Michael, et al. "The Expected, Perceived, and Realized Inflation of U.S. Households Before and During the COVID-19 Pandemic." *National Bureau of Economic Research.* January 2022.

12

## 3  MICROECONOMIC DATA AND THE LABOR MARKET

### 3.1 Wages

As mentioned in the net present value section, wage growth is not only dependent upon inflation and macroeconomic activity such as technological advancements, but is also dependent on an individual's merit, i.e., improved skills from experience, education, etc. The *Bureau of Census* publishes means and their standard deviations of earnings based not only on educational attainment, but also by age, gender, race, ethnicity, etc. Not surprisingly, and generally irrespective of occupation, the higher the educational attainment, the higher the earnings level. A further breakdown from the *Occupational Employment Statistics* and *Occupation Outlook Handbook* compiled and published by the *Bureau of Labor Statistics* examine data collected through the *Current Population Survey* and detail earnings based on occupation, geography, in addition to educational attainment, etc. Substantially similar trends are apparent when comparing occupational data to specific age – earnings profiles. Notably, wages tend to increase substantially faster in the early work years of an individual where the majority of training and experience are expected to accrue.

Table 3.1 lists the average annual wage increases for college educated men and women in approximate twenty-year increments over specific past time frames. (Note, given available data, 2014 is used rather than 2015.) Charts 3.1.a and 3.1.b illustrate these annual wage increases over time using *Bureau of Census* data from the *Current Population Survey*. Higher levels of education and increased training will, on average, not only produce greater wage increases but also a prolonged opportunity for these wages to grow at accelerated (i.e., higher than average) rates. (Importantly, inflation impacts these growth rates

as do interest earnings when discounting to present value.) Of note, Charts 3.1.a and 3.1.b utilize *Current Population Survey* data for college educated males and females for demonstrative purposes; other education levels are researched and documented and while not enumerated herein, are available. In particular, other education levels yield similar trends though with different earnings levels. Other *Bureau of Census* survey data sources provide similar results.

### Table 3.1: Average Annual Wage Increases

|  |  | 1987 to 2007 | 1995 to 2014 |
|---|---|---|---|
| Male | 23-43 | 6.9% | 7.0% |
|  | 40-60 | 3.6% | 2.1% |
| Female | 23-43 | 6.1% | 6.0% |
|  | 40-60 | 4.2% | 2.8% |

### Chart 3.1.a: Age-Earnings Profile of College Educated Males



## Chart 3.1.b: Age-Earnings Profile of College Educated Females



### 3.1.1 Representative Wage Sources

Federal agency publications from the U.S. Department of Commerce include: *Statistical Abstract of the United States* and *Money Income of Households, Families, and Persons in the United States* | from the U.S. Department of Labor include: *Occupational Outlook Handbook, Handbook of Labor Statistics, Employment and Earnings, Employment and Wages, Area Wage Surveys, Current Wage Developments, Monthly Labor Review, News Bulletins, National Survey of Professional Administrative Technical, and Clerical Pay, and Occupational Injuries and Illnesses in the United States by Industry* | from the Bureau of Census include: *Labor Force Statistics and Other Characteristics of Persons with a Work Disability* | from the Bureau of Labor Statistics include: *Occupational Employment Statistics*, periodically released on employment rates and wages (e.g., *The Employment Situation – August 2016*).

Representative textbook sources include, but are not limited to: *Labor Economics* authored by Borjas | *Contemporary Labor Economics* authored by McConnell, Brue, and Macpherson | *Modern Labor Economics* authored by Ehrenberg and Smith | *The Economics of Work and Pay* authored by Hamermesh and Rees | *Labor Economics* authored by Bellante and Jackson | *Labor Economics* authored by Marshall, King, and Briggs, Jr.

Other relevant sources include: *Federal Employees Almanac | Uniformed Services Almanac | Compdata Surveys | D. Dietrich Associates, Inc. | Mercer | National Bureau of Economic Research | MRA- The Management Association | Ernst & Young | Aspen Publishers | Hay Group | Economic Research Institute | Occupational Supply & Demand Report* and *Occupational Employment Statistics* published by the Colorado Department of Labor and Employment | *Benchmark Employee Compensation Report* published by the Colorado Municipal League (CML) | *American Medical Association | Commission on Professionals in Science & Technology | American Dental Association | American Compensation Association | EUREKA | ECOCIS | National Opinion Research Center | W.E. Upjohn Institute for Employment Research |* The *Menninger Foundation | Data Resources, Inc. | The RAND Corporation | Journal of Labor Economics | Journal of Economics and Sociology | Journal  of Human Resources | Empirical Age-Earnings Profiles* authored by Murphy and Welch | *Fifty Years of Mincer Earnings Regressions* authored by Heckman, Lochner, and Todd | *Earnings Functions, Rates of Return, and Treatment Effects: The Mincer Equation and Beyond* authored by Heckman, Lochner, and Todd | *Earnings Over the Lifecycle: The Mincer Earnings Function and Its Application* authored by Polachek | *The "Mincer Equation" Thirty Years after Schooling, Experience, and Earnings* authored by Lemieux | *Schooling, Experience, and Earnings* authored by Mincer.

14

Specific articles and other resources include:

Bassier, Ihsaan, et al. "Monopsony in Movers: The Elasticity of Labor Supply to Firm Wage Policies." *Journal of Human Resources*, Special Issue: Monopsony in the Labor Market, 2022.

Biasi, Barbara and Heather Sarsons. "Flexible Wages, Bargaining, and the Gender Gap." *Quarterly Journal of Economics*, 2022.

Bolotnyy, Valentin and Natalia Emanuel. "Why Do Women Earn Less than Men? Evidence from Bus and Train Operators." *Journal of Labor Economics*, Vol. 40, No. 2, April 2022.

Goldin, Claudia. "Understanding the Economic Impact of COVID-19 on Women." *National Bureau of Economic Research*, April 2022.

Stinebrickner, Ralph, et al. "Job Tasks, Time Allocation, and Wages." *Journal of Labor Economics*, Vol. 37, No. 2, 2019.

"The State of Labor Market Competition." *U.S. Department of the Treasury*, March 2022.

## 3.2 Benefits

Many resources are available that provide information regarding the prevalence and value of employer- provided benefits. Three major components typically provided by employers include their mandatory contributions to Social Security and Medicare, plus discretionary contributions towards medical premiums and 401k or pension plans. Detailed information regarding mandatory requirements can be found and estimated on the *Social Security Administration* website (www.ssa.gov) while a comprehensive survey of the contributions by employers for employees and/or their family for health coverage and retirement or other perquisites is compiled by the *Employee Benefit Research Institute (EBRI)* as well as other sources, cited below.

As noted on Chart 3.2.a, a majority of employees receive contributions from their employer for medical (73%) and retirement (72%) benefits. A similar percentage of employees receive additional benefits incorporated in wages or salary for paid vacation (77%), holiday (79%), and sick (79%) leave. Chart 3.2.b identifies the average annual value of employer provided employee and/or family medical coverage from the *Bureau of Labor Statistics* and *Kaiser Foundation* while Chart 3.2.c identifies the value of employer provided benefits as a percent of salary.

Additional benefits often provided, at least in part by the employer, include contributions towards the cost of life, disability, dental/vision premiums, etc. These employer-provided benefits result in a direct benefit or value to an employee and must be accounted for in determining the economic losses to an individual who has experienced a loss of earnings. The academic and government literature regarding employer provided benefits typically focus on the prevalence of each benefit component and the value of these benefit components as a percent of wages (see Charts 3.2.a, 3.2.b and 3.2.c). Further, the relevant data typically allow benefit component prevalence and value to be sorted by occupation, education, gender, sector (public vs. private), etc. Such sources are identified below.

15

### Chart 3.2.a: Access to Benefits for Civilian Workers in 2021, by Benefit Type



### Chart 3.2.c: Value of Employer Provided Benefits as a Percentage of Salary for Civilian Workers in 2021



### Chart 3.2.b: Average Annual Employer Contributions for Single and Family Medical Coverage in 2021



*Charts 3.2.a, 3.2.b, and 3.2.c display data provided by the National Compensation Survey and Employer Cost of Employee Compensation for all civilian workers (which include private industry, state and local government workers) published by the Bureau of Labor Statistics as well as the Kaiser Foundation Survey. Note: "All Benefits" in Chart 3.2.c include paid time off (vacation, sick leave, etc.) in addition to the other benefits listed.*

### 3.2.1 Representative Benefit Sources

*Employee Benefit Research Institute (EBRI)* | *Health, United States* published by Center for Disease Control and Prevention | Kaiser Foundation Survey | *Employee Benefits in Medium and Large Firms* and *Employee Benefits Survey: An MLR Reader* published by U.S. Department of Labor | *Railroad Retirement and Survivor Benefit* | *Benchmark Employee Compensation Report* published by the Colorado Municipal League (CML) | *National Compensation Survey, Employee Benefits in the United State*s, and *Employer Costs for Employee Compensation* (News Releases) published by Bureau of Labor Statistics | *Bureau of Economic Analysis, U.S. Department of Commerce.*

## 4 DISABLED WORKERS

### 4.1 Overview

As economists are called upon to evaluate economic damages in civil claims for personal injury, wrongful death and employment termination matters, a major component of damages is that of earnings loss due to some physical, cognitive, or emotional impairment (i.e., a disability). Often injured parties return to their employment or alternative employment, and the negative impact on earnings may not be readily or immediately observable.

In the context of a labor market analysis, the data find workers with a permanent impairment (e.g., a physical, cognitive, or emotional limitation) typically experience negative impacts on earnings due to changes in work opportunities, productivity, or efficiency, etc. The *Bureau of Census* conducts surveys through the *Current Population Survey* (CPS) including the March Supplement to the CPS, the *Survey of Income and Program Participation* (SIPP), *American Community Survey* (ACS), and the decennial *Census* to gather information regarding socioeconomic characteristics, labor force participation, earnings levels of individuals with and without a disability, etc.

Data from these surveys are utilized by policymakers and legislators for planning and evaluating many government programs. They are also used by students, academics, the press, and the general public. The data generated from these surveys are widely utilized and, although the surveys have some limitations, they are widely accepted for the purposes of evaluating earnings losses due to a disability.

According to the *Bureau of Census* website (www.census.gov), the CPS identifies selected socioeconomic characteristics, labor force status, and mean earnings of individuals with and without a disability (using the labor market definition of a disability). Questions regarding these topics have been asked and published in March of each year since 1980. The data compiled from the March CPS survey are longitudinal as the survey questions the same individuals over two consecutive years. The SIPP is also a panel survey that began in 1984 in which households were interviewed at intervals over a period of two years or more. The SIPP survey is designed for longitudinal analysis and allows, among other things, existing federal, state, and local programs a measure of effectiveness and improved statistics on the distribution of income in the country. The *American Community Survey* (ACS) is the largest *Bureau of Census* survey besides the *Decennial Census*, capturing data from approximately two million households each year. The *Bureau of Census* website indicates the ACS survey generates data that help determine how more than $675 billion in federal and state funds are distributed each year.[2] The ACS replaced the *Decennial Census* long-form which previously included questions about disability status.

In the years immediately preceding COVID-19, disabled workers generally experienced a strong labor market with labor participation growing to almost 21 percent in 2019 and an unemployment rate of 7.8 percent in February 2020. Despite a significant number of jobs lost in the beginning of the pandemic, disabled workers largely recovered alongside able-bodied workers and reached a record high employment-population ratio in November 2021. As may be expected, however, job flexibility and contact intensity (especially remote work and social distancing) have been major determinants for a disabled individual's labor force participation and unemployment.

---

[2] https://www.census.gov/programs-surveys/acs/about.html

## 4.2 Earnings of Disabled Workers

These surveys, as well as other academic and private surveys (noted in the resources section below), consistently demonstrate that individuals with impairments experience economic losses over the long-term, even if they return to work on a full-time basis. Not surprisingly, economists expect, and common sense suggests, individuals with limitations have reduced levels of productivity and efficiency relative to their likely productivity without limitations or when compared to other able-bodied individuals with similar work characteristics. The data clearly demonstrate the statistical probability of lower earnings over the remainder of their worklife (as limitations irrespective of the specific type of limitation) is likely to result in diminished promotional opportunities, reduced productivity and efficiency, modification of work schedule, limited labor market access, and/or earlier exit from the labor force, etc.

The CPS generates annual data regarding the labor force participation and earnings levels of individuals with and without a work disability, this dataset is commonly and appropriately utilized in determining earnings losses of an individual. This dataset is also consistent with the other surveys (noted above) which are also conducted by the *Bureau of Census* as well as other academic and private studies. (A more extensive bibliography of information regarding disabled workers and the data available follow in Sections 4.6 and 4.7 and demonstrates the well-accepted academic use of this data for purposes of forecasting earnings losses.

The CPS data when sorted by age, education, gender, level of disability, work force participation as full- or part-time, etc. provide information to identify the earnings differential between an individual with an impairment and their similarly situated able-bodied counterparts. The specific process for combining the data is discussed below. Pacey Economics, Inc. uses fifteen years of data in order to adequately adjust for sampling size and/or

anomalies in the data. That is, even though the *Bureau of Census* methods of data collection meet the highest standards, utilizing more years allows for more data and alleviates concerns regarding small sample size, etc. Also, although data on the same individual appear in two consecutive surveys, only the data in the first year is included. Finally, top coded observations are dropped, generally restricting the sample to individuals with annual incomes less than $310,000.

The *SIPP* and *ACS* surveys have similar socioeconomic data with the *SIPP* survey identifying individuals by specific disabilities (e.g., loss of mobility, loss of grip, loss of hearing or vision, etc.), while the *ACS* survey identifies impairment more generally by type of disability (e.g., physical, cognitive, and/or mental). Whether using the *CPS*, *SIPP*, or *ACS* databases and whether employing an age-earnings profile or regression when controlling for similar factors (e.g., age, education, full- or part-time work, disability status, etc.), similar results regarding the negative impact a disability has on the earnings of an individual are found. Not surprisingly, the negative impact on the earnings of individuals with moderate impairments are less than those for individuals with severe impairments and, of course, vary somewhat given the other socio-economic characteristics of the individual.[3]

## 4.3 Labor Force Participation Rates of Disabled Workers

In addition to diminished earnings, individuals with an impairment also experience more time out of the workforce over the course of their worklife. Labor force participation rates by sex, age, education, and

---

[3] Over the last several decades Pacey Economics, Inc. has interacted with *Bureau of Census* and *Bureau of Labor Statistics* professionals and has engaged with in-depth research with these databases to ascertain the likely long-term impacts on the earnings of individuals depending on disability status, among other characteristics. Using the SIPP or ACS surveys provides reasonably similar results. Other data sources that provide consistent results include the National Health Interview Survey (NHIS) administered by the *Centers for Disease Control and Prevention* (CDC).

disability status are also computed using the CPS data as the representative database.[4] Measurement issues regarding the employment rate (LFPR) in the disability data persists but such are not incorporated into our earnings loss analyses. Chart 4.3.a below illustrates the labor force participation data for college educated males by age and disability status.

## Chart 4.3.a: Percentage of College Educated Males in the Labor Force, by Disability Status



Chart 4.3.b depicts the employment rate of college educated males that are working full-time by level of disability. As illustrated in both Charts 4.3.a and 4.3.b, individuals with a moderate disability experience a lower rate of participation and a lower rate of full-time employment over their worklife, while those individuals with severe limitations have substantially lower labor force participation rates. (See Section 4.5 for a discussion of moderate and severe disability.) Also, consistent with other studies, the participation of the moderately disabled decreases substantially for individuals in their late 50s and early 60s in comparison to their able-bodied counterparts.

---

[4] Labor force participation includes all full-time, part-time, and unemployed individuals actively seeking employment.

## Chart 4.3.b: Percentage of College Educated Males Employed Full-Time, by Disability Status



*Note: Charts 4.3.a and 4.3.b utilize college educated males from the Bureau of Census Current Population Survey through 2019 for demonstrative purposes. Other education levels for males and females yield similar relationships though with different employment levels. We anticipate updating this section in the near future.*

## 4.4 Unemployment Rates of Disabled Workers

The unemployment rate is another measure of labor market experience and probable earnings. This rate is based only on individuals that are considered "in the labor market" and are actively seeking employment; it does not include individuals who have become discouraged and are no longer searching for employment and, as such, likely understates the unemployment (and earnings) difficulties of individuals with a disability. Even so, utilizing the unemployment rate of those with a work disability (purged of those with severe disability) and the unemployment rate of individuals with no work disability, a differential in the unemployment rate is obtained by gender, age, and educational level over their worklife.

19

Chart 4.4.a depicts the differential in the unemployment rate between college educated males with and without a disability. Because the unemployment rate excludes individuals who have left the labor market, it is a more conservative measure than labor force participation or employment rates; the unemployment rate is the measure Pacey Economics, Inc. utilizes to compute earnings losses associated with disabilities. Once the differentials in mean earnings and unemployment rates are established, they can be combined to determine an annual "amortized" earnings loss to an individual working year-round, full-time with a moderate disability (i.e., not a severe disability) and/or can be applied to the overall earnings, recognizing losses are not likely to be equal in each and every year as demonstrated on chart 4.4.b. The fifteen-year wage and unemployment differentials are combined and adjusted to 2019 dollars and shown on Chart 4.4.b for college educated males.

Periodically, the surveys (CPS, SIPP, ACS, etc.) undergo modifications and/or redesigns of some of the survey questions to better capture their impacts and better address public policy questions and issues. The introduction of the Americans with Disabilities Act (ADA) brought new issues to the forefront regarding the employment-population data (i.e., labor force participation rate data) of the disabled and some changes in survey design. However, revisions to survey design and sampling are common practice for government statisticians and economists to improve the precision in the measurement of the data, and these modifications do not negate the practicality and applicability of the data compiled prior to the modifications.

## Chart 4.4.b: Combined Earnings Differential and Unemployment Rate of College Educated Males, by Disability Status



## Chart 4.4.a: Unemployment Rate of College Educated Males, by Disability Status



*Note: Charts 4.4.a and 4.4.b utilized college educated males from the Bureau of Census Current Population Survey through 2019 for demonstrative purposes. Other education levels for males and females yield similar relationships though with different employment levels. We anticipate updating this section in the near future.*

20

## 4.5 Severity of Limitations

The *Bureau of Census* uses the CPS data to identify disability status for those with no work disability, with a work disability, and with a severe work disability. The dataset for individuals with a severe work disability is a subset of the dataset for individuals with a work disability. Pacey Economics, Inc. identifies moderately disabled workers as consistent with the CPS as having a work disability but not a severe work disability. An abbreviated method, utilizing the mean earnings of persons 25 to 64 years old with a moderate work disability and the mean earnings of individuals with no work disability, can be used to obtain a differential in earnings by gender and educational level over their worklife and allows for a reasonable calculation of earnings loss. Additionally, use of the age-earnings profile and/or regression will allow for a more detailed year-to-year analysis but will result in similar earnings losses.

These differentials only consider full-time workers, and do not include impacts of disability on labor force participation.

The *Bureau of Census* data find individuals with more severe limitations have substantially reduced labor force participation rates which fall drastically after age 55 and, if in the labor market, much reduced wage levels. The losses to the more severely impaired individuals (*vis-à-vis* moderately disabled) are manifested not only in reduced productivity and efficiency but also in decreased work hours, increased time of out the labor market, early exit, etc. whereby the resulting lifetime earnings are found to be approximately half of earnings otherwise expected of able-bodied individuals with similar work characteristics.

## 4.6 Types of Limitations

There is also literature that focuses on specific types of injuries and/or limitations and their negative impact on earnings. The following citations are specific references obtained from the sources listed below and are representative of the methodologies and calculations used in loss analyses concerning types of limitations workers experience. While there is a broad range of research articles regarding the following limitations, these references focus the impact of the limitations on employment/earnings.

In addition to the references provided below, section 4.8 of this appendix may cite other articles which refer to these limitations as they pertain to occupational disability.

### Psychological

Adler, David A., et al. "Psychiatric Status and Work Performance of Veterans of Operations Enduring Freedom and Iraqi Freedom." *Psychiatric Services,* vol. 62, no. 1, 2011, pp. 39-46.

"Childhood Psychological Problems Have Long-Term Impact on Individuals' Earnings and Social Relationships," *RAND Corporation*, March 2011.

"Impact of Complex Trauma," *The National Child Traumatic Stress Network*, 2013.

### Cognitive

Chan, Fong, et al. "Effects of postsecondary education on employment outcomes and earnings of young adults with traumatic brain injuries." *Journal of Vocational Rehabilitation* 53.2 (2020): 159-166.

DiSanto, Dominic, et al. "Employment stability in the first 5 years after moderate-to-severe traumatic brain injury." *Archives of physical medicine and rehabilitation* 100.3 (2019): 412-421.

Gamboa Jr, A. M., et al. "American Community Survey: earnings and employment for persons with traumatic brain injury." *NeuroRehabilitation* 21.4 (2006): 327-333.

Nybo, Taina, Markku Sainio, and Kiti Müller. "Stability of vocational outcome in adulthood after moderate to severe preschool brain injury." *Journal of the International Neuropsychological Society* 10.5 (2004): 719-723.

## Complex Regional Pain Syndrome (CRPS)

Bean, Debbie J., et al. "Factors associated with disability and sick leave in early complex regional pain syndrome type-1." *The Clinical Journal of Pain* 32.2 (2016): 130-138.

Kıralp, Mehmet Zeki, et al. "Complex regional pain syndrome: epidemiologic features, treatment approaches, workday loss and return to work/disability ratios." *Archives of Rheumatology* 24.1 (2009): 001-005.

Lee, Jaemoon, et al. "Multicenter survey of symptoms, work life, economic status, and quality of life of complex regional pain syndrome patients." *The Korean Journal of Pain* 34.3 (2021): 288-303.

Patel, Ajay S., et al. "The impact and burden of chronic pain in the workplace: a qualitative systematic review." *Pain Practice* 12.7 (2012): 578-589.

## 4.7 Representative Sources on Disabled Workers

*Current Population Survey (CPS), Survey of Income and Program Participation (SIPP), American Community Survey (ACS)* and *Decennial Census of the Population* published by Bureau of Census | *Labor Force Statistics and Other Characteristics of Persons with a Work Disability* published by U.S. Department of Commerce | *National Institute on Disability and Rehabilitation Research (NIDRR) of the Office of Special Education and Rehabilitative Services | A Labor Force Profile of Persons with Disabilities* published by Mathematica Policy Research, Inc. | *Survey of Disability and Work* and *Health United States* published by the U.S. Department of Health

and Human Services | *National Organization on Disability/ Harris Survey | International Center for the Disabled | Monthly Labor Review | The Journal of Human Resources | Industrial Relations | Industrial and Labor Relations Review | Journal of Political Economy | Southern Economic Journal | Work and Disability: Issues and Strategies in Career Development and Job Placement | Older and Out of Work: Jobs and Social Insurance for a Changing Economy | National Institute of Health | Disability and Occupational Projections* published by Monthly Labor Review | information related to military disability criteria published by Military Disability Made Easy.com.

## 4.8 Representative Bibliography on Disabled Workers

The following citations are specific references obtained from the sources listed above and are representative of the methodologies and calculations used in loss analyses concerning disabled workers. See also Section 6.6 for a discussion of psychological issues.

Acemoglu, Daron and Joshua D. Angrist. "Consequences of Employment Protection? The Case of the Americans with Disabilities Act." *Journal of Political Economy* 109(5), 2001, pp. 915-957.

Adler, David A., et al. "Psychiatric Status and Work Performance of Veterans of Operations Enduring Freedom and Iraqi Freedom," *Psychiatric Services* Vol. 62, No. 1, 2011, pp. 39-46.

Baldwin, Marjorie L., Karen Smith Conway, and Ju-Chin Huang. "Post-Injury Work Outcomes Revisited," *Southern Economic Journal*: July 2009, Vol. 76, No. 1, 2009, pp. 47-66.

Barrow, Burt S. "The Employment Rate of People with Disabilities," *Monthly Labor Review*, November 2008.

Bell, Edward. "Competitive Employment for Consumers Who Are Legally Blind: A 10-Year Retrospective Study," *Journal of Rehabilitation Research & Development* Vol. 47, No. 2, 2010, pp. 109-116.

Brault, Matthew. "Americans with Disabilities: 2010," *U.S. Census Bureau*, issued July 2012, pp. 70-131.

Brault, Matthew. "Americans with Disabilities: 2014," *U.S. Census Bureau*, issued November 2018, pp. 70-152.

Borjas, George J. and David J. G. Slusky. "Health, Employment, and Disability: Implications from the Undocumented Population." *American Journal of Health Economics,* Vol. 8, No. 1, winter 2022.

Charles, Kerwin Kofi. "The Longitudinal Structure of Earnings Losses among Work-Limited Disabled Workers." *The Journal of Human Resources*, 38(3), 2003, 618-646.

"Childhood Psychological Problems Have Long-Term Impact on Individuals' Earnings and Social Relationships," *RAND Corporation*, News Release March 28, 2011.

"Employment of Persons with a Disability: Analysis of Trends During the COVID-19 Pandemic." *Office of Disability Employment Policy in the U.S. Department of Labor*, February 2022.

Goodman, Alissa, Robert Joyce, and James P. Smith. "The long shadow cast by childhood physical and mental problems on adult life," val. 108, no. 15, 2011, pp.6032-6037.

Hale, Thomas W., Howard V. Hayghe, and John M. McNeil. "Persons with Disabilities: Labor Market Activity, 1994," *Monthly Labor Review*, 1998, pp.3-12.

Hall, Jean and Kathy Parker. "Stuck in a Loop: Individual and System Barriers for Job Seekers with Disabilities," *The Career Development Quarterly,* 58, 2010, pp. 246-256.

Hollenbeck, Kevin and Jean Kimmel, "Differences in the Returns to Education for Males by Disability Status and Age of Disability Onset," *Southern Economic Journal*, January 2008 Vol. 74, Issue 3: pp. 707-724.

Hotchkiss, Julie L. "The Labor Market Experience of Workers with Disabilities: The ADA and Beyond." Kalamazoo: W.E. *Upjohn Institute for Employment Research*, 2003.

Kaye, Stephen H. "The Impact of the 2007-2009 Recession on Workers with Disabilities," *Monthly Labor Review*, October 2010.

Kruse, Douglas L. "Persons with Disabilities: Demographic, Income, and Health Care Characteristics, 1993," *Monthly Labor Review*, September 1998, pp. 13-22.

McNeil, Jack. "Americans with Disabilities," *Current Population Reports*, 2001, pp. 70-73, U.S. Census Bureau.

McNeil, Jack. "Census Bureau Data on Persons with Disabilities: New Results and Old Questions About Validity and Reliability," *U.S. Bureau of the Census*, for presentation at the 1993 annual meeting of the Society for Disability Studies.

McNeil, Jack. "Comment on Skoog and Toppino." *Unpublished manuscript. Available from http://www.vocecon.com/tecnichal/ftp/bibliography/mcnartic.pdf (*2002).

McNeil, Jack. "Measuring Disability and Environmental Barriers," *U.S. Bureau of the Census*, for presentation at the 1991 annual meeting of the American Statistical Association.

McNeil, Jack. "Selected Information on Measures of Work Disability from the Current Population Survey (CPS)," *U.S. Bureau of the Census*, July 17, 2000.

McNeil, John M. "Measuring Disability Status in Household Surveys: An Assessment of Goals and Method." *ASA SSS*, 1989.

McNeil, John M. "Employment, Earnings, and Disability," *75th Annual Conference of the Western Economic Association International*, June 29-July 3, 2000.

Meyer, B. and Mok, W. "Disability, Earnings, Income and Consumption," *National Bureau of Economic Research*, Working Paper 18869, March 2013.

Mok, Wallace, Bruce Meyer, Kerwin Charles, and Alexandra Achen. "A Note on "The Longitudinal Structure of Earnings Losses among Work-Limited Disabled Workers," *The Journal of Human Resources*, Summer 2008: 721-728.

"Persons with a Disability: Labor Force Characteristics – 2016." *News Release Bureau of Labor Statistics: U.S. Department of Labor*, 2017.

Schur, Lisa, Han, Kyongji, and Kim, Andrea et al. "Disability at Work: A Look back and Forward," *Journal of Occupational Rehabilitation*, 2017.

Stapleton, David C. and Richard V. Burkhauser. *The Decline in Employment of People with Disabilities: A Policy Puzzle.* Kalamazoo: W.E. Upjohn Institute for Employment Research, 2003.

Yelin, Edward and Laura Trupin. "Disability and the Characteristics of Employment," *Monthly Labor Review*, May 2003.

## 5  DISPLACED WORKERS

### 5.1 Overview

A displaced worker is an individual that has sustained an interruption in employment activity. Workers can be displaced for a number of reasons including closure of place of employment, reduction in force, termination, or simply voluntary but temporary withdrawal for personal or family reasons, etc. Following the interruption in employment, the length of search time for alternative employment and the reemployment wage level varies depending upon numerous factors including, but not limited to, age, education, skill set, years of experience within the specific firm or industry, wage levels, characteristics of the occupation, and work history of the individual as well as the local and general market economy and the basis for the interruption. An individual who is provided an advance notice may, depending upon the circumstances, experience a smoother transition than one who is not provided this notice. In addition, the research shows that a stigma may be attached to certain types of terminations. Thus, the nature or type of termination may also result in longer search times and lower reemployment wages.

The likelihood of returning to previously expected wage levels after reemployment is increased if the individual is younger, has a broad-based skill set, and has pre- interruption wages comparable with the age-earnings profile for similar work characteristics (i.e., age, education, gender, occupation, etc.). On the other hand, the likelihood of returning to previously expected wage levels upon reemployment is decreased if the individual is older, has a narrow skill set or firm-specific skill set, or had been at a wage level significantly higher than the typical age-earnings profile for those with similar work characteristics. Naturally, local job opportunities and the regional or national economic conditions will also influence the ability of an individual to return to previously expected wage levels.

In addition to these basic characteristics and trends, consideration of the type of employment (e.g., sales, self-employed, professional service, or the more common W-2 wage earner) can also impact the analysis. For example, a self-employed individual or an individual in a sales position (external market) generally have a better opportunity to "catch-up" than an individual in a more structured work environment, such as a worker assigned to certain pay scales or grades (internal market).

This concept identified in economic literature, "catch-up", should be incorporated in the analysis but evaluated with caution as there are multiple factors to consider. Several studies such as the *Displaced Workers Survey* (a supplement to the CPS) or the *Panel Study of Income Dynamics* directed by the University of Michigan consider "catch-up" to be when a worker returns to the wage level that they had at the time of the displacement or termination. In an economic loss analysis, however, the more appropriate measure of "catch- up" is to the wage level a worker could have reasonably expected to earn by the "catch-up" year. That is, if the worker had earnings of $35,000 in 2015 (at the time of the displacement or termination), but with average wage increases would expect earnings of $40,600 by 2020, the appropriate "catch-up" wage level in 2020 would be $40,600 and not $35,000.

Another consideration to factor into the analysis of economic loss is the job search time following a displacement or termination. As with the earnings level, the amount of time necessary to conduct an appropriate search for comparable employment varies depending on the characteristics discussed above, although search time tends to be correlated

25

to earnings levels, (i.e., higher wage levels, require more search time than lower wage level positions). Not surprisingly, there is no one defined mechanism or formula to be applied, but rather the entire body of labor market literature and studies allows the trained professional to incorporate relevant factors.

As a result of the COVID-19 pandemic, efforts to contain the spread of the virus and a temporary decline in consumer demand, especially for services, unemployment reached a high of some 14 percent in April 2020; as the economy began to recover and consumer demand rebounded, unemployment has largely improved to pre-pandemic levels. Worker displacement measures as of May 2022, including unemployment, number of unemployed losers, permanent job losers, etc. are only marginally different from February 2020 levels.[5]

## 5.2 Representative Sources on Displaced Workers

Displaced Worker Survey performed by the *Bureau of Labor Statistics* as part of the *Current Population Survey | Current Population Survey (CPS) – Job Tenure and Occupational Mobility Supplement | BLS, Monthly Labor Review | BLS, New Releases | National Bureau of Economic Research | The American Economic Review |* Journal *of Labor Economics |* Industrial *and Labor Relations Review | Journal of Economic Perspective | Journal of Legal Studies*.

## 5.3 Representative Bibliography on Displaced Workers

The following citations are specific references and are representative of the methodologies and calculations used in loss analyses concerning displaced workers.

Borbely, James M. "Characteristics of Displaced Workers 2007-2009: A Visual Essay," *Monthly Labor Review*, September 2011.

"Worker Displacement: 2017 – 19," *Bureau of Labor Statistics News Release USDL-20-1620*, August 27, 2020. (as well as similar previous news releases).

Chan, Sewin and Ann Huff Stevens. "Job Loss and Employment Patterns of Older Workers," *Journal of Labor Economics* 19(2), 2001, pp. 484-521.

Cooper, Daniel (2014). "The Effect of Unemployment Duration on Future Earnings and Other Outcomes," *Federal Reserve Bank of Boston*: Working Paper No. 13-8, January 13, 2014.
Couch, Kenneth A. "Late Life Job Displacement." *The Gerontological Society of America*, vol. 38(1), 1998, pp. 7-17.

Couch, K. A. & Placzek, D. W. "Earnings Losses of Displaced Workers Revisited," *The American Economic Review*, 2010, pp. 572-589.

Farber, Henry. "Job Loss in the Great Recession and Its Aftermath: U.S. Evidence from the Displaced Workers Survey," *National Bureau of Economic Research*, 2015.

Farber, Henry. "Job Loss in the Great Recession: Historical Perspective from the Displaced Workers Survey, 1984-2010," *National Bureau of Economic Research*, 2011.

---

[5] Of note, BLS conducts a supplement to the CPS on worker displacement biennially on even years. The latest data, which is anticipated to include information on COVID-19's impact, will be published in August 2022.

Farber, Henry. "What do we know about job loss in the United States? Evidence from the Displaced Workers Survey, 1984-2004," *Economic Perspectives, Federal Reserve Bank of Chicago,* 2Q/2005: 13-28.

Farber, Henry. "The Changing Face of Job Loss in the United States, 1981-1995," *Brookings Papers: Microeconomics*, 1997, pp. 55-128.

Herz, Benedikt, "Specific Human Capital and Wait Unemployment," *Journal of Labor Economics*, 2019.

Hijzen, Alexander, Richard Upward and Peter Wright. "The Income Losses of Displaced Workers." *The Journal of Human Resources*, 2007.

Hipple, Steven. "Worker Displacement in the Mid-1990s," *Monthly Labor Review*, July 1999: 15-32.

"How Long Before the Unemployed Find Jobs or Quit Looking?" *Issues in Labor Statistics: Bureau of Labor Statistics*, 2011.

Johnson, Richard W. and Janice S. Park. "Can Unemployed Older Workers Find Work?" *Urban Institute*, January 2011.

Kroft, Kory, Fabian Lange and Matthew J. Notowidigdo. "Duration Dependence and Labor Market Conditions: Evidence from a Field Experiment." *The Quarterly Journal of Economics*, vol. 128(3), 2013, pp. 1123-1167.

Krolikowski, Pawel. "Job Ladders and Earnings of Displaced Workers." *American Economic Journal: Macroeconomics*, 2017, 9(2): 1-31. https://doi.org/10.1257/mac.20140064

Lahey, Joanna N. "Age, Women, and Hiring: An Experimental Study." *The Journal of Human Resources* 43, 2007.

Neumark, David. "Is it harder for Older Workers to Find Jobs? New and Improved Evidence from a Field Experiment", *National Bureau of Economic Research*, October 2015.

Nichols, Austin. "Consequences of Long-Term Unemployment", *Urban Institute,* July 2013.

"Older Workers." *Bureau of Labor Statistics Spotlight on Statistics*, July 2008.

Shimer, Robert. "The Probability of Finding a Job." *The American Economic Review,* vol. 98(2), May 2008.

"The Employment Situation – May 2022." *Bureau of Labor Statistics News Release USDL-22-1082*, June 2022.

U.S. Bureau of the Census, Income and Job Mobility in the Early 1990's, *Bureau of the Census Statistical Brief* (SB/95-1), Issued March 1995.

27

## 6  SPECIAL EARNINGS CIRCUMSTANCES

### 6.1 Self-Employment

In personal injury or death cases, it is not uncommon for an injured party (or deceased person) to own a business or be the primary generator for the profits of the business (which, under these circumstances, are earnings derived from the individual labor activities), whether or not that business is incorporated. Careful consideration should be given in these instances to derive the most reasonable estimate of the true economic earning power of the individual through this business. In such cases, the economist uses the same methodological framework required in managerial economics. The concept of normalizing profits commonly recognizes standard add-backs to incorporate in the analysis. Standard add-backs generally include meals, plus some percent of depreciation, car/truck expenses, business expense use of home, or extraordinary or one-time expenses, etc. *(Valuing Small Businesses & Professional Practices* by Pratt, Reilly, and Schweihs). In order to determine the true economic earning power of the worker who derives earnings through this operation it is imperative to rely on a breadth of managerial and financial economic resources.

Economists should also recognize that one's self-employment may allow for a flexible work schedule and potentially affect worklife issues.

Although not exhaustive, the following list identifies relevant financial and managerial economic sources relied upon when performing an economic analysis involving a business. The key managerial and financial economic textbooks and other government resources, many now available online, are provided in Section 8 of this appendix.

*Valuing a Business and Valuing Small Businesses & Professional Practices* authored by Pratt, Reilly and Schweihs | *Business Valuation Body of Knowledge: Exam Review and Professional Reference* authored by Pratt | *The Almanac of Business and Industrial Financial Ratios* authored by Troy | *Annual Statement Studies* authored by The Risk Management Association | *Valuing Intangible Assets* authored by Reilly and Schweihs | Guide *to Business Valuations* authored by Fishman, Pratt, et al. | *Valuation-Measuring and Managing the Value of Companies* authored by Copeland, Koller and Murrin | *Business Valuations: Fundamentals, Techniques and Theory* authored by Green | *Issues in Loss of Income Calculations for Self-Employed Individuals* from *Economica* authored by Beesley | *Managerial Economics and Organizational Architecture* by Brickley, Smith, Jr. and Zimmerman.

### 6.2 Executive Compensation

It is well known that executive employees generally receive greater compensation or incentives and a wider array of benefits than is typical of most employees. The compensation structure often includes a base salary, incentives or goals that allow for additional pay, plus the potential for stock options and other perquisites. In matters involving executive employment, sources more specific to executive compensation are identified and include *The National Executive & Senior Management Compensation Survey* published by Compdata Surveys, *The Executive Compensation Survey for Small to Medium-Sized Businesses* published by Aspen Publishers, Inc., *WorldatWork, Executive Compensation Analysis of Professional Service Firms* authored by Dietrich Associates, Inc., *Occupational Outlook Handbook* authored by Bureau of Labor Statistics, *The Institute for Policy Studies*, *The Economic Research Institute*, *Mercer*, *MRA-The Management Association, Ernst & Young, Hay Group, The American Economic Review,* among others.

### 6.3 Limited or No Work History

In some matters, there is little or no work history, such as cases involving injuries to individuals too young to have developed a work history or cases where individuals have had a prolonged absence from the labor market. In these matters, it is commonplace to utilize educational attainment and/or expected educational attainment as this has been identified as the best predictor of earnings, along with other socioeconomic characteristics, to estimate pre-injury *earnings capacity*. Resources and data regarding the economic returns to educational attainment as well as the expected educational attainment of youngsters given various socioeconomic characteristics are noted below.

*General Social Survey* published by *National Opinion Research Center (NORC)* at the University of Chicago | *Handbook of Labor Statistics* and *Occupational Outlook Handbook* published by U.S. Department of Labor | *Educational Attainment in the United States (various years)* published by U.S. Department of Education | *Occupational Employment Statistics* published by the Bureau of Labor Statistics | *Completing College: Assessing Graduation Rates at Four-Year Institutions* published by Higher Education Research Institute | *What You Do in High School Matters: The Effects of High School GPA on Educational Attainment and Labor Market Earnings in Adulthood* authored by French, Homer, and Robins | *Digest of Education Statistics, Education Statistics of the U.S., Projections of Education Statistics, Education Indicators, The Condition of Education, College Costs, Basic Student Charges at Two Year and, Four Year Institutions (Survey Report), Special Demographic Analysis, Education in the United States 1940-1983, High School and Beyond Tabulations, Coming of Age in the 1990s: The Eighth Grade Class of 1988 12 Years Later, and School Enrollment – Social and Economic Characteristics of Students* all published by U.S. Department of Education.

Specific articles and other resources include:

DeAngelo, Linda, et al. "Completing College: Assessing Graduation Rates at Four-Year Institutions." *Higher Education Research Institute at UCLA*, 2011.

Jepson, Christopher, Kenneth Troske and Paul Coomes. "The Labor-Market Returns to Community College Degrees, Diplomas, and Certificates." *Journal of Labor Economics*, vol. 23(1), 2014, pp. 95-121.

Card, David, et al. "The Intergenerational Transmission of Human Capital: Evidence from the Golden Age of Upward Mobility." *Journal of Labor Economics*, vol. 40 (1), 2022.

### 6.4 Immigration

Foreign-born workers constitute a share of the U.S. population and labor force. Data indicate the transition into the U.S. market is generally at lower wages than otherwise would be expected for natural-born individuals; however, the data also find such foreign-born workers can "catch-up" to those U.S. born counterparts depending on age, training and other work characteristics. One source of data is collected and tracked through the Current Population Survey published by the *Bureau of Labor Statistics*. Other literature representative of the labor and economic conditions relating to immigration are noted below.

*The Center for Comparative Immigration Studies | Policy Institute of California | Labor Economics* authored by Borjas | *The Concise Encyclopedia of Economics | National Bureau of Economic Research | Journal of Labor Economics | The Journal of Human Resources | Migration Information Source | Monthly Labor Review | Federal Reserve Bank of Dallas | Institute for the Study of Labor | Journal of Political Economy | How Do Immigrants Fare in the U.S. Labor Market?* authored by Meisenheimer II | *Why Do Skilled Immigrants Struggle in the Labor Market? A Field Experiment with Thirteen Thousand Resumes* authored by Oreopoulos | *Immigrants and the Labor Market* authored by Smith, among others.

## 6.5 Incarceration

Individuals that have been incarcerated or convicted of a felony have limited or no access to certain occupations and typically experience more difficulties and/or reduced earnings (with some exceptions) in the competitive labor market when compared to their counterparts without such a history. In addition to decreased job mobility and the potential lower wages, the literature suggests a depressed rate of wage growth over the course of such individuals' worklives as well. Specific sources include *American Sociological Review | Urban Institute's Re-Entry Roundtable | American Economic Review | The Impact of Incarceration on Wage Mobility and Inequality* authored by Western | *The Labor Market Consequences of Incarceration* authored by Western, Kling, and Weiman | *Incarceration Length, Employment, and Earnings* authored by Kling | among others.

## 6.6 Sheltered Employment

Sheltered employment recognizes the limitations of some individuals' ability to work in the competitive labor market, by providing work (and earnings) in an environment that does not require the same output as is expected in the competitive market. This arena allows an individual the opportunity to earn some monies, albeit at lower than market rates, and to also interact and participate in a social

environment. The following citations are specific references obtained from the sources listed above and are representative of the methodologies and calculations used in loss analyses concerning sheltered workers.

Kregel, John and David H. Dean. "Sheltered vs. Supported Employment: A Direct Comparison of Long-Term Earnings Outcomes for Individuals with Cognitive Disabilities." *Achievements and Challenges in Employment Services for People with Disabilities: The Longitudinal Impact of Workplace Supports,* 2002.

"Program Operations Manual Systems (POMS)." Social Security Administration, 2012.

"Ready, Willing, and Able to Work: Supporting Employers to Hire Workers with Disabilities." *Wisconsin Board for People with Developmental Disabilities*, 2014.

"Social Security Handbook" Social Security Administration, 2010.

Steveley, Janet. "Supported Employment of Oregonians with Developmental Disabilities: Recommendations for Action." *Oregon Council on Developmental Disabilities*, 2005.

"What Research Says: Supported Employment." *Beach Center on Families and Disability: The University of Kansas.*

30

## 7 OTHER MICROECONOMIC DATA

### 7.1 Life Expectancy

Life expectancy is an important parameter in calculating economic losses, particularly concerning the valuation of lost essential/home services and/or medical goods and services and other life care needs. Life expectancy is generally determined from the *National Vital Statistics Report* published by conducted by Centers for Disease Control and Prevention as a division of U.S. Department of Health and Human Services. Of note, the *National Vital Statistics Report* distinguishes by age, gender, race and origin. This can produce small variations, mainly women consistently have been found to live longer than men. Other sources regarding life expectancies can be obtained from Expectancy Data which publishes *Healthy Life Expectancy*, the *Statistical Abstract of the United States* from the *U.S. Census Bureau, Life and Worklife Expectancies* authored by Hugh Richards, and the *Monthly Labor Review* published by the *Bureau of Labor Statistics.*

### 7.2 Worklife Expectancy

Worklife expectancy tables measure the amount of time an average person by age, gender, and education is in the labor force and incorporates average periods of inactivity. As a determination of work years is necessary to evaluate future earnings and earnings losses, it is important to understand what these charts measure in the context of the worklife literature and data. There is an entire body of labor market literature addressing worklife and its interrelated counterpart, retirement. Other socioeconomic characteristics such as occupation, flexibility of work schedule (e.g., flexible due to self-employment), family finances, market trends, work/ leisure tradeoff issues, among other factors are also important considerations. For instance, there is a wealth of research available which demonstrates women are participating in the work force for longer periods of time than their

predecessors and this trend cannot be fully captured and integrated into worklife tables. Overall, the data and recent academic literature indicate worklife expectancy has been increasing over the past decade and this trend is expected to continue. Factors that encourage older workers to remain in the labor force include increases to the retirement age for social security, recent market conditions resulting in the lack of or little cost of living or wage increases, improved health requiring greater savings to fund a longer life expectancy, the trend towards defined contribution plans which results in reduced certainty of retirement benefits, and reduction in retiree health coverage. Also, changes in workplace conditions in terms of increased satisfaction, safety, technology (less physically demanding), divorce rates (people have to care for themselves on smaller incomes), higher education, and decreases in savings rates, among other factors impact work years (or retirement age). It is well acknowledged by economists that worklife expectancy tables, which do not include information on the current working population (since they have not yet retired), cannot and do not fully account for these trends or the issues described above.

Thus, worklife expectancy tables are but one source of information and provide only a lower bound on work years. In addition to the changing trends, worklife tables have statistical and data collection limitations that, as noted above, do not fully account for the changing labor market participation that has evolved over the past decades. Consequently, there is no age- certain retirement that can be "plucked" from a chart; rather the full array of data and particulars of the instant case should be used.

Representative sources for worklife include: *Center for Retirement Research* regarding work years at Boston College | *Bureau of Labor Statistics* |

*Current Population Survey* and the *Statistical Abstract of the United States* published by the U.S. Census Bureau | *Monthly Labor Review* published by the *Bureau of Labor Statistics | Social Security Bulletin | Economic Policy Institute | Gamboa Gibson Worklife Tables* published by Trial Guides | *Older workers* published by the Bureau of Labor Statistics | *American Working Conditions Survey* published by RAND Corporation | *Life and Worklife Expectancies* authored by Hugh Richards and Michael Donaldson | *Employment Trends by Age in the United States* from *The Journal of Human Resources* authored by Banerjee and Blau | *Social Security's Real Retirement Age is 70* authored by Munnell | *What is the Average Retirement Age* authored by Munnell | *Total Worklife Expectancy* authored by Krueger and Slesnick | *Retirement Confidence Survey* published by Employee Benefit Research Institute | *Which Workers Are Delaying Retirement and Why?* Authored by Miller and Nyce | *Estimating Worklife Expectancy: An Econometric Approach* authored by Millimet, Nieswiadomy, Ryu, and Slottje | *The New Worklife Expectancy Tables* authored by Gamboa and Gibson | other various academic and research articles authored by J. Ciecka, M. Brookshire, A. Gamboa, and others.

Specific articles and other resources include:

Belbase, Anek, Geoffrey T. Sanzenbacher, and Christopher M. Gillis. "Does Age-Related Decline in Ability Correspond with Retirement Age?" *Center for Retirement Research at Boston College*, 2015.

"Changing Expectations About Retirement." *Employee Benefit Research Institute and Greenwald & Associates*, 2014 Retirement Confidence Survey.

Copeland, Craig. "Labor-Force Participation Rates of the Population Ages 55 and Older, 2013." *Employee Benefit Research Institute*, vol. 35(4), 2014, pp. 2-10.

Gamboa, A. M., and David S. Gibson. "Gamboa Gibson Worklife Tables: By Gender, Level of Educational Attainment, and Type of Disability." *Trial Guides, LLC*, 2010.

Gendell, Murray. "Older Workers: increasing their labor force participation and hours of work." *Monthly Labor Review*, 2008, pp. 41-54.

Kadlec, Dan. "Why More Older Workers Want a New Job." *Money.com,* 2016.

Munnell, Alicia H. "Social Security's Real Retirement Age is 70." *Center for Retirement Research at Boston College,* 2013.

"Older Workers." *Bureau of Labor Statistics,* 2008.

Quinby, Laura D. et al. "How has COVID-19 affected the labor force participation of older workers?" *Center for Retirement Research at Boston College*, October 2021.

Rafter, Michelle V. "Top 10 Reasons Booms Delay Retirement." *Fox Business*, 2011.

Rutledge, Matthew S., Christopher M. Gillis, and Anthony Webb. "Will the Average Retirement Age Continue to Increase?" *Center for Retirement Research at Boston College,* 2015.

Samwick, Andrew. "New evidence on pensions, social security, and the timing of retirement." *Journal of Public Economics,* vol. 70, 1998, pp. 207-236.

### 7.3 Essential/Home Services

Part of the economic losses associated with personal injury or death is the productive labor (paid or unpaid) an individual contributes to the household. These are referred to as essential or home services and include, but are not limited to, cooking, cleaning, general indoor and outdoor

32

house maintenance, handyman work, childcare, household finances, etc. The value is measured by determining the time (and associated replacement or opportunity costs) to provide the services the injured (or deceased) individual is now no longer able to perform, is less efficient at performing, or performs at the cost of pain and increased subsequent problems. The loss of these services represents a real loss of value, for either the household must hire outside help to assist in household management, a person in the household must now spend extra time performing the duties previously the responsibility of the injured or deceased person, or the services are not provided, with a subsequent reduction in the household's standard of living. The value of these services is generally determined by the market wage (replacement wage or opportunity costs) for such services; however, the market wage for the person now performing these services is also an appropriate measure of economic value.

Perhaps the most recognized study measuring the time spent on household services is the *American Time Use Survey* published by the *Bureau of Labor Statistics* which collects and groups data by age, gender, composition of family, labor force status and earnings, etc. Many additional resources analyze, expand and value the activities identified in the survey and include publications such as *Beyond the Market: Designing Nonmarket Accounts for the United States, 2005* authored by The National Research Council, and *The Dollar Value of a Day* authored by Expectancy Data.

Notably, nanny services can be an important component within essential or home services and must be given careful consideration when the loss includes the need for replacement of services typically provided to young children.

In addition to the citations listed above, sources representative of essential/home services include: *International Nanny Association* | *The Dollar Value of Household Work* authored by Bryant, Zick, and Kim | *Time for Life: The Surprising Ways Americans Use Their Time* authored by Robinson and Godbey | *Family Economics and Nutrition Review* and *Expenditures on Children by Families* published by U.S. Department of Agriculture | *Occupational Outlook Handbook* published by U.S. Department of Labor | *Monthly Labor Review* | *Journal of Human Resources* | *Journal of Marriage and the Family* | *Gender & Society* | *Social Forces* | *Family Economics Review* | articles authored by W.H. Gauger and K.E. Walker, K.E. Walker and M.E. Woods, M.V. Leonesio, H. Paul, T. Van der Lippe and J.J. Siegers, F. Stafford and G. Duncan, M. Minton and J. Bloch, J. Peskin, among others.

Specific articles and other resources include:

Bonke, Jens. "Paid Work and Unpaid Work: Diary Information Versus Questionnaire Information." *Social Indicators Research*, vol. 70(3), 2005, pp. 349–368.

Ehrenberg, Ronald and Robert Smith. *Modern Labor Economics: Theory and Public Policy.* 8th ed., Pearson Education, Inc., 2003.

Kan, Man Y. and Stephen Pudney. "Measurement Error in Stylised and Diary Data on Time Use." *Sociological Methodology*, vol. 38, 2008, pp. 101–132.

Martin, Gerald D. "Determining Economic Damages." *James Publishing*, rev. 5, 1993, pp. 6.1–6.6.

Ormiston, Michael B. *Intermediate Microeconomics.* Fort Worth: Dryden Press, U.S., 1992, pp. 182-185.

Pocock, Mark and Carolyn Barker. "Placing a Value on Volunteer Time." *The Investigator*, vol. 1(2), 2005.

Schulz, Florian and Daniela Grunow. "Comparing Diary and Survey Estimates on Time Use." *European Sociological Review*, vol. 28(5), 2012, pp. 622-632.

Sharp, H. "Calculation of Damages from Personal Injury, Wrongful Death, and Employment Discrimination: A Nonauthoritative Guide." *American Institute of Certified Public Accountants*, *98-2*, 1998.

Wolf, Robert P. "Assessing the Value of Household Services." *TRIAL*, 1986, pp. 81-83.

## 7.4 Personal Consumption

In death cases, to return the surviving member(s) to the same standard of living, the earnings contribution of the decedent needs to be offset by the decedent's likely personal consumption. *The Consumer Expenditure Survey* published annually by the *Bureau of Labor Statistics* shows annual expenditures on household items and goods categorized by age, family composition, education, income, occupation, race, housing tenure and type of area, geography, etc.

As with most economic analyses, there is no simple formula for capturing the personal consumption offset; however, the surveys and studies identify typical expenditures by household composition providing guidelines for an economic analysis. It is equally important to assess individual circumstances and lifestyles to come to a reasonable opinion regarding the personal expenses or consumption of the deceased.

When evaluating the appropriate personal consumption offset, it is important to recognize only the share of the family's earnings that would have been exclusively consumed by the decedent is to be offset.

The share of the decedent's earnings likely consumed or required by other family members is not included, nor are expenditures on goods jointly consumed, such as housing.

An abundance of literature and sources exist on this subject and include: *Consumer Expenditure Survey* from the Bureau of Labor Statistics | *SOI Bulletin* published by the Internal Revenue Service | F*amily Economics and Nutrition Review* published by U.S. Department of Agriculture | *Review of Income and Wealth* | *Expenditures on Children by Families* published by U.S. Department of Agriculture | *Review of Economics of the Household* | *Family Economics Review* | *Monthly Labor Review* | *Economic Report of the President* published by the Council of Economic Advisors | articles authored by *E. Cheit, J.Burke and H. Rosen,* R. *Gieseman and J. Rogers, E. Jacobs and S. Shipp,* and others.

Specific articles and other resources include:

Krueger, Kurt V. "Personal Consumption by Family Type and Household Income." *Journal of Forensic Economics*, 25(2), 2015, pp. 203-220.

Ruble, Michael R., Robert Patton and David Nelson. "Patton-Nelson Personal Consumption Tables 2016-17." *Journal of Legal Economics*, 25(1-2), 2019, pp. 75-89.

## 7.5 Net Wealth

In certain cases (for example, the loss to a child in the death of a parent), loss of net wealth (or inheritance) may also be a component of economic loss. (Of note, slight variations may exist among states in the nomenclature of net wealth, but the essence is the same.) Net wealth represents the net savings of an individual from financial instruments (e.g., cash, pension, investments) as well as real property (e.g., real estate) likely to accrue over the lifetime of the decedent and become available to the estate and its heirs. The loss of inheritance recognizes the reduced value of the decedent's estate. Net

34

(accumulated) wealth is identified in some sources in dollar amounts but also is oftentimes measured as a percent of the remaining earnings of the decedent. In the case where children are the claimants, the net accumulation of wealth from the decedent's earnings accrual generally commences upon the emancipation of the children and continues through the parent's worklife expectancy; however, other avenues of measurement are also reasonable. *The Board of Governors of the Federal Reserve System* publish data collected through the *Survey of Consumer Finance* which includes information on families' balance sheets, pensions, income, and demographic characteristics. Other sources include the *Statistical Abstract of the United States* published by the U.S. Census Bureau, *The Economic Journal, Journal of Business & Economic Statistics, Center for Retirement Research at Boston College, National Bureau of Economic Research, Review of Income and Wealth,* among others.

Specific articles and other resources include:

Hogarth, Jeanne. "Saving and Dissaving in Retirement." *Family Economics Review*, vol. 2 no.2, 1988, pp. 13-25.

Poterba, James, Steven Venti, and David Wise. "The Composition and Drawdown of Wealth in Retirement." *Journal of Economic Perspectives*, vol. 25(4), 2011, pp. 85-118.

Wolff, Edward N. and Maury Gittleman. "Inheritances and the distribution of wealth or whatever happened to the great inheritance boom?" *Journal of Economic Inequality*, vol. 12(4), 2013.

## 7.6 Parental Care Provided by Children

On occasion contributions to elderly parents by their grown/emancipated children need to be valued and the following resources provide reasonable guidelines to assess these losses.

*Journal of Gerontology | The Gerontologist | Journal of Marriage and the Family | Research on Aging | Demography | Journal of Women & Aging | Family Relations | The Family Coordinator | Family Economics Review |* articles authored by *Shanas, Stoller and Earl,* and *Espenshade |* survey regarding the care-giving responsibilities of their employees for the elderly conducted by *Travelers |* studies conducted by the *Laditkas and Marks |* and additional articles authored jointly by *Couch, Daly, and Wolf* as well as *Doty, Jackson, and Crown*.

 **8**     **ADDITIONAL RESOURCES**

## 8.1 Law and Economics

Over the past three decades, several textbooks have focused on the application of the legal and economic issues needed in measurement of monetary losses or damages. These textbooks also explain the methodology and cite data resources. Other textbooks focus more heavily on the underlying theory behind the valuation of economic losses. Some representative textbooks are noted below.

*Determining Economic Damages* authored by Martin and Vavoulis | *Evaluating and Settling Personal Injury Claims* authored by Gold | *Litigation Services Handbook: The Role of the Financial Expert* authored by Weil, Wagner, and Frank | *Statistics in Litigation: Practical Applications for Lawyers* authored by Wehmhoefer | *Cases and Materials on Law and Economics* authored by Barnes and Stout | *Law & Economics* authored by Cooter and Ulen | *Proving Business Damages* authored by Cerillo | *Recovery of Damages for Lost Profits* authored by Dunn | *Measuring Commercial Damages* authored by Gaughan | *Economics and Financial Issues in Lost Profits Litigation* in Litigation Economics authored by Gaughan | *Journal of Law and Economics*.

## 8.2 Managerial and Financial Economics

As noted earlier, many injury and death cases involve individuals who derive their earnings from self- employment whether through an incorporated entity or not. In these circumstances, it is important to rely on managerial and financial economic resources to determine the earnings derived through labor activity. These resources outline the microeconomic issues associated with operating a business. Such textbooks identify and explain the costs (variable and fixed) involved in business operations and the methodology to determine profits which is, in the case of a small business (not necessarily solely owned) or personal service business, earnings.

Academic textbooks in managerial and financial economics discuss and outline the underlying theory of business operations, the critical parameters to consider in the determination of business operations, the resulting net profits or net earnings, among other factors. The following cites include academic and professional practice textbooks that are the basis for measuring business operations and the value of a business and are all available in our professional library. This valuation process (economic analysis) is applicable irrespective of whether there is or is not a litigation (personal injury, death, or commercial) issue.

*Principles of Economics* and more advanced micro/ macroeconomic textbooks authored by *Samuelson, Lipsey and Steiner, Baumol and Blinder, Ekelund and Tollison, Ferguson, Mathis* and *Koscianski, Henderson* and *Quandt, Mansfield, Pindyck and Rubinfeld,* and *Hirshlefer* | *Managerial Economics and Business Strategy* authored by Baye | *Managerial Economics* by Rooney | *Fundamentals of Managerial Economics* by Pappas and Brigham | *Managerial Economics* authored by Maurice and Smithson | *Basic Financial Management textbooks* by Gitman, Brigham, and Rao | *Financial Theory and Corporate Policy and Managerial Finance* both authored by Copeland and Weston | *Financial Institutions* by Edmister | *Fundamentals of Financial Management* authored by Brigham | *Economic Analysis: Theory and Application* authored by Maurice and Phillips | *Business and Government* authored by Peterson | *Fundamentals of Financial Management* authored by Rao |

*Financial Institutions, Valuations, Mergers and Acquisitions: The Fair Value Approach* authored by Rezaee | *Public Finance* authored by Rosen | *Longitudinal Analysis of Labor Market Data* by Heckman and Singer | *Essentials of Investments* authored by Bodie, Kane, and Marcus | *Encyclopedia of Associations* authored by Gale Research, Inc. | *National Trade and Professional Associations* authored by Columbia Books, Inc. | *Journal of Risk and Insurance* | *Journal of Risk and Uncertainty* | *Journal of Business*.

In matters requiring a more complex analysis, econometrics (typically regression analysis) may be utilized to identify the likelihood of discrimination or other claims and/or to estimate lost profits. Econometrics is widely used and accepted by academic and government institutions as well as in legal settings. A representative sample of econometric textbooks and other sources follows.

*Essentials of Econometrics* authored by Gujarati | *Econometric Theory* authored by Goldberger | *Econometrics* authored by Wonnacott and Wonnacott | *Introductory Econometrics – A Modern Approach* authored by Wooldridge | M*ostly Harmless Econometrics: An Empiricist's Companion* authored by Angrist and Pischke | U*sing Econometrics – A Practical Guide* authored by Studenmund.

Specific articles and other resources include:

Walgenbach, Paul H., Norman E. Dittrich and Ernest I. Hanson. *Principles of Accounting.* 3rd ed, Harcourt Brace Jovanovich, Publishers, 1984, pp. 856.

### 8.3 Other Resources

Articles from well-ranked academic journals often cover various micro-, macro- and behavioral economic issues and include: *Journal of Labor Economics | Economic Inquiry | Southern Economic Journal | American Economic Review | Journal of the Political Economy | Journal of Public*

*Economics | Empirical Economics | Oxford Bulletin of Economics and Statistics | Applied Economics | Review of Economics and Statistics | Quarterly Review of Economics and Finance,* among others.

Other journals are occasionally referenced with respect to certain topics and comprise: *Journal of Forensic Economics | Review of Social Economy Journal of Socio-Economics | Population and Development Review | Demography | Statistics for Industry Groups and Industries, Geographic Area Statistics,* among others.

Textbook resources include: *Chance Encounters: A First Course in Data Analysis and Inference* authored by Wild and Seber | *Essentials of Econometrics* authored by Gujarati.

Specific articles and other resources include:

Congdon-Hohman, Joshua, and Victor Matheson. "Potential Effects of the Affordable Care Act on the Award of Life Care Expenses," *Journal of Forensic Economics*, 24(2), 2013, pp. 153-160.

Gaskins, Rick R., et al. "The Effect of the Loss of a Parent on the Future Earnings of a Minor Child," *Eastern Economic Journal*, Vol. 36, No. 3, Summer 2010, pp. 370-390.

Brookshire, Michael L., et al. "A 2012 Survey of Forensic Economists: Their Methods, Estimates, and Perspectives." *Journal of Forensic Economics* 24(1), 2013, pp. 67-99.

Further, other sources exist and may be relevant for case- or project-specific matters such as antitrust or regulatory issues and while not explicitly stated in this appendix are available in our professional library.

37

## 8.4 Website Resources

American Medical Association
http://www.ama-assn.org

Bureau of Labor Statistics
http://www.stats.bls.gov

Bureau of the Census
http://www.census.gov

Colorado Department of Labor
http://www.state.co.us

Congressional Budget Office
http://www.cbo.gov

Consumer Expenditure Survey
http://www.bls.gov/cex/#products

Council for Community and Economic Research
http://www.c2er.org

Current Population Survey
http://www.bls.census.gov/cps/cpsmain.htm

Economy.com, Inc.
http://www.economy.com

Employee Benefit Research Institute
http://www.ebri.org

Federal Reserve Board
http://www.federalreserve.gov

Federal Reserve Bank of St. Louis
http://www.stls.frb.org

FEDSTATS
http://www.fedstats.org

General Accounting Office (GAO)
http://www.gao.gov

Global Insight (formerly DRI-WEFA)
http://www.globalinsight.com

Government Printing Office
http://www.access.gpo.gov

Internal Revenue Service
http://www.irs.gov

National Bureau of Economic Research
www.nber.org
*Note: NBER highlights the latest economic research on COVID-19 at nber.org/topics/covid-19*

National Center for Education Statistics
http://www.nces.ed.gov

Social Security Administration
http://www.ssa.gov
*Note: SSA provides several kinds of benefits calculators, accessed at https://www.ssa.gov/benefits/calculators*

Statistical Abstract of the United States
http://www.census.gov/statab/www/

US Bureau of Economic Analysis
http://www.bea.doc.gov

US Chamber of Commerce
http://www.uschamber.org

US Department of Agriculture (Economic Research Service)
http://www.econ.ag.gov

US Office of Personnel Management
http://www.opm.gov

US Department of Commerce
http://www.doc.gov

US Department of Education
http://www.ed.gov

US Department of Health and Human Services
http://www.hhs.gov

US Department of Labor
http://www.dol.gov

Numerous other websites and resources provide information regarding wages, benefits, pensions, occupations, among others, and are available by state, region, etc.

38

# Appendix C
# Patricia L. Pacey, Ph.D.

- **Curriculum Vitae**

- **Deposition Testimony List**

- **Trial Testimony List**

- **Fee Letter**



# Patricia L. Pacey, Ph.D.

**PRESIDENT**

## CONTACT

⚲ **3005 Center Green Dr, Ste 200**
**Boulder, Colorado 80301**

📞 **303-530-5333**

✉ **ppacey@paceyecon.com**

## EDUCATION

**University of Florida**
Ph.D.in Economics, with honors
(Labor Economics/Industrial
Organization/Statistics/Taxation),
1976

**University of Florida**
Bachelor of Arts in Mathematics,
cum laude, 1971



# PROFESSIONAL ACTIVITIES

**Pacey Economics, Inc., Economic and Business Consulting Firm, President**

- Provide economic evaluation of loss in personal injury and wrongful death matters, integrating issues of occupational mobility, labor force participation, age-earnings profiles, disabled workers in the labor market, etc. Incorporate the value of homemaker services given private and public surveys and specific family circumstances of time contributions to such a household. Specify costs for additional medical care or services required of an injured party.

- Provide analysis of employment termination matters, including statistical analysis of various employment practices as well as economic evaluation of damages. Prepare bar charts, graphs and other demonstrative tools. Develop computer macro models for more efficient analysis of multi-client claims.

- Prepare academic studies and reports for the Colorado Public Employee Retirement Association (PERA). Studies include the economic and fiscal impacts of PERA beneficiary payments on the Colorado economy, quantifying the impacts into output, value-added, labor income, and employment by various regions of the state. Additional analysis on the specific fiscal impacts from income, sales and property taxes are ascertained by analyzing personal consumption, housing and tax data. Another study found a net positive impact on Colorado by contributing to PERA rather than having the public employees in the Social Security system over the past 25 years. Other projects compare the performance of a defined contribution (DC) plan vis-à-vis a defined benefit (DB) plan to evaluate the funding (or underfunding) of different pension plans, assess state and local public pension plans in Colorado to identify the opportunity for economies of scale or potential cost efficiencies through other management avenues.

- Conducts research projects, many on behalf of the State of Colorado, b u t also for specific industries or markets. Contracts awarded include the development of a comprehensive Amendment 23 model to compare different funding and spending scenarios for legislative needs, revenue forecasting and other econometric forecasting models, evaluation of the economic performance of various government agencies, etc. Other projects have involved determining appropriate products for sampling techniques, collecting price data by school district in Colorado as well as incorporating shopping pattern habits and determining and computing various statistical measures to confirm the validity of the study.

- Using relevant macroeconomic statistics (e.g., population, tourism, etc.) and industry specific data to review and present analyses regarding the changes in real estate values due to environmental contamination, among other issues, and many projects involving the analysis of large data sets utilizing econometric techniques.

- Prepare evaluations of lost profits and/or other economic damages as they relate to specific business interruptions (breach of contract, defective product, etc.). Research the economic indicators relevant to the specific industry business life cycle, and the economic environment to develop economic foundation and data for the basis of assumptions utilized in an analysis.

- Examine antitrust matters involved in identifying relevant markets, monopoly power and issues of corporate conduct as they relate to market performance. Develop necessary economic foundation and statistical support for assumptions regarding market performance (revenue levels, variable costs, profit margins, etc.) Integrate assumptions to determine economic damages and often team with national accounting firms to combine economic and accounting expertise.

- Other projects include valuing acquisitions and as strategy. Examine the critical variables employed in financial techniques utilized in investment decisions. Utilize econometric modeling in the evaluation of optimal dividend payout policies and the identification of the underlying criteria associated with stock price variation. Provide reviews of academic literature and synthesize/translate the implications for business use. Assess economic impact of specific events on local areas. Utilize economic principles to develop pricing policies and forecast market conditions.

- More information and background on Pacey Economics, Inc. can be found on the company website (www.paceyecon.com).

## PRIOR WORK EXPERIENCE

**University of Colorado, College of Business and Administration, Adjunct Professor, 1986 through 1992.**

- Focused on teaching in the areas of managerial economics and finance at both the undergraduate and graduate levels, plus Business and Law courses both at the Boulder and Denver campuses. Continued research activities with colleagues and was a member of the graduate faculty.

**University of Colorado, College of Business and Administration and Graduate School of Business Administration, Director of Research Center Programs, May 1985 to December 1985.**

- Responsibilities included conducting feasibility of new University/Industry program. Identified projects for joint faculty and business research endeavors.

**University of Colorado System, Economics Professor, August 1977-May 1985.**

- Teaching responsibilities included microeconomic theory, statistics, econometrics, managerial economics and antitrust and regulated industries economics. Research was focused primarily in demand and marketing analyses in telecommunications, labor and sports industries. As a faculty member, taught initially on the Colorado Springs campus and then the Boulder campus.

**Congressional Budget Office, Washington, D.C., Associate Analyst and Adjunct Professor of Economics, George Mason University, 1976-1977.**

- Responsibilities included providing cost estimates for bills introduced in the U.S. Congress in areas related to manpower training, education, and social security. This position required a substantial degree of liaison work with Congressional committee members and their staffs, as well as the ability to interpret into cost estimates. Also, maintained teaching responsibilities as adjunct professor.

**University of Florida J. Hillis Miller Health Center, Office of the Vice President, Assistant for Planning and Budget, Gainesville, Florida, 1973-1976.**

- Directed the pilot study for the American Association of Medical College cost study. Provided statistical and research analyses to be used as the basis for the Health Center Legislative budget. Assisted in developing and compiling the budgets for the Colleges of Medicine, Dentistry, Pharmacy, Nursing, and Physical Therapy (now known as the college for Public Health and Health Professions); subsequently, the Health Center now also includes the College of Veterinary Medicine.

## JOURNAL ARTICLES AND PUBLICATIONS

- "The Political Economy of Deregulation: The Case of Intrastate Long Distance," with D. Kaserman and J. Mayo, Journal of Regulatory Economics, March 1993, Vol. 5, No. 1, 49-63.

- "Discounting to Present Value: The Economist's View," The Colorado Lawyer, June 1991, Vol. 20, No. 6, 1211-1217.

- "Televising College Football: The Complementarity Between Attendance and Viewing," with W. Kaempfer, Social Science Quarterly, March 1986.

- "A Note on Purchased Power Adjustment Clauses," with D. Kaserman and R. Blair, Journal of Business, October 1985, Vol. 58, No. 4, 409-417.

- "Cable Television in a Less Regulated Market," Journal of Industrial Economics, September 1985, Vol. 34, 81-92.

- "Measures of Economic Loss in the Wrongful Death of a Child," The Colorado Lawyer, March 1985, Vol. 3, 392, 400-402.

- "College Football Television: Where are They Going?," with E. Wickham, Economic Inquiry, January 1985, 93-113.

- "Local Measured Telephone Service in the USA," with L. Singell, Jr., Telecommunications Policy, September 1984, 249-255.

- "The Distribution of Athletic Scholarships Among Women in Intercollegiate Sports," with J. Coakley, in Sport and the Sociological Imagination, ed. by Nancy Pheberger and Peter Donnelly, Champaign, IL, Human Kinetics, June 1984.

- "Measures of Economic Loss in Death of a Child," Trial Talk, April 1984, 28-30.

- "Long Distance Demand: A Point-To-Point Model," Southern Economics Journal, April 1983, 1094-1107.

- "Impact of Deregulation on Point-To-Point Demand in the USA," with S. Berg, Telecommunications Policy, December 1982, 308-314.

- "The Courts and College Football: New Playing Rules Off the Field?," American Journal of Economics and Sociology, July 1982, 257-267.

- "Equal Opportunity for Women in Intercollegiate Sports: Influences on Participation," American Journal of Economics and Sociology, July 1982, 257-267.

- "How Female Athletes Perceive Coaches," with J. Coakley, Journal of Physical Education and Recreation, Vol. 53, No. 2, February 1982, 54-56.

- "Cost Studies of the J. Hillis Miller Health Center," pilot study, published and distributed to the Board of Regents and Department of Administration (Florida), presented to National Institute of Health Representative, Summer 1974.

- "Projections of Population, Employment and Income, Selected Florida Counties for 1975, 1980, 1990, 2000, published and distributed to selected state agencies by Bureau of Economic and Business Research and the Department of Water Resources, Fall 1973.

- "Age Characteristics of Florida's Population, 1970 to 1980," published in Population Studies, March 1973.

- "Estimating Personal Income," published in Business and Economic Dimensions, July-August 1972.

## CONSULTING REPORTS (PUBLIC)

- Consulting projects conducted for State agencies are described below. A copy of these reports are typically available on the agencies' websites. In addition, consulting services have been provided to various athletic departments across the country and a statistical analysis was conducted for the Institute for the Advancement of the American Legal System at the University of Denver.

- Various PERA Projects, 2012-2013 on behalf of Colorado PERA. In December 2012, "Why Moving to Social Security is a Bad Idea for Coloradans" focused on the difference between contributions to PERA v. Social Security. Colorado employees and employers have consistently contributed more into the Social Security system than Colorado retirees have received in benefits while PERA investment income has more than covered benefit payments and administrative expenses over the past 25 years. In February 2013, "An Apples to Apples Comparison of PERA and Private Sector Retirement Plans" revealed that for the same retirement contributions made by private sector employees and employers, PERA provides a more efficient return (i.e., more benefits for the same cost). In August 2013, "PERA Pension Payments – Fiscal Impacts on State Income Tax, Sales Tax, and Property Taxes" revealed the total fiscal impact from Colorado PERA payments to retirees is nearly $300 million. Our most recent study in November 2013 reviews potential cost savings to the state of Colorado through consolidation of municipal pension plans.

- "The Declining Enrollment Study: A Comprehensive Review of Funding for Colorado Public School Education," March 2010 on behalf of Colorado Department of Education. This research study explored the impact of declining enrollments on Colorado school districts' funding and expenditures as well as student performance as measured by CSAP scores. Analyses associated with the public school funding formula, necessary education costs, education choice, and the characteristics of students and districts were performed. In addition, topics including school district consolidation and the cost of providing an education meeting state and federal requirements were addressed. A comprehensive report was provided plus a shorter version titled "Highlights & Recommendations of The Declining Enrollment Study" was also issued. The key findings from the study were presented to the Colorado Senate and House Education Committees as well as the Colorado State Board of Education.

- "Colorado PERA's Economic & Fiscal Impacts," August 2009 and November 2011 on behalf of Colorado PERA. This research study measured the economic and fiscal impacts of the Colorado Public Employees' Retirement Association (PERA) benefit payments to Colorado recipients and provides a description of PERA members (active and benefit recipients). PERA is the retirement plan for over 400 government agencies and public entities within the State of Colorado with over 190,000 active members and almost 79,000 retirees. The association provides benefit payments of $2.45 billion annually to Colorado residents (as of March 2009). The research included analyses at the state, regional, and county levels including the use of an input-output model to estimate the economic and fiscal impacts. A presentation of the study was given to the PERA Board of Trustees. An updated study was performed in November 2011 showing that there are over 200,000 active members and over 90,000 retirees. The association provides benefit payments of $3.03 billion annually to Colorado residents (as of July 2011).

- "Response to Key Findings Outlined in Deferred Retirement Compensation for K-12 Employees: Understanding the Need for Pension Reform," Spring 2009 on behalf of Colorado PERA. This paper was a response to the issue paper entitled "Deferred Retirement Compensation for K-12 Employees: Understanding the Need for Pension Reform" authored by Michael Mannino, Ph.D. dated December 2008.

- "Commission to Strengthen & Secure PERA Final Report to the State Treasurer", September 2005 on behalf of the State of Colorado Treasurers Office. The Colorado State Treasurer formed the Commission to review the financial health of the Colorado Public Employee Retirement Association (PERA) which provides pension benefits to state and local public employees. The Commission, comprised of business executives, public-sector leaders and academic experts, took testimony from PERA, legal counsel, and pension professionals. The report explores the causes of PERA's present financial situation and identifies solutions to restore fiscal stability to the state's pension program and to strengthen its governance structure to prevent financial problems in the future.

- "Colorado School District Cost of Living Study", December 2001, January 2004, and December 2005 on behalf of the Colorado Legislative Council. This study was utilized by the State of Colorado to determine school funding from the State to the 178 school districts. The cost of a standard basket of goods was determined in each school district to determine the relative cost of living for each school district to be incorporated into the public school funding formula.

- Review for Environmental Protection Agency on the report entitled, "Labor Costs for National Drinking Water Rules," March 2003.

- "Colorado Lottery Forecast Analysis", September 2001, on behalf of the Office of the State Auditor. This project included an analysis and review of the statistical procedures currently used in the Colorado Lottery's revenue forecasting methods as well as the development of an alternative econometric forecasting model. Findings and recommendations were discussed in a report and presented to the Legislative Audit Committee.

- "Amendment 23 Economic Modeling For Decision Makers", February 2001, on behalf of the Office of the State Auditor. This consulting project involved an analysis of the impact of Amendment 23 to the Colorado Constitution, which created an education fund from a portion of tax revenues and mandated minimum spending levels the state legislature must provide for public education in Colorado. The end result of the project was the development of a comprehensive model, which allows legislators to evaluate the impact of future funding and spending scenarios on the longevity of the fund. This project required working closely with members of various government departments including Legislative Council Staff, Office of the State Planning and Budgeting, Colorado Department of Education, Department of Treasury, etc. and findings were presented to the Legislative Audit Committee and the Joint Budget Committee.

## PERFORMANCE AUDITS

**"Regional Transportation District Performance Audit",** August 2006, on behalf of the Office of the State Auditor. The Regional Transportation District (RTD) is a political subdivision of the State that provides a transportation network for an eight-county Denver metropolitan region. The primary objective of the audit was to evaluate RTD's fare-setting and route efficiency practices. Audit work included interviews with key personnel, review and analysis of RTD documents and databases, and analysis of other transportation districts' programs. The report for this audit included background on RTD, audit findings, and recommendations for change. The findings were orally presented before the Legislative Audit Committee, a committee comprised of four state senators and four state representatives.

The following performance audits were conducted on behalf of the Office of the State Auditor for programs that are funded by monies received by the State of Colorado through litigation with tobacco companies. The audits were conducted to review the program and determine if it was effectively and efficiently meeting its stated goals. Audit work included gathering information through document review, interviews with program managers and fiscal staff, analysis of data, and on-site visits with grantees. Information was gathered regarding the overall administration of the programs, the application process, budgeting issues, and reporting requirements. A report was issued for each audit that included a review of the program, audit findings, and recommendations for change. Each report was orally presented before the Legislative Audit Committee.

- "Read to Achieve Grant Program Performance Audit", July 2006. The Read to Achieve Grant Program funds intensive reading programs for 2nd and 3rd grade students and students between 3rd and 4th grade whose literacy and reading comprehension skills are below levels established by the State Board of Education. The program is managed by the Colorado Department of Education while the grantees include Colorado public elementary schools.

- "Nurse Home Visitor Program Performance Audit", May 2006 and August 2002. The Nurse Home Visitor Program offers home visits by specially trained nurses to first-time, low-income mothers during pregnancy and through the child's second birthday. The program is managed by the Colorado Department of Public Health and Environment while county health departments, nursing services, and other agencies provide the direct services to mother and child. As part of the program, the grantees bill Medicaid, administered by the Department of Health Care Policy and Financing. The Office of the State Auditor contracted with Pacey Economics Group to perform the initial audit in 2002 and then the follow-up audit in 2005/2006.

- "Tobacco Education, Prevention, and Cessation Grant Program Performance Audit", December 2004. The Tobacco Education, Prevention, and Cessation Grant Program provides grants to community-based and statewide tobacco education programs to promote a reduction in the use of tobacco and a reduction in exposure to second-hand smoke. The program is managed by the Colorado Department of Public Health and Environment. The grantees included county health departments/nursing services, statewide initiatives such as Quitline/QuitNet and media advertisements, and youth coalitions/community partnerships.

- "Comprehensive Primary and Preventive Care Grant Program Performance Audit", June 2003. The Comprehensive Primary and Preventive Care Grant Program provides grants to health care providers in order to expand primary and preventive health care services to Colorado's low income, uninsured residents. The program is managed by the

Colorado Department of Health Care Policy and Financing while the grantees include community/family health clinics that specialize in providing medical and dental care to medically indigent individuals.

## CONTRACTS AND CONSULTING REPORTS (PRIVATE)

Involved in contract and grant activity while a full-time or adjunct university professor and consulting projects for business clients. Consulting reports for business clients are generally confidential and are, therefore, not publicly available. Former clients include Florida Cable Television Association (FCTA), U.S. West, College Football Association (CFA), Mobil, Wendhi, ETTA, Idaho Cattle Producer's Association, among others.

**"Dividend Payout and Stock Prices Analysis"** consultant for U.S. West, spring 1995.

**"Gender Participation Analysis"** consultant for College Football Association, fall 1994.

**"Valuing an Acquisition"** and **"Diversification as Strategy,"** co-consultant for U.S. West, Strategic Marketing Division, summer 1988.

**"The Economic Impact of College Football on the Local University Community,"** studies conducted for member schools in the College Football Association (CFA), 1988 - present.

**"Risk and Return Analysis,"** co-consultant for U.S. West, Strategic Marketing Division, Winter 1986 - 1987.

**"Review of the Financial Services Industry,"** co-consultant for U.S. West, Strategic Marketing Division, 1986.

**"Study of Interstate Telecommunications Service in Colorado,"** with R. W. Beck and Associates for the Colorado Public Utility Company, Fall 1985.

**"An Analysis of Television, Money and Attendance in College Football,"** for the College Football Association, Summer 1985.

**"Environmental Assessment – General Power Marketing Criteria and Allocation Criteria for Salt Lake City Area,"** R. W. Beck and Associates, Fall 1984.

**"Economic Appraisal and Financial Evaluation of a College Football Television Package,"** for the College Football Association, Summer 1983 and Summer 1981.

**"Economic Criteria in Utility Rate-Making,"** for Shell Oil Company, Winter-Spring 1983.

**"Econometric Analysis of the Televising of College Football Games and their Impact on In-game Attendance,"** for the College Football Association, April 1982.

**"Micro Modeling and Analysis for Long Distance Users of OCCs,"** GTE Satellite Corporation (GSAT), March 1982.

**"Benefits from a Telecommunications System in Alaskan Villages,"** with G. Anderson and E. Loehman, SRI, for Alaskom, January 1981.

**"Factors Affecting the Participation of Females in Intercollegiate Athletics,"** grant from National Collegiate Athletic Association, May 1982.

**"Impact Fees and Rate Structures,"** position papers for the Public Utility Research Center at the University of Florida, 1978-79.

**Council on Research and Creative Works (CRCW),** University of Colorado, for purchase power adjustments, grant, Spring 1981.

**Public Utility Research Center,** University of Florida, for Telecommunications project, grant, January 1980.

**National Collegiate Athletic Association (NCAA),** for study on female participation in sports, grant, Summer 1979.

**Council on Research and Creative Works (CRCW),** University of Colorado, for telecommunications project, grant, Spring 1979.

# PRESENTATIONS AND/OR CONFERENCE PARTICIPATION

Involved in contract and grant activity while a full-time or adjunct university professor and consulting projects for business Regular attendee and participant in various academic and professional associations such as American Economic Association, Western Economics Association, Southern Economics Association, National Employment Lawyers Association, and National Association of Forensic Economics. In addition, attendee and participant at various programs and/or seminars, 1979 – present, relating to various topics including telecommunications, other regulated industries, applied economics and finance matters, AICPA - CPE, Sterns-Stewart free cash flow, antitrust issues, economic development and lost profits, and personal injury, death or employment matters (for various organizations including Colorado Trial Lawyers Association, Continuing Legal Education in Colorado, Inc., Houston Bar Association, Wyoming Trial Lawyers Association, Colorado Society of Certified Public Accountants, and International Association of Defense Counsel). More recently, a participant at the 2009 Civil Rules Summit: From Anecdotes to Action, Institute for the Advancement of the American Legal System, University of Denver. A comprehensive, but not all inclusive, list of presentations is provided below.

**"Do I Need an Expert? What Expert to Use?"** Colorado Bar Association 2006 Annual Employment Law Conference, October 2006.

**Expert Witness in mock trial, Consumer Attorneys Association of Los Angeles,** 23rd Annual Las Vegas Convention, September 2005.

**"Evaluating Economic Losses in Employment Matters,"** National Employment Lawyers Association (NELA) Conference, June 2003.

**"The 'Real World' of Business and Economics,"** presented to students at the Economics Institute, summer 2002.

**"What's the Score? Evaluating Business Losses" and "Cross Examining the Plaintiff's Economist In Personal Injury and Death Cases,"** Defense Research Institute, Las Vegas, March 2001.

**"Evaluating Economic Loss in a Wrongful Death Case,"** National Institute of Trial Advocacy, Advanced Trial Advocacy Program (NITA), participation in mock trial and breakout sessions, various times since 1987.

**"Evaluating Economic Loss in a Personal Injury Case,"** for the International Association of Defense Counsel (IADC) - Defense Counsel Trial Academy (DCTA), participate in presentation and supervise breakout groups, summers 1988 – 2003.

**"Economic Appraisal of Loss,"** How to Evaluate and Settle Personal Injury Claims in Colorado, sponsored by Professional Education Systems, Inc. (PESI) for Continuing Legal Education (CLE) credits, 1987-1992.

**Analysis of constant and current prices associated with the Governor's Task Force on Medical Malpractice,** March 1988.

**"Lost Earning Capacity and the West Decision,"** panel discussion at ReEntry Vocational Service Conference, June 1985.

**"A Hedonic Explanation of the TV Nielsen Ratings for College Football,"** presented at the Western Economic Association, Seattle, July 1983.

**"The Switch to Measured Service: Some Observations,"** with L. Singell, Jr., presented to Mountain Bell, Rates and Tariffs Division, June 1983.

**"Economic Efficiency and Broadcast Rights,"** paper presented at Law and Amateur Sports, Indiana University, School of Law - Bloomington, February 1983.

"**The New Profile on Cable Television,"** presented at the American Public Policy and Management Society, October 1982.

**"Economic Costs and Incentives for Intercollegiate Female Athletes,"** presented at Southern Economic Association, Atlanta, November 1980.

## RELEVANT UNIVERSITY TEACHING EXPERIENCE

Teaching experience includes 16 plus years as either a full-time or adjunct professor at the University of Colorado on the campuses of Boulder, and Colorado Springs and in fall 2003 on the Denver campus. Courses taught were upper level courses for both the economics department and business school, including the Masters in Business Administration (MBA) program. A few of the courses and the subject matter covered during those courses are discussed below.

**Managerial Finance - University of Colorado, Boulder**

This course, taught primarily to MBA students at the business school, focused on fundamental concepts in financial management, including topics in long-term investment and financing decisions. More specifically, topics such as managerial actions to maximize shareholder wealth, alternative forms of business organization, securities and financial statements, discounted cash flow analysis, bond and stock valuation models, as well as risk and rates of return were covered. In addition, financial statements were analyzed including discussions regarding ratio analysis. Topics associated with long-term investment decisions, such as capital budgeting, cash flow estimation, and risk analysis, were also presented along with topics in long-term financing, such as balance sheet accounts and definitions, types and evaluation of common stock, debt instruments, and the cost of capital.

**Managerial Economics - University of Colorado, Boulder**

This course, also taught mainly to MBA students at the business school, focused more on the study of markets, in general. At the beginning of this course, fundamental economic topics such as supply and demand, optimizing behavior and basic estimation (regression) techniques were presented. In addition, concepts in production and cost, consumer behavior, and elasticity of demand are included. Principles of different types of markets, such as perfect competition, monopolies, and oligopolies, and the profit maximizing decisions associated with each type of market are covered. Real world applications of the theories (concepts) presented in this course are also discussed.

**Law and Economics (formerly known as Business and Government) - University of Colorado, Denver (Fall 2003) and previously at University of Colorado, Boulder**

A review of microeconomic theory (i.e., the pricing and output decision-making process) is presented including fundamental concepts such as maximization, equilibrium, and efficiency as well as game theory, welfare economics and decision-making under uncertainty. Topics relevant to law include the economic theory of the legal process and the economic theory of various types of law including contract law and tort law, such as bargain theory, remedies as incentives, settlement bargaining, computing damages, etc. In addition, the economic theory of crime and punishment including crime in the United States and efficient punishment is explored.

## OTHER RELEVANT RESEARCH AND/OR UNIVERSITY TEACHING EXPERIENCE

Research and other teaching experience has been performed on the topics discussed below.

**Labor Economics**

This field in economics focuses on the determination of wages and employment in the labor market and the resulting distribution of income among individuals and households. Topics include supply and demand of labor, determination of wages, hours of work and effort, unemployment, investment in human capital and age-earnings profile. In addition, the economic impact of collective bargaining, discrimination, and the type of market (e.g., perfectly competitive, monopoly, etc.) on pay are aspects of this field.

**Mathematical Economics/Econometrics**

Mathematical Economics applies mathematical dand statistical concepts to economics. These include multiplier effects, probabilities, elasticities, derivatives and partial derivatives, functions, maximization, minimization, integration, exponentiation, matrix and linear algebra, and input-output analysis. Econometrics utilizes modeling and computers to analyze data. Topics include analysis with cross- sectional, time series and panel data, various models (e.g., multiple

regression, linear probability, logit, etc.), homoskedasticity versus heteroskedasticity, dummy variables and various estimation methods (e.g., ordinary least squares, instrumental variables, two-stage least squares, etc.)

**Microeconomics**

Microeconomics is a branch of economics that explores the behavior of individual economic entities (such as consumers, firms, workers, and investors) as well as the markets that they comprise. Topics include supply and demand curves, market equilibrium, effects of government intervention, consumer behavior, income and substitution effects, surpluses, risk, and the cost of production. In addition, how firms maximize profit, analysis of markets (e.g., competitive, monopoly, monopsony, oligopoly), game theory and competitive strategy, and markets for factor inputs are included in microeconomics. Another field within economics is managerial economics which applies many of the same concepts as described above.

# TYPES OF LITIGATION WORK PERFORMED

A description of the different types of consulting projects and the major concepts in these projects are discussed below. It should be noted that this is not an exhaustive list, but rather examples of litigation work often performed.

**Personal Injury, Wrongful Death, and Employment Matters**

These matters involve projecting components such as wages, fringe benefits, personal consumption and contribution of individuals to household chores. Oftentimes, the valuation of medical/life care expenses recommended by rehabilitation and medical care specialistsis also included. In performing such an analysis, future productivity and inflationary trends in the economy as well as personal circumstances of the individual must be addressed.

**Business/Commercial Matters**

Business/commercial matters typically involve measuring lost profits as a result of some kind of interruption. The interruption could stem from a number of different actions including, but not limited to, breach of contract, patent infringement, trade secret theft, fire, etc. These analyses oftentimes include incorporating business cycles, potential synergies, risk factors and the nature of the industry/ business. Computer models are often created to project future unimpaired and impaired gross revenues, expenses, profits, etc.

**Real Estate Valuation Matters**

Regression and statistical techniques are utilized to analyze the diminution in value to residential property as a result of environmental contamination, such as a nearby landfill, treatment plant, or uranium mill, etc. as well as from waste and other by-products from industrial/manufacturing companies. Data are typically compiled from the county assessor's office or from realtor listing books, and then various statistics are generated on the data set to gather background information on structural characteristics such as age, square footage, number of rooms, lot size, etc. as well as neighborhood characteristics such as distance from central business district, parks, etc. The properties are also analyzed using hedonic pricing models which provide the implicit price of each characteristic including the impact of the environmental contamination.

# PROFESSIONAL ASSOCIATIONS

**Professional Association Memberships**

- American Economic Association

- Western Economic Association

- Southern Economic Association

- National Association of Forensic Economists

- American College of Forensic Examiners – Diplomate

- American Association of University Women

- Beta Gamma Sigma, Honorary Business Fraternity

**Community/Academic Involvement – Past and Present**

- Colorado Commission for Higher Education – Vice Chair

- Treasurer's Commission to Strengthen & Secure PERA

- Governor's Revenue Estimating Advisory Committee

- The Economics Institute – Board Member

- U.S. Chamber of Commerce

- Denver Area Business Economist

- Denver Chamber of Commerce

- University of Colorado – Boulder, Business Advisory Council

- Technical Advisory Committee on Non-Smoking and Health

- Referee and reviewer for various academic journals publishers

# Patricia L. Pacey, Ph.D.
## Pacey Nehls Economic Consulting
## <u>Deposition Testimony</u>

| YEAR | CASE | NUMBER | COURT |
|---|---|---|---|
| Mar-24 | Daniela Labinoti v. Scott Brandt, M.D. | 22-CV-32667 | Denver County District Court, Colorado |
| Feb-24 | Audriana Johnson, et al. v. Emory Healthcare, Inc., et al. | 22A01496 | Dekalb County State Court, Georgia |
| Dec-23 | Camberlyn Bates, et al. v. Augusta University Medical Center, Inc., et al. | 2020RCSC00082 | Richmond County State Court, Georgia |
| Dec-23 | Brent Bailey D.D.S., Susan Bailey v. Jeremy K. Miner D.D.S., Edward Marc Weideman D.M.D., et al. | 22-CV-30581 | Douglas County District Court, Colorado |
| Nov-23 | Shelby Hiser and Karsten Hiser v. Jeremy Darrel Jones and Laramie Spinal Care Center | CV-35620 | Albany County District Court, Wyoming |
| Oct-23 | Deborah Borgesen, as rep. of the estate of George Borgesen v. Sacred Heart Health System, Inc. | 23-1833-MA | Division of Administrative Hearings, Florida |
| Sep-23 | Christy Deverell v. Castle Rock Family Physicians, P.C. d/b/a Castle Rock Family Physicians, et al. | 22-CV-30142 | Douglas County District Court, Colorado |
| Sep-23 | Soo Yeon Lee v. Uber Technologies, Inc., et al. | 20-CV-31858 | Denver County District Court, Colorado |
| Aug-23 | Adrienne Greene v. The Office of the Denver District Attorney | 22-CV-30597 | Denver County District Court, Colorado |
| Aug-23 | Maureen Kinkade,et. al v. Hoff Companies, Inc., et. al | 22-CV-61-R | U.S. District Court, Wyoming |
| Aug-23 | Michael Carroll, et al. v. NUSFC, LLC, et al. | 2022-004854-CA-01 | Miami-Dade County Ciruit Court, Florida |
| Jul-23 | Yahaira Lopez, et al.v.Independent Imaging LLC, et al. | 502022CA008001 XXXXMB | Palm Beach County Circuit Court, Florida |
| May-23 | Robert and Kristy Walters, on behalf of their Minor, H.W. v. IHC Health Services, Inc., et al. | 210901092 | Salt Lake County Third Judicial Court, Utah |
| May-23 | Francesca Van Sant v. Randall Hughes, et al. | 20-CV-34292 | Boulder County District Court, Colorado |
| Mar-23 | Elizabeth Colburn v. Franciscan Alliance, Inc., et al. | 2020-L003044 | Circuit Court of Cook County, Illinois |
| Dec-22 | Mary Ann Jackrel vs. Preservation Park Emergency Physicians, LLC, et al. | 502020CA014181 XXXXAN | Palm Beach County Circuit Court, Florida |
| Oct-22 | Olusoji Oyedapo, et al. v. The University of Chicago Medical Center d/b/a UChicago Medicine | 20 L 13797 | Circuit Court of Cook County, Illinois |
| Oct-22 | Gage Evans and Kathleen Harrison v. Shipping Connections, Inc., et al. | 20-CV-31192 | Jefferson County District Court, Colorado |
| Sep-22 | Jerry Aron and Laura Glenn v. Transhorn Trucking, LLC, et al. | 502020CA013458XXXXMB | Palm Beach County Circuit Court, Florida |
| Aug-22 | First Midwest Bank, as Guardian of Kenneth Vega Estate v. Presence Chicago Hospitals Network, et al. | 2019 L 002615 | Circuit Court of Cook County, Illinois |
| Aug-22 | Branislav and Ivana Ristic v. St. Mark's Hospital, Inc., et al. | 200904667 | Salt Lake County Third Judicial Court, Utah |
| Aug-22 | Carren Driver, as Personal Rep. of the Estate of Robert Driver v. Central Florida Detox, LLC, et al. | 2020-CA-9193-0 | Judicial Circuit, Orange County, Florida |
| Aug-22 | Shelton Thornton v. Kyle Ervin | 20-CV-30433 | Arapahoe County District Court, Colorado |
| Aug-22 | Alexis Willis, et al. v. Advocate Health Care Network d/b/a Advocate Health Care, et al. | 2020L002753 | Circuit Court of Cook County, Illinois |
| Aug-22 | Katinia Taylor, et al. v. Orson Ravenell, M.D., et al. | 2019-CP-40-00532 | Court of Common Pleas, Richland County, South Carolina |
| Jun-22 | Deborah Duran, et al. v. Donald Corenman, M.D., et al. | 19-CV-03220-SKC | U.S. District Court, Colorado |
| Jun-22 | Heather Blouin, et al. v. Divya Koster, M.D., et al. | PC-2015-3817 | Superior Court, Providence, Rhode Island |
| May-22 | Nadia Roberts v. Mark Fleisher, M.D., et al. | 16-2019-CA-004774 | Judicial Circuit, Duval County, Florida |
| Apr-22 | Mandy Chynoweth v. Garrett B. Lee, M.D., et al. | 20-CV-30306 | Larimer County District Court, Colorado |
| Apr-22 | Garrett and Darcie Alldredge, et al. v. IHC Health Services, Inc., et al. | 190905752 | Salt Lake County Third Judicial Court, Utah |
| Mar-22 | Leola Robinson as POA for Katoyia Charles v. Prime Healthcare Services - Lehigh Acres, LLC, et al. | 20-CA-003088 | Judicial Circuit, Lee County, Florida |
| Mar-22 | Taishara Abeyta, by and through her guardian Katrina Abeyta v. Bas Rentals, Inc and Nicholas Horton | 19-CV-32887 | Denver County District Court, Colorado |
| Feb-22 | Peter Aymonin v. Stuart J. Shafer, M.D., et al. | 2020-CA-000456 | Judicial Circuit, Indian River County, Florida |
| Feb-22 | Estate of Allan George, et al. v. City of Rifle, Colorado, et al. | 1:20-CV-00522-NYW | U.S. District Court, Colorado |
| Jan-22 | Kyree Davis, et al. v. DLP Wilson Medical Center, LLC d/b/a Wilson Medical Center, et al. | 18-CVS-896 | Superior Court, Wilson County, North Carolina |
| Dec-21 | Joshua Snow, et al. v. Emory Healthcare, Inc., et al. | 19A73909 | State Court of Dekalb County, Georgia |
| Nov-21 | Luis Ibarra v. Saia Motor Freight Line, LLC, d/b/a Saia LTL Freight, et al. | 1:20-CV-02155 | U.S. District Court, Colorado |
| Nov-21 | Caleb Knipp, et al. v. Shawn Gorden, M.D., et al. | 11-CI-01127 | Boyd Circuit Court, Division 1, Kentucky |
| Oct-21 | Joshua Gruber, et al. v. Ranger Energy Services, LLC | 20-CV-30841 | Weld County District Court, Colorado |
| Sep-21 | Jade Turner v. University Health Services, Inc. d/b/a University Hospital, et al. | 18-0RCSC-01225 | State Court of Richmond County, Georgia |
| Sep-21 | John Drewes; James Drewes, et al. v. Cetera Financial Group, Inc., et al | 19-CV-80531-CIV-WM | U.S. District Court, Southern District, Florida |
| Sep-21 | Michele Post-Kromrey, et al. v. Martin Memorial Health Systems, Inc., d/b/a MHS, et al. | 19000558CAAXMX | Judicial Circuit, Martin County, Florida |

| YEAR | CASE | NUMBER | COURT |
|---|---|---|---|
| Aug-21 | Nicholas J. Paliotti, Jr., et al. v. HCA Healthcare, Inc., et al. | A-19-790301-C | Clark County District Court, Nevada |
| Jul-21 | Brandon Benson v. RK Mechanical, Inc. | 20-CV-30567 | Denver County District Court, Colorado |
| Jul-21 | Ibrahim Bayan, et al. vs. Baby+Company Cary 1 LLC, et al. | 19 CVS 4547 | Cumberland County Superior Court, North Carolina |
| Jun-21 | Lechelle Clay Smith, et al. v. VHS West Suburban Medical Center, Inc., et al. | 2017-L-012856 | Circuit Court of Cook County, Illinois |
| Jun-21 | Cove Ellerbe Phillips, et al. v. The Moses H. Cone Memorial Hospital Operating Corporation, et al. | 17 CVS 1718 | Randolph County Superior Court, North Carolina |
| Jun-21 | William Huber, et al.v.GranbyRealty Holdings, LLC, et al. | 1:17-CV-03024 | U.S. District Court, Colorado |
| Jun-21 | Aron Roudybush, et al.v.Catholic Health Initiatives Colorado d/b/a CH-P-SFHS, et al. | 19-CV-32522 | El Paso County Combined Court, Colorado |
| Feb-21 | Jenna Cruff, et al. v. Tanya Shipley, et al. | 19-CV-33710 | Denver County District Court, Colorado |
| Feb-21 | Paulette Lawson, et al. v. FCA US, L.L.C | 7:19-CV-484 | U.S. District Court for the Western District of Virginia |
| Feb-21 | Blake Swallows, et al. v. Donna Adams-Pickett, M.D., et al. | 2015-RCSC-152 | State Court of Richmond County, Georgia |
| Feb-21 | Stephanie Gorman, et al. v. Susan Chamberlain, M.D., et al. | 2018-011042-NH | Circuit Court for the County of Wayne, Michigan |
| Jan-21 | Larry Fahrenbruch v. Michael J. Gesquiere, M.D., et al. | 1:19-CV-02266-MEH | U.S. District Court, Colorado |
| Dec-20 | Kenneth R. Barrick, M.D. v. Ivinson Memorial Hospital, et al. | 34990 | Albany County Second Judicial District Court, Wyoming |
| Dec-20 | Cristina Vyse F/K/A Cristina Yarbrough, et al. v. Northwestern Memorial Hospital, et al. | 2018-L-003144 | Circuit Court of Cook County, Illinois |
| Nov-20 | Joshua Johnson v. Jason Naquin, D.C. | 19-CV-31582 | El Paso County District Court, Colorado |
| Nov-20 | Nicole Perez and Kenneth Duran v. FCA US LLC, et al. | 18-CV-34200 | Denver County District Court, Colorado |
| Oct-20 | Christina M. Dake, et al. v. The Christ Hospital d/b/a The Christ Hospital of Cincinnati, et al. | A1901712 | Court of Common Pleas, Civil Division, Ohio |
| Oct-20 | Ah-Mir Garrett, et al. v. Dr. Christina Peyton, et al. | 18-CVS-1462 | Superior Court, Nash County, North Carolina |
| Sep-20 | Heather Blouin, et al. v. Divya Koster, M.D., et al. | PC-2015-3817 | Superior Court, Providence, Rhode Island |
| Jul-20 | Asher Greenberg, et al. vs. Boulder Community Health, et al. | 19-CV-30341 | Boulder County District Court, Colorado |
| Apr-20 | Misty Wood, a/k/a Misty Wood Crashley, et al. v. CRST Lincoln Sales, et al. | 16-11 | Carbon County Second Judicial District, Wyoming |
| Apr-20 | Francisco Javier Nava Macias, et al., v. Skyjack, Inc., et al. | 18-CV-31704 | Adams County District Court, Colorado |
| Mar-20 | Ricardo Damian v. Children's Hospital Colorado, et al. | 18-CV-031377 | Adams County District Court, Colorado |

# Patricia L. Pacey, Ph.D.
## Pacey Nehls Economic Consulting
## Trial Testimony

| YEAR | CASE | NUMBER | COURT |
|---|---|---|---|
| Apr-24 | Michael Miolen v. Derek Stadie, M.D., et al. | 20-CV-30635 | Larimer County District Court, Colorado |
| Sep-23 | Heidi Olsen and Norman Olsen, Jr. v. The Estate of Christopher R. Collins | 20-CV-33150 | Denver County District Court, Colorado |
| Jun-23 | Judy M. Elliott et al.v. Bryan C. Bomberg, M.D. | 22-CV-30010 | Routt County District Court, Colorado |
| Mar-23 | Jeremy Leon Harris v. Harley-Davidson Motor Company Group, LLC, et al. | 16-CV-174 | Geary County District Court, Kansas |
| Dec-22 | Shelton Thornton v. Kyle Ervin | 20-CV-30433 | Arapahoe County District Court, Colorado |
| Nov-22 | Alexzander Bryn, et al. v. Consulting Radiologists Ltd., et al. | 27-CV-20-10623 | Hennepin County District Court, Minnesota |
| Oct-22 | Brandon Trujillo, et al. v. Vail Clinic, Inc., et al. | 14-CV-030248 | Eagle County District Court, Colorado |
| Aug-22 | Cristina Vyse F/K/A Cristina Yarbrough, et al. v. Northwestern Memorial Hospital, et al. | 18-L-003144 | Circuit Court of Cook County, Illinois |
| Jun-22 | Taishara Abeyta, et al. v. Bas Rentals, Inc. and Nicholas S. Horton | 19-CV-32887 | Denver County District Court, Colorado |
| May-22 | Glynis Stansell v. Aaric Witt, et al. | 19-CV-30694 | Arapahoe County District Court, Colorado |
| Nov-21 | Marco Gonzalez v. Salem Shahin, M.D., et al. | 1:17-CV-157 | U.S. District Court, Western Division, North Dakota |
| Sep-21 | Jordan Drake v. Derek Stadie, M.D., et al. | 19-CV-30441 | Larimer County District Court, Colorado |
| Sep-21 | Lori Hitchcock v. Jeffrey James Knott | 19-CV-32853 | Denver County District Court, Colorado |
| Aug-21 | Jeffrey A. Goldstrom, et al. v. Jorge J. Dominguez, et al. | 20-CV-30005 | Arapahoe County District Court, Colorado |
| Aug-21 | Aaron Madalena v. Zurich American Ins. Co., et al. | 17-CV-30788 | City and County of Denver District Court, Colorado |
| Aug-21 | Aron Roudybush, et al.v.Catholic Health Initiatives Colorado, et al. | 19-CV-32522 | El Paso County Combined Court, Colorado |
| Jul-21 | Stephanie Talcott, et al.v.United States of America | 19-CV-141-S | U.S. District Court, Wyoming |
| Apr-21 | Christina M. Dake, et al. v. The Christ Hospital, et al. | A1901712 | Hamilton County Court of Common Pleas, Civil Division, Ohio |
| Jan-20 | Christopher W. Rice v. John C. Redfern, M.D., et al. | 17-CV-31026 | El Paso County District Court, Colorado |



Patricia L. Pacey, Ph.D.
Jeffrey E. Nehls, M.A.
Hannah J. Suarez, M.S.
Jake M. Zieba, B.A.
Lukas Barkauskas, B.A.
Michael Kaiser-Sissons, B.A.

**Tax I.D. #: 84-1239215**

May 8, 2023

Jim Fitzgerald, Esq.
The Fitzgerald Law Firm
2108 Warren Avenue
Cheyenne, Wyoming 82001
(307) 634-4000

Dear Mr. Fitzgerald:

I am pleased you have contacted us about the McCoy case. If you decide to use our services, we request receipt of the documents identified on the enclosed checklist via email or file share service one month prior to any due date, although exceptions can be made to this policy.

The standard report fees are a fixed rate and include all consultations with the client, attorney or other relevant individuals, deposition and trial preparation (via phone or in person), as well as any research. A retainer is requested at the time you send the case documents and, unless other specific payment arrangements have been made with our office, the remainder is due 90 days after the issuance of this report. We ask that payment is received by check made out to Pacey Economics, Inc.

|  | *Standard Written Report* | *Retainer (of the report fee)* |
|---|---|---|
| *Patricia Pacey, Ph.D.* | $10,000 | $5,000 |

Testimony is billed hourly for depositions and trials as identified in the table below. Depositions are scheduled remotely for two hours unless additional time is specifically requested. Please verify with opposing counsel the length of time needed before scheduling. Special requests for off-site depositions will be considered. A four-hour minimum will be charged for a trial appearance. For trial, we will make every effort to be available in person; however, a video deposition may be required in order to preserve our testimony if a scheduling conflict occurs. Out-of-state trial appearance is a flat rate of $3,500 plus travel expenses.

Jim Fitzgerald, Esq.
May 8, 2023
Page 2 of 2

| | Hourly Rates | Testimony (first hour) | Testimony per hour (after first hour) |
|---|---|---|---|
| **Patricia Pacey, Ph.D.** | $475 | $1,000 | $700 |

Also, if additional work is required (e.g., updated reports, affidavits, a written critique/evaluation of damages proffered by the opposing party, etc.), hourly rates apply as identified in the table above. Assistance from other professional staff ranges between $125 and $300 per hour. No charge will be made for discussions.

Upon review of the materials, if it is determined that a complete evaluation is not required, the case may be billed hourly. Given office responsibilities and scheduling issues, all necessary documents such as life care plans and/or vocational reports and earning documents are required three full business days prior to the deadline. If received under three days, there will be an **additional rush fee of $2,000**.

Should voluminous documents beyond those requested in the attached checklist (e.g., billing records not needed for analysis, duplicated progress reports, medical charts and graphs, etc.) be provided, a fixed fee of **$1,000** will be billed for time spent to review and ascertain the documents relevant to our damage analysis.

**Please notify our office immediately (via email or in writing) once a trial date has been set or changed or if any rebuttals to the analysis have been proffered by opposing counsel.** As new information/documents become available, please forward them so we can determine if adjustments are necessary. If you have any questions, feel free to contact us.

Sincerely,

Michael Kaiser-Sissons, B.A.
On Behalf of Pacey Economics, Inc.

# PACEY ECONOMICS, INC.
## "CHECKLIST"
## PERSONAL INJURY CASE

---

The following is a list of the items typically needed to commence an evaluation of economic loss in a personal injury case. **We prefer documents to be sent to our office 5-6 weeks in advance of your deadline to allow for us to schedule interviews and perform any other research we deem important to our analysis. Also, as many files are now kept and sent electronically, please forward the file sent to us absent certain medical records such as handwritten records, charts and graphs (i.e., EKG readings), medical release forms, bills/invoices, etc. as we do not need or rely upon such and if sent, we must review; requiring additional time and an additional charge of $1,000 to our standard fixed fees.**

If all documents are not presently available, please consider this a standing request to forward them to our office as they become available. Other documents may be necessary and will be requested after reviewing these materials. [Of note, not all items identified on this checklist are necessarily relevant and/or available in a particular matter.]

1) Birth dates for the injured party and all family members;

2) **Necessary dates** for economic analysis:
   - date of injury
   - date of trial (if not set, please indicate and advise our office immediately once a trial date has been set)
   - date the economic analysis report is needed

3) Complaint;

4) Interrogatories completed by your client for opposing counsel;

5) Relevant uncondensed deposition transcripts or summaries of relevant depositions (client(s) and/or family members);

6) Education and work history of the injured party (or of the client's parents, if a minor) including employment records and personnel file, if available;

7) Earnings documentation, such as tax returns or W-2's or any other form of wage verification, for both pre-injury and post-injury (if relevant);

8) Information on benefit packages provided by present (or past) employment;

9) Medical information relating to the incident and/or any other health conditions, including summary reports, initial intake evaluation and discharge summaries and/or progress reports from physicians, rehabilitation counselors, psychologists, etc. **Again, please do not send medical information such as handwritten records, charts and graphs (i.e., EKG readings), medical release forms and bills/invoices;**

10) Rehabilitation specialist's name and whether there is a life care plan, vocational assessment, etc.;

11) Relevant background on the individual and/or family; and

12) Please advise the client our office will call and set up a telephone interview. **Please provide a telephone number (and email address if available) at which the client can be contacted to schedule an interview.** The interview is helpful to obtain additional information, including clarification of any of the information provided, as well as information regarding the client's lost contributions to home services resulting from the injury.